# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:

Hull Equity, LLC

Case No.:23−32984−acs

Debtor(s)

Trustee: Stephen Barnes
163 East Main Street
Ste 200
Lexington, KY 40507
859−225−4714

Meeting Date: 9/22/25

Chapter:7

Meeting Time: 03:00 PM

## Order For Debtor to Submit Documents

The above−named debtor shall at least **14 days** prior to the initial date set for the 11 U.S.C. §341 meeting of creditors submit to the trustee, whose name and address appear above, along with a copy of this Order, **only photocopies** of the following documents:

1. All personal and business books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. All contracts or title papers pertaining to any property in which the debtor has an interest, including any deed or contract under which the debtor holds title to or any interest in real estate, all recorded mortgages, tax assessments, liens, or encumbrances upon said property, including the amount owed on date of filing. These documents may be obtained from the Office of the Clerk for the county in which the real estate is located;

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the Office of the Clerk for the county in which the vehicles are registered);

4. Certificates of stock, bonds and a disclosure of any safe deposit boxes and list of contents;

5. Contracts of life or burial insurance;

6. The debtor's most recent state and federal income tax returns, including copies of all 1099 and W−2 forms;

7. Payment advices (wage statements) received within 60 days before filing from any employer;

8. All notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party.

9. Copy of the most recent federal income tax return, balance sheet and income statement for any business in which the debtor and/or spouse holds (or has held) a 50% or greater ownership interest within two years of the filing date;

Copies of all complaints (or counter and/or cross claims) for all pending lawsuits in which the debtor is the plaintiff (or counter and/or cross claimant); and copies of all wills, trusts, and probate petitions related to any suits and/or administrative proceedings to which the debtor is or was a benficiary within one year of the filing date.

**Failure to timely comply with this order will result in the dismissal of this case without further notice.**

**Transmittal of the documents to the above−named Trustee shall comply with that Trustee's preferred transmittal method listed on the table attached hereto.**

Dated: 8/14/25

ENTERED BY ORDER OF THE COURT
United States Bankruptcy Court
Elizabeth H. Parks

United States Bankruptcy Court

Western District of Kentucky

In re:

Hull Equity, LLC

    Debtor

Case No. 23-32984-acs

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0644-3 | User: KYWBECFAd | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 228 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Plaintiff Nancy Hull grussell@tilfordlaw.com  cgregory@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America for Internal Revenue Service Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |
| Matthew Golden | trustee@mattgoldenlaw.com  mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com |
| Matthew R. Lindblom | on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com |

District/off: 0644-3        User: KYWBECFAd        Page 2 of 2
Date Rcvd: Aug 14, 2025        Form ID: 228        Total Noticed: 1

Paul Saba
       on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
       eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Stephen Barnes
       sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
       on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
       on behalf of Debtor Hull Equity  LLC
       hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
       ustpregion08.lo.ecf@usdoj.gov


TOTAL: 10