# Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Bowling Green** | | |
| Mark H. Flener | Via DocLink | www.doclink.bms7.com |
| **Louisville** | | |
| Stephen Barnes | Via AxosDDP | sbarnes@kentuckytrustee.com |
| William Stephen Reisz | Via Stretto | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Via Stretto | mwheatleytr@gmail.com |
| **Owensboro** | | |
| Mark H. Flener | Via DocLink | www.doclink.bms7.com |
| Matthew Golden | Via BlueStylus | trustee@mattgoldenlaw.com |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |
| **Paducah** | | |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |

United States Bankruptcy Court
Western District of Kentucky

| | |
|---|---|
| In re: | Case No. 23-32984-acs |
| Hull Equity, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 1 of 2 |
| Date Rcvd: Aug 14, 2025 | Form ID: 254 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 16, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Plaintiff Nancy Hull grussell@tilfordlaw.com cgregory@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America for Internal Revenue Service Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |
| Matthew Golden | trustee@mattgoldenlaw.com mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com |
| Matthew R. Lindblom | on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com |

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 2 |
| Date Rcvd: Aug 14, 2025 | Form ID: 254 | Total Noticed: 1 |

Paul Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Stephen Barnes
    sbarnes@kentuckytrustee.com SBarnes@ecf.axosfs.com

Tim Ruppel
    on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
    on behalf of Debtor Hull Equity  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
    ustpregion08.lo.ecf@usdoj.gov

TOTAL: 10