| Information to identify the case: | | |
|---|---|---|
| Debtor  **Hull Equity, LLC**  Name | | EIN: 47–1467839 |
| United States Bankruptcy Court  Western District of Kentucky | | Date case filed in chapter: 11   12/13/23 |
| Case number: 23–32984–acs | | Date case converted to chapter: 7   8/13/25 |

Official Form 309C (For Corporations or Partnerships)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Hull Equity, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1902 Campus Place  Suite 9  Louisville, KY 40299 | |
| 4. | **Debtor's attorney**  Name and address | Tyler R. Yeager  Kaplan Johnson Abate & Bird, LLP  710 W. Main St., 4th Floor  Louisville, KY 40202 | Contact phone 502.416.1630  Email: tyeager@kaplanjohnsonlaw.com |
| 5. | **Bankruptcy trustee**  Name and address | Stephen Barnes  163 East Main Street  Ste 200  Lexington, KY 40507 | Contact phone 859–225–4714  Email: sbarnes@kentuckytrustee.com |
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 450 U.S. Courthouse  601 W. Broadway  Louisville, KY 40202 | Hours open:  8:30 a.m. to 4:00 p.m. Eastern Time Zone  Contact phone 502–627–5700  Date: 8/14/25 |
| 7. | **Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.  The case may be dismissed without further notice if the debtor fails to attend the meeting. | **September 22, 2025 at 03:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  Louisville division meetings are held in the Eastern Time Zone; Bowling Green, Owensboro, and Paducah division meetings are held in the Central Time Zone. | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 686 266 6793, and Passcode 7947426315, OR call 502–520–3510**  For additional information go to https://www.justice.gov/ust/moc. |
| 8. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.  If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Case 23-32984-acs    Doc 26    Filed 08/16/25    Entered 08/17/25 00:36:58    Page 2 of 5

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                   page **1**

United States Bankruptcy Court
Western District of Kentucky

In re:  
Hull Equity, LLC  
    Debtor

Case No. 23-32984-acs  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0644-3      User: KYWBECFAd      Page 1 of 3  
Date Rcvd: Aug 14, 2025      Form ID: 309C      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Paul Saba, Ssp Law, 2623 Erie Ave, Ste 2623 Erie Ave, Cincinnati Cincinnati, OH 45208-2001 |
| 7153858 | + | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7153859 | + | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7153861 | + | Floyd County Treasurer, 311 Hauss Square, Room 113, New Albany, IN 47150-3591 |
| 7153860 | + | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7153865 | + | Supreme Cuts Lawn and Landscaping, 300 Powder House Ln., New Albany, IN 47150-6065 |
| 7153866 | + | Truist Bank, Inc., 214 North Tryon Street, Charlotte, NC 28202-1078 |
| 7153868 | + | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion08.lo.ecf@usdoj.gov | Aug 14 2025 18:54:00 | John R. Stonitsch, Office of the US Trustee, 601 West Broadway, Suite 512, Louisville, Ky 40202-2241 |
| aty | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 14 2025 18:54:00 | Katherine A. Bell, U.S. Attorney's Office, 717 West Broadway, Louisville, Ky 40202-2215 |
| aty | + | Email/Text: ustpregion08.lo.ecf@usdoj.gov | Aug 14 2025 18:54:00 | Tim Ruppel, 601 W. Broadway, Room 512, Louisville, KY 40202-2229 |
| aty | | Email/Text: tyeager@kaplanjohnsonlaw.com | Aug 14 2025 18:53:00 | Tyler R. Yeager, Kaplan Johnson Abate & Bird, LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202 |
| tr | + | EDI: QSBARNES | Aug 14 2025 22:46:00 | Stephen Barnes, 163 East Main Street, Ste 200, Lexington, KY 40507-1383 |
| smg | + | Email/Text: ryan.kendall@louisvilleky.gov | Aug 14 2025 18:54:00 | Jefferson County Attorney Office, Fiscal Court Bldg., 531 Court Place, Ste. 900, Louisville, Ky 40202-3315 |
| ust | + | Email/Text: ustpregion08.lo.ecf@usdoj.gov | Aug 14 2025 18:54:00 | U.S. Trustee, Asst. U.S.Trustee, 601 West Broadway #512, Louisville, KY 40202-2229 |
| intp | + | EDI: FMGOLDEN | Aug 14 2025 22:46:00 | Matthew Golden, Chapter 7 Trustee, 3809 Poplar Level Rd, Louisville, KY 40213-1429 |
| cr | + | Email/Text: bankruptcy.notices@syb.com | Aug 14 2025 18:54:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 14 2025 18:54:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| 7153862 | | EDI: IRS.COM | Aug 14 2025 22:46:00 | Internal Revenue Service, P.O. Box 7346, |

| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 309C | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 7153864 | + Email/Text: bankruptcy.notices@syb.com | Aug 14 2025 18:54:00 | Philadelphia, PA 19101-7346 Stock Yards Bank & Trust Company, 1040 E. Main St., PO Box 32890, Louisville, KY 40232-2890 | |
| 7159154 | + Email/Text: david.higgs@sba.gov | Aug 14 2025 18:54:00 | U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 | |
| 7153867 | + Email/Text: bankruptcynotices@sba.gov | Aug 14 2025 18:53:00 | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 | |
| 7153869 | + Email/Text: BhamBankruptcy@sba.gov | Aug 14 2025 18:54:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 | |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Matthew Golden, Chapter 7 Trustee, 3809 Poplar Level Rd, Louisville, KY 40213-1429 |
| 7153863 | ##+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Plaintiff Nancy Hull grussell@tilfordlaw.com  cgregory@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America for Internal Revenue Service Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |
| Matthew Golden | trustee@mattgoldenlaw.com  mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com |
| Matthew R. Lindblom | on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com |
| Paul Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |

District/off: 0644-3 　　　　　　　　　　　User: KYWBECFAd 　　　　　　　　　　　Page 3 of 3
Date Rcvd: Aug 14, 2025 　　　　　　　　　Form ID: 309C 　　　　　　　　　　　　Total Noticed: 24

Stephen Barnes
　　　　　　　　　　sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
　　　　　　　　　　on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
　　　　　　　　　　on behalf of Debtor Hull Equity  LLC
　　　　　　　　　　hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
　　　　　　　　　　ustpregion08.lo.ecf@usdoj.gov

TOTAL: 10