# RSG Specialty, LLC (RT Specialty Division)

RT Specialty - Chicago, IL
(312) 651-6000
**COMMERCIAL QUOTE**

| | | | |
|---|---|---|---|
| Quote Number: | **RTS00210644** | From: | **Nick Sarocco** |
| Quote Type: | **New** | Underwriter Email: | **Nicholas.Sarocco@rtspecialty.com** |
| Date: | **8/23/2025** | | |
| Insured Name: | **Stephanie Barnes, Chapter 7 Trustee on behalf of Hull Equity LLC** | | |
| Policy Term: | **8/19/2025 to 8/19/2026** | | |
| ❖ Home State: | **IN** | | |

**Quote is valid until 10/18/2025.  Policy terms may change if bound after effective date above. Validity may be voided by moratoriums, wind aggregate availability or other factors.**

**Carrier:  Covington Specialty Insurance Company   A.M. Best Rated: A++ XV and S&P Rated: AA+**

We are pleased to offer the following Terms and Conditions based on information received. Please review carefully as coverage may not be exactly as requested on the application.

| Commercial Quote | |
|---|---|
| **Coverage** | **Premium without Terrorism** |
| Commercial General Liability | $1,800.00 (MP) |
| Commercial Property | $10,000.00 |
| Terrorism Premium | Excluded |
| Annual Minimum and Deposit | $11,800.00 |
| Total Estimated Policy Premium | $11,800.00 |
| | **Terrorism may be added for $472.00 + taxes.** |

Minimum Earned Premium

A minimum earned premium of 25% of the premium will be retained if the policy is cancelled at the insured's request. All fees are fully earned and non-refundable. Flat cancellations will not be honored.

| Commercial General Liability | |
|---|---|
| Limits of Insurance | |
| General Aggregate Limit (other than Products Comp/Ops) | **$2,000,000** |
| Products/Completed Operations Aggregate Limit | **$2,000,000** |
| Personal and Advertising Injury Limit | **$1,000,000** |
| Each Occurrence Limit | **$1,000,000** |
| Damage to Premises Rented to You Limit | **$100,000** |
| Medical Expense Limit | **$5,000** |
| Assault and Battery Occurrence Sublimit | **-- NOT COVERED --** |

This quotation for coverage is based on the information provided at the time of quoting and is strictly conditioned upon no material change in the risk occurring between the date of this proposal and the inception date of the proposed policy.  It is subject to modification or withdrawal if any new, corrected or updated information becomes known which relates to any proposed Insured's claims history or risk exposure or which could otherwise change the underwriting evaluation of any proposed Insured.

| Assault and Battery Aggregate Sublimit | -- NOT COVERED -- |
|---|---|
| Deductible | -- NO DEDUCTIBLE -- |

## Location Schedule

| Premises No. | Address |
|---|---|
| #1 | 1921-2006 Grant Line Road, New Albany, IN, 47150 |

| Prm. | Class Code | Description | Basis | Amount | Rate Products | Rate All Other | Premium Products | Premium All Other |
|---|---|---|---|---|---|---|---|---|
| #1 | 61217 | Building or Premises - bank or office - mercantile or manufacturing (lessor's risk only); - maintained by the insured - Other than Not-For-Profit | Area | 8,000 | Included | $76.081 | Included | $609 |
| #1 | 61217 | Building or Premises - bank or office - mercantile or manufacturing (lessor's risk only); - maintained by the insured - Other than Not-For-Profit | Area | 11,367 | Included | $76.081 | Included | $865 |

## Commercial Property

**Premises #1:**  1921-2006 Grant Line Road, New Albany, IN, 47150
County: Floyd

**Coverages:**

Equipment Breakdown: **Excluded**

### Building #1:

| | | | | | |
|---|---|---|---|---|---|
| Construction: | **Masonry Non-Combustible** | Year Built: | **1960** | Protection Class: | **3** |
| Occupancy: | **Convenience/Grocery/Beverage Store** | Sprinklers: | **None** | Std. Deductible: | **$2,500** |
| Wind Hail: | | | | | |

**Additional Endorsements, Exclusions or Warranties - Building Level**

| Vandalism: | **Excluded** | Roof Damage: | **Excluded** | Warranty – Building Systems: | **Included** |
|---|---|---|---|---|---|

Warranty - Flammable or Explosive Material Storage:　　**Included**

| Coverage | Limits of Insurance | Cause of Loss | Valuation | Coinsurance | Rate | Premium |
|---|---|---|---|---|---|---|
| Building | $1,000,000 | Basic | Actual Cash Value | 80% | 1.000 | $10,000 |
| Num. of Stories: 1 | Square Feet: 19367 | | | | | |
| Improvements/Updates: Yes | Roofing Year: 2015 | Wiring Year: 2000 | | | | |

This quotation for coverage is based on the information provided at the time of quoting and is strictly conditioned upon no material change in the risk occurring between the date of this proposal and the inception date of the proposed policy. It is subject to modification or withdrawal if any new, corrected or updated information becomes known which relates to any proposed Insured's claims history or risk exposure or which could otherwise change the underwriting evaluation of any proposed Insured.

Insured Name: Stephanie Barnes, Chapter 7 Trustee on behalf of Hull Equity LLC     Quote Number: RTS00210644

| Terrorism Coverage | |
|---|---|
| Terrorism Coverage Acceptance | Terrorism Coverage Rejection |
| • **Add Form GBA909003** | • **Add Form GBA906005**<br>• **Add Form RSG99018** |

| Applicable Policy Forms Schedule |
|---|

| Form Number | Title |
|---|---|
| **Interline** | |
| • **GBA 901001** | **Insurance Policy Jacket** |
| • **GBA 900001** | **Common Policy Declarations** |
| • **GBA 900002** | **Schedule of Endorsements** |
| • **GBA 909010** | **Indiana Important Information to Policyholders** |
| • **GBA 909022** | **State Fraud Statement** |
| • **GBA 904010** | **Minimum Earned Premium Retained** |
| • **GBA 904023** | **Amendment - Common Policy Conditions (Return Premium)** |
| • **GBA 904025** | **Amendment - Nonpayment Cancellation Condition** |
| • **GBA 906011** | **Exclusion of Other Nuclear, Biological, Chemical or Radiological Acts of Terrorism** |
| • **GBA 906015** | **Exclusion - Marijuana and Cannabis** |
| • **GBA 909001** | **Service of Suit** |
| • IL 0017 | **Common Policy Conditions** |
| • IL 0021 | **Nuclear Exclusion** |
| • **GBA 902004** | **Definition of Pollutants Amended - Indiana** |
| • IL 0272 | **Indiana Changes - Cancellation and Nonrenewal** |
| **Property** | |
| • **GBA 400001** | **Commercial Property Coverage Part Declarations** |
| • **CP 0010** | **Building and Personal Property Coverage Form** |
| • **CP 0090** | **Commercial Property Conditions** |
| • **CP 1010** | **Causes of Loss - Basic Form** |
| • **CP 1055** | **Vandalism Exclusion** |
| • **GBA 404002** | **Actual Cash Value Defined** |
| • **GBA 404012** | **Total or Constructive Total Loss Clause** |

*This quotation for coverage is based on the information provided at the time of quoting and is strictly conditioned upon no material change in the risk occurring between the date of this proposal and the inception date of the proposed policy. It is subject to modification or withdrawal if any new, corrected or updated information becomes known which relates to any proposed Insured's claims history or risk exposure or which could otherwise change the underwriting evaluation of any proposed Insured.*

Insured Name: Stephanie Barnes, Chapter 7 Trustee on behalf of Hull Equity LLC                                                                 Quote Number: RTS00210644

| Applicable Policy Forms Schedule | |
|---|---|
| Form Number | Title |
| - GBA 404024 | **Warranty Endorsement - Building Systems** |
| - GBA 404025 | **Warranty Endorsement - Commercial Cooking** |
| - GBA 404030 | **Construction Type Definitions** |
| - GBA 404031 | **Conditional Extension - Building** |
| - GBA 404032 | **Conditional Extension - Business Personal Property** |
| - GBA 404033 | **Conditional Extension - Tenant's Glass and Other Building Property** |
| - GBA 404042 | **Appraisal Clause Amendment** |
| - GBA 404045 | **Warranty Endorsement - Flammable or Explosive Material Storage** |
| - GBA 406003 | **Exclusion - Roof Damage** |
| - GBA 406014 | **Exclusion of Pathogenic or Poisonous Biological or Chemical Material** |
| - GBA 406027 | **Cyber, Electronic Data and Systems Exclusion** |
| - GBA 406028 | **Additional Property Not Covered - Property Underground, Tanks, and Petroleum Products** |
| - GBA 406029 | **Exclusion - Pre-Existing Damage** |
| **General Liability** | |
| - GBA 100001 | **Commercial General Liability Coverage Part Declarations** |
| - CG 0001 | **Commercial General Liability Coverage Form** |
| - CG 2139 | **Limitation-Contractual Liability** |
| - GBA 104014 | **Basis of Premium** |
| - GBA 104044 | **Who Is An Insured** |
| - GBA 106010 | **Exclusion - Assault and Battery** |
| - GBA 106015 | **Classification Limitation** |
| - GBA 106032 | **Exclusion - Liquor - Absolute** |
| - GBA 106059 | **Exclusions and Limitations Amendatory** |
| - GBA 106073 | **Limitation of Coverage to Designated Premises Only** |
| - GBA 106092 | **Products - Completed Operations Included in General Aggregate** |
| - GBA 106108 | **Lessor's Risk Only Endorsement** |
| - GBA 106136 | **Exclusion - Marijuana and Cannabis** |
| - GBA 106151 | **Absolute Opioid and Controlled Substance Exclusion** |
| - GBA 106162 | **Exclusion - Unmanned Aircraft** |
| - GBA 106167 | **Exclusion - Cyber Liability, Data Compromise or Breach, and Statutes Related to Data Security** |

*This quotation for coverage is based on the information provided at the time of quoting and is strictly conditioned upon no material change in the risk occurring between the date of this proposal and the inception date of the proposed policy. It is subject to modification or withdrawal if any new, corrected or updated information becomes known which relates to any proposed Insured's claims history or risk exposure or which could otherwise change the underwriting evaluation of any proposed Insured.*

Insured Name: Stephanie Barnes, Chapter 7 Trustee on behalf of Hull Equity LLC
Quote Number: RTS00210644

| | Applicable Policy Forms Schedule |
|---|---|
| Form Number | Title |
| • **GBA 106178** | **Absolute Exclusion - Fluorinated Compounds** |

❖ The term "Home State" means, with respect to an insured –

(i) The state in which an insured maintains its principal place of business or, in the case of an individual, the individual's principal residence; or

(ii) If 100 percent of the insured risk is located out of the State referred to in subparagraph (A), the state to which the greatest percentage of the insured's taxable premium for that insurance contract is allocated.

*This quotation for coverage is based on the information provided at the time of quoting and is strictly conditioned upon no material change in the risk occurring between the date of this proposal and the inception date of the proposed policy. It is subject to modification or withdrawal if any new, corrected or updated information becomes known which relates to any proposed Insured's claims history or risk exposure or which could otherwise change the underwriting evaluation of any proposed Insured.*