**Trustee Insurance Agency, Inc.**

PO Box 190
Vicksburg, MI  49097
+18772378167
office@intacadvisory.com



# INVOICE

| BILL TO | | |
|---|---|---|
| Stephen Barnes | INVOICE | 2656-4819 |
| Case #23-32984 | DATE | 08/25/2025 |
| 163 East Main Street, Suite 200 | TERMS | Net 15 |
| Lexington, KY  40507 | DUE DATE | 09/09/2025 |

| CASE # | DEBTOR |
|---|---|
| 23-32984 | Hull Equity LLC |

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| | Carrier: RT/Covington Specialty Insurance Company<br>Property Address: 1921-1931 Grant Line Rd. New Albany, IN 47150<br>Coverage Period: 8/25/2025-8/25/2026<br>Policy Number: TBD<br>Property and GL Annual Premium: $11,800.00<br>$1 million per occurrence/ $2 million aggregate | 1 | 11,800.00 |
| | Policy Fee $500.00<br>Inspection Fee $160.00<br>Agency Fee $250.00 | 1 | 910.00 |
| | IN Surplus Lines Tax | 1 | 311.50 |

Please note we have recently moved office locations and our new mailing address is:
PO Box 190
Vicksburg, MI 49097

**BALANCE DUE** **$13,021.50**

Please make checks payable to Trustee Insurance Agency, Inc.