**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE**

**HULL EQUITY, LLC**                                              **Case No. 23-32984**
                                                                            **(Chapter 7)**
**DEBTORS**

**\*\* \*\* \*\* \*\* \*\* \*\***
**SUPPLEMENTAL STATEMENT TO CLARIFY**
**TRUSTEE'S MOTION (Doc. 29) FOR AN ORDER AUTHORIZING TRUSTEE TO**
**ENTER INTO PROPERTY AND LIABILITY INSURANCE POLICY AGREEMENT**

Comes now the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), and hereby respectfully submits his Supplemental Statement to clarify his Motion (Doc. 29) requesting that this court authorize Chapter 7 Trustee to enter into an insurance agreement for commercial general liability and commercial property (the "Insurance Policy Agreement"). For his supplemental statement, the Chapter 7 Trustee states as follows:

1. In the Motion, the Chapter 7 Trustee requested disbursement of $13,021.50 (the "Policy Cost"), consisting of a property premium of $10,000, general liability premium of $1,800, policy fee of $500, inspection fee of $160, Indiana surplus lines tax of $311.50, and agent's fee of $250.00. The Motion stated that "[t]wenty-five percent of that amount is a fully earned premium, and the other seventy-five percent will be an unearned premium." In other words, 25% of the premium portion is fully earned, and accordingly 75% could theoretically be reimbursed, depending on the timing of the sale. However, the Chapter 7 Trustee wishes to clarify that no portion of the fees and taxes are reimbursable.

WHEREFORE, Trustee respectfully requests that this Court enter an Order authorizing the relief set forth in the Motion.

Dated this the 25th day of August 2025.

Respectfully Submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served electronically by the Court on the parties designated to receive electronic notice in this case on this the 25th day of August, 2025.

*/s/ Stephen Barnes*
CHAPTER 7 TRUSTEE