U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                                    Case No. 23-32984
                                                                                             (Chapter 7)
DEBTORS

** ** ** ** ** **

### ORDER SUSTAINING TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING TRUSTEE TO ENTER INTO PROPERTY AND LIABILITY INSURANCE POLICY AGREEMENT WITH COVINGTON SPECIALTY INSURANCE COMPANY FOR POLICY PERIOD AUGUST 25, 2025, TO AUGUST 25, 2026

This matter came before this Court on Motion of the Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 363 and 704, in which the Chapter 7 Trustee requested that this court authorize Chapter 7 Trustee to enter into an insurance agreement for commercial general liability and commercial property (the "Insurance Policy Agreement") with Covington Specialty Insurance Company ("Insurer" or "Covington") for the period August 25, 2025 through August 25, 2026 (the "Policy Period"), and to disburse to Insurer Covington's agent Trustee Insurance Agency the corresponding premiums, fees, and taxes in the total amount of $13,021.50 (the "Policy Cost"). The Court having reviewed the record and being otherwise adequately informed and advised, and that notice of the Motion was sufficient under the circumstances, it is hereby ORDERED AND ADJUDICATED as follows:

**IT IS HEREBY ORDERED AS FOLLOWS:**

(i) The Motion is granted in its entirety, and the Trustee is authorized to enter into and perform under the Insurance Policy Agreement to cover certain real property of the bankruptcy estate located at 1921-2006 Grant Line Road, New Albany, Indiana 47150 (the "Real Property"), substantially in the form attached to the Motion;

(ii) Trustee is authorized to execute and deliver any documents necessary and appropriate to comply with the Insurance Policy Agreement, as Trustee in his sole and absolute discretion may deem necessary or desirable to carry out this Order, without further order of this Court.

(iii) The Chapter 7 Trustee is authorized to disburse to Insurer's agent Trustee Insurance Agency (or other payee as instructed by the insurer) the sum of $13,021.50, consisting of a property premium of $10,000, general liability premium of $1,800, policy fee of $500, inspection fee of $160, Indiana surplus lines tax of $311.50, and agent's fee of $250.00.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

Alan C. Stout
United States Bankruptcy Judge
Dated: August 25, 2025