U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

HULL EQUITY, LLC                                                                            Case No. 23-32984
                                                                                                          (Chapter 7)
DEBTOR

**TRUSTEE'S APPLICATION TO
EMPLOY ATTORNEYS AS COUNSEL**

Comes Stephen Barnes, solely in his limited capacity as Trustee for the Chapter 7 Bankruptcy Estate of the above-named Debtor, pursuant to Bankruptcy Code Sections 327 and 328, and Bankruptcy Rules 2014, 5002 and 9001 and hereby applies to this Court for an Order to Employ Attorneys as Counsel. In support of this application, the Trustee cites the attached Declaration of Counsel and further states as follows:

1.  The Trustee is the duly qualified and acting trustee in this case.

2.  To perform his duties as trustee, the applicant requires the services of attorneys, solely for the limited purpose of assisting him in (i) examining title to real estate in New Albany, Indiana; (ii) performing customary legal and title services relating to real estate transactions; and (iii) fulfilling his obligations, duties and responsibilities under the Bankruptcy Code.

3.  For the forgoing and for all other necessary and proper purposes, applicant desires to retain Church, Langdon, Lopp, & Banet, LLC ("CLLB") of 318 Pearl Street, Suite 200, New Albany, IN 47150, as counsel for the Trustee under the terms set out on the attached Declaration of Counsel.

4.  Because of its experience in these areas, applicant believes that CLLB is well qualified to render the foregoing services as counsel to the Trustee.

5. Based on the Declaration attached hereto, applicant believes that CLLB does not hold or represent any interest adverse to the Trustee or the Debtor's estate(s) and that said attorneys are disinterested person(s) within the meaning of 11 USC §101(4).

6. Trustee further requests that the appointment be retroactive from August 26, 2025, on which date the Trustee requested that CLLB be retained as counsel in this matter.

7. Trustee further requests he be authorized to employ CLLB on an hourly basis at the following hourly rates, plus expenses:

    (a) $340 – Attorney Jason Lopp

    (b) $160- Paralegal

    (c) Other Attorneys in CLLB firm may perform services in connection with this matter, with hourly rates ranging between $295 and $340.

CLLB shall file Fee Applications and obtain Orders from this Court prior to payment of fees and expenses.

WHEREFORE, applicant requests that he be authorized to employ Church, Langdon, Lopp, & Banet, as counsel, with compensation as set forth in the attached Declaration subject to Fee Applications to be filed with this Court or as otherwise authorized.

Dated this the 8th day of September, 2025.

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

Page 2 of 2