U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

HULL EQUITY, LLC  Case No. 23-32984
 (Chapter 7)
DEBTOR

DECLARATION OF
CHURCH, LANGDON, LOPP, & BANET, LLC
IN SUPPORT OF APPLICATION
FOR EMPLOYMENT AS COUNSEL

I, Jason A. Lopp, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of Indiana and the United States District Court for the Western District of Kentucky.

2. Church, Langdon, Lopp, & Banet ("CLLB") maintains offices in New Albany, Indiana. CLLB is qualified to represent the Trustee as counsel in this Chapter 7 case, solely for the limited purpose of assisting the Trustee in (i) examining title to real estate in New Albany, Indiana; (ii) performing customary legal and title services relating to real estate transactions; and (iii) fulfilling his obligations, duties and responsibilities under the Bankruptcy Code. CLLB is willing to accept employment on the basis set forth herein and in the annexed Application.

3. CLLB agrees to accept compensation on an hourly basis, at the following hourly rates, plus expenses:

   a. $340 – Attorney Jason Lopp

   b. $160 - Paralegal

   c. Other Attorneys in CLLB firm may perform services in connection with this matter, with hourly rates ranging between $295 and $340.

CLLB shall file Fee Applications and obtain Orders from this Court prior to payment of fees and expenses and with the understanding that CLLB's fees and expenses are contingent upon approval by the Court.

4. To the best of our knowledge, neither I nor CLLB hold any interest adverse to the above-entitled estate(s) with regard to our acting as counsel for the Trustee and we are disinterested persons as defined in 11 U.S.C §101(14). To the best of our knowledge, CLLB does not hold or represent any interest adverse to the Debtor; Hull Equity, LLC; the United States Trustee; any person employed in the office of the U.S. Trustee; or any party-in-interest as it relates to CLLB being retained as counsel.

5. To the best of our knowledge CLLB does not presently represent the Debtor. CLLB may have represented, or may be currently representing, one or more of the Debtor's creditors in other matters, but not in this case. Additionally, in the future CLLB may be asked to represent one or more of the Debtor's creditors in other matters, but not in this case. To the best of our knowledge, CLLB and its attorneys are not related to the Debtor, the Bankruptcy Judge approving this Application, or the United States Trustee in the region in which the case is pending. WGM may represent the Trustee in other matters before this Court in the future if so requested by the Trustee.

6. No agreement exists to share any compensation to be received pursuant to this Application other than as allowed under 11 U.S.C. §504.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this, the 8th day of September, 2025.

_____
Jason A. Lopp, Attorney
IN Bar ID No.: 21351-29


STATE OF INDIANA           )
                           )
COUNTY OF FLOYD            )

The foregoing document was acknowledged, subscribed, and sworn to before me this 8th day of September, 2025, by Jason A. Lopp.



_____
NOTARY PUBLIC
STATE AT LARGE, INDIANA

My commission expires: 11/11/32