U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**IN RE**

**HULL EQUITY, LLC**                                                   Case No.: 23-32984

**(Chapter 7)**

**DEBTOR**

*    *    *    *

**CHAPTER 7 TRUSTEE'S
MOTION TO SHORTEN OBJECTION PERIOD FOR
<u>APPLICATION (Doc. 34) TO EMPLOY COUNSEL</u>**

Comes now the Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), and hereby respectfully requests that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD for his Application to Employ Church, Langdon, Loft, & Banet (Doc. 34) to seven (7) days.

For his Motion, the Chapter 7 Trustee states as follows:

1.    The Chapter 7 Trustee has already received authorization to employ Counsel (Doc. 34).  It is the opinion of the Chapter 7 Trustee that it is necessary to hire local counsel to assist with the title search and subsequent sale of the property.  The Chapter 7 Trustee believes these services will dramatically improve the prospects for a higher sale price. The sooner the Counsel is authorized to begin work and completes the project, the sooner the Real Property may be sold.  Thus, the full 21-day objection period would be of no benefit to any creditor or party in interest.

    2.    For the reasons above, the Chapter 7 Trustee respectfully requests that this Court enter an Order SHORTENING the Objection period to seven (7) days.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

1. SHORTENING the Notice period for the Chapter 7 Trustee's Application to Employ Counsel (Doc. 34) to seven (7) days.

2. GRANTING any and all other relief that is just, equitable, and appropriate.

Dated this the 9th day of August, 2025.

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE