**U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

**IN RE**

**HULL EQUITY, LLC**                                                                                  **Case No.: 23-32984**
                                                                                                                **(Chapter 7)**
**DEBTOR**

\* \* \* \*

**ORDER SUSTAINING CHAPTER 7 TRUSTEE'S
MOTION TO SHORTEN OBJECTION PERIOD FOR
APPLICATION (Doc. 34) TO EMPLOY COUNSEL**

This matter came before the Court on Motion of Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which Motion the Chapter 7 Trustee requested that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD for his Application to Employ Church, Langdon, Loff, & Banet (Doc. 34) to seven (7) days. The Court having reviewed the record and being otherwise adequately informed and advised, hereby ORDERS AND ADJUDICATES as follows:

1. The Motion is SUSTAINED.

2. The Notice and Objection Period for the Chapter 7 Trustee's Application to Employ Counsel (Doc. 34) is hereby SHORTENED to seven (7) days.

3. There is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE