U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                                       Case No.: 23-32984
                                                                                                        (Chapter 7)
DEBTOR

\*    \*    \*    \*

**ORDER SUSTAINING CHAPTER 7 TRUSTEE'S
MOTION TO SHORTEN OBJECTION PERIOD FOR
APPLICATION (Doc. 34) TO EMPLOY COUNSEL**

This matter came before the Court on Motion of Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which Motion the Chapter 7 Trustee requested that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD for his Application to Employ Church, Langdon, Loff, & Banet (Doc. 34) to seven (7) days. The Court having reviewed the record and being otherwise adequately informed and advised, hereby ORDERS AND ADJUDICATES as follows:

1.    The Motion is SUSTAINED.

2.    The Notice and Objection Period for the Chapter 7 Trustee's Application to Employ Counsel (Doc. 34) is hereby SHORTENED to seven (7) days.

3.    There is no just cause for delay.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: September 9, 2025

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE