## **Exhibit A**

*Billing Summary*

# Hull Equity, LLC - Time Entry Report

Date Start: 4/1/2025 | Date End: 8/12/2025

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 04/01/2025 | Tyler Yeager | Communications with client re: insurance premium payment | 0.10 | $335.00/hr | $33.50 |
| 04/11/2025 | Tyler Yeager | Review inspection report and instructions from insurer. Communications with client re: same | 0.20 | $335.00/hr | $67.00 |
| 05/31/2025 | Tyler Yeager | Review insurance documents and communications with client re: payment of premiums and renewal | 0.20 | $335.00/hr | $67.00 |
| 08/07/2025 | Tyler Yeager | Communications with client and tenant representative re: repair requests | 0.30 | $335.00/hr | $100.50 |
| | | **Totals For Business Operations** | **0.80** | | **$268.00** |
| 04/21/2025 | Tyler Yeager | Review financial records for March and prepare MOR | 1.10 | $335.00/hr | $368.50 |
| 05/21/2025 | Tyler Yeager | Draft April MOR. Communications with client re: same | 0.50 | $335.00/hr | $167.50 |
| 06/23/2025 | Tyler Yeager | Review financial records and prepare May MOR | 0.80 | $335.00/hr | $268.00 |
| 07/23/2025 | Tyler Yeager | Review financials and draft June MOR. Communications with client re: same | 0.50 | $335.00/hr | $167.50 |
| | | **Totals For Case Administration** | **2.90** | | **$971.50** |
| 05/09/2025 | Hunter Frint | Manage retrieval and archiving of proof of claim 4 submitted by Supreme Cuts Lawn and Landscaping | 0.10 | $155.00/hr | $15.50 |
| 05/12/2025 | Hunter Frint | Manage retrieval and archiving of proof of claim 5 submitted by Nancy Hull | 0.10 | $155.00/hr | $15.50 |
| | | **Totals For Claims Administration and Objections** | **0.20** | | **$31.00** |
| 05/13/2025 | Hunter Frint | Manage calendaring of Hearing on Motion for Default Judgment against Hull Equity | 0.10 | $155.00/hr | $15.50 |
| 05/13/2025 | Hunter Frint | Manage calendaring of deadline to object to Motion for Default Judgment against Hull Equity | 0.10 | $155.00/hr | $15.50 |
| | | **Totals For Litigation** | **0.20** | | **$31.00** |
| 04/28/2025 | Tyler Yeager | Work on 3d Amended Plan | 2.10 | $335.00/hr | $703.50 |
| 05/07/2025 | Hunter Frint | Reformat and draft Hull Equity ballots for fourth amended plan | 0.40 | $155.00/hr | $62.00 |
| 05/27/2025 | Greta Maas | Prepare mailing materials for service of order on confirmation hearing, chapter 11 plan, and ballots | 0.40 | $165.00/hr | $66.00 |
| 05/27/2025 | Hunter Frint | Finalize and print ballots; finalize and serve confirmation packages | 0.40 | $155.00/hr | $62.00 |
| 05/28/2025 | Hunter Frint | Draft certificate of service regarding chapter 11 plan, confirmation order, and ballots | 0.20 | $155.00/hr | $31.00 |
| 05/29/2025 | Hunter Frint | Finalize and file certificate of service related to chapter 11 plan and confirmation hearing order | 0.10 | $155.00/hr | $15.50 |
| 06/06/2025 | Tyler Yeager | Review ballots; draft and file tabulation | 0.10 | $335.00/hr | $33.50 |
| | | **Totals For Plan and Disclosure Statement** | **3.70** | | **$973.50** |
| | | **Grand Total** | **7.80** | | **$2,275.00** |

# Hull Equity, LLC - Expense Report

Date Start: 4/1/2025 | Date End: 8/12/2025

| Expense Date | Description | Cost |
|---|---|---|
| **Printing/Copying** | | |
| 05/27/2025 | Printing of confirmation packages | $198.60 |
| | **Totals Billable Amounts for Printing/Copying** | **$198.60** |
| | **Grand Total** | **$198.60** |