**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE:**

**HULL EQUITY, LLC**                                           **Case No. 23-32984**
                                                              **(Chapter 7)**
**DEBTOR**

**ORDER AUTHORIZING TRUSTEE**
**TO EMPLOY ATTORNEYS**

The Court, having considered the application of the Trustee to employ Church, Langdon, Lopp, & Banet, LLC ("CLLB") as Counsel as set forth in the Trustee's Application, and the Declaration of CLLB in support thereof, and the Court FINDING AND CONCLUDING that CLLB, is a disinterested person and that their employment is in the best interest of the estate, it is ORDERED AND ADJUDGED as follows:

1.  The Trustee is authorized to employ CLLB as Counsel solely for the limited purpose of assisting the Trustee in (i) examining title to real estate in New Albany, Indiana; (ii) performing customary legal and title services relating to real estate transactions; and (iii) fulfilling his obligations, duties and responsibilities under the Bankruptcy Code, said employment to be upon the terms and conditions set forth therein.  This appointment is effective as of August 26, 2025, on which date the Trustee requested that CLLB be retained as counsel in this matter.  CLLB and its attorneys are disinterested persons as defined in 11 U.S.C §101.

2.  The Trustee is authorized to employ CLLB on an hourly "Lodestar" basis, plus costs and expenses.  The Trustee is authorized to employ CLLB on an hourly fee arrangement at the following rates, plus expenses:

(a)  $340 – Attorney Jason Lopp

      (b) $160- Paralegal

      (c) Other Attorneys in CLLB firm may perform services in connection with this matter, with hourly rates ranging between $295 and $340.

CLLB shall file Fee Applications and the Court reserves on whether to allow fees under the "Lodestar" or other method.

    3. The Trustee shall serve a copy of this Order on the parties set forth below. Service as set forth herein constitutes adequate notice.

 

 

_____
Alan C. Stout
United States Bankruptcy Judge
 Dated: September 16, 2025

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE