U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                    Case No. 23-32984
                                                    (Chapter 7)
DEBTOR

CHAPTER 7 TRUSTEE'S APPLICATION TO
APPROVE EMPLOYMENT OF AUCTIONEER

Comes Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee of the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to Bankruptcy Code Sections 327, and 328 and Bankruptcy Rules 2014 and 5002 and hereby applies to this Court for an Order Authorizing the Chapter 7 Trustee to employ Jonathan Noel, CEO, Auctioneer and Realtor and Noel Auctioneers and Real Estate Advisors ("Noel Auctioneers") as auctioneer, to sell real property located at 1921-2006 Grant Line Road, New Albany, Indiana 47150 (the "Property"). In support of this application the Chapter 7 Trustee cites the attached Affidavit and further states as follows:

1. The Chapter 7 Trustee is the duly qualified and acting trustee in this case.

2. The Trustee hereby seeks approval of Jonathan Noel and Noel Auctioneers and Advisors ("Auctioneer") of 1478 Alton Road, Lawrenceburg, Kentucky 40342 as the auctioneer to sell the Property. Because of its experience in these areas, the applicant believes that Noel Auctioneers is well qualified to render the foregoing services.

3. Trustee has received from Jonathan Noel, of Noel Auctioneers, an offer to liquidate said property at auction sale or sales, upon the following terms and conditions, subject to the

Bankruptcy Court's standard fee application process:

    a. Auctioneer/Agent to receive a ten percent (10%) buyer's premium added to the highest bid.

    b. In addition, Noel Auctioneers will receive the sum of $500 for the purpose of defraying its expenses in connection with marketing, and recovery of the Property.

    c. In addition, Noel Auctioneers may be reimbursed for its out-of-pocket expenses (if any) relating to repair of the Property, not to exceed $2,500.

4. To the best of applicant's knowledge, Jonathan Noel, of Noel Auctioneers, is a disinterested person in regard to the Trustee, the debtors, creditors, and any other party in interest or their respective attorneys or accountants, the United States Trustee, employees of the United States Trustee; and represents that there is no interest adverse to the estate in the matters upon which said auctioneer/agent is to be retained.

5. Said auctioneer/agent is aware of the provision of 11 U.S.C. Section 328, and has agreed, notwithstanding the terms and conditions of employment set forth, that the Court may allow compensation different from that set forth herein, if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the filing of this application.

6. Trustee is informed and believes, and therefore alleges, that the granting of this Application is in the best interest of the estate and accordingly, that the Court should approve said employment as provided by 11 U.S.C. Section 327(a).

WHEREFORE, applicant requests the entry of an Order approving Jonathan Noel and Noel

Auctioneers and Real Estate Advisors as auctioneer to sell the Property described herein on the terms of compensation set forth above.

Dated this the 16th day of September, 2025.

Respectfully submitted,

/s/ Stephen Barnes
Stephen Barnes, Chapter 7 Trustee
KY Bar ID No. 89762
163 East Main Street, Suite 200
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC

Case No. 23-32984

(Chapter 7)

DEBTOR

### DECLARATION OF JONATHAN NOEL
### IN SUPPORT OF APPLICATION
### FOR EMPLOYMENT AS AUCTIONEER

I, Jonathan Noel, declare as follows:

1. I am the president of Noel Auctioneers and Real Estate Advisors.

2. I am a licensed auctioneer in Kentucky, I hold a bachelor's degree in Business Administration from the University of the Cumberlands and am a graduate of CAI (Certified Auctioneers Institute) and have conducted auctions and sales for several years in Kentucky.

3. I have agreed to auction real property located at 1921-2006 Grant Line Road, New Albany, Indiana 47150 (the "Property").

4. To the best of our knowledge, neither I, nor the members and associates of Noel Auctioneers and Real Estate Advisors hold any interest adverse to the above-entitled estate(s) with regard to our acting as auctioneer, and we are disinterested persons as defined in 11 U.S.C §101(14). To the best of our knowledge, Noel Auctioneers and Real Estate Advisors does not hold or represent any interest adverse to the Debtor; the United States Trustee; any person employed in the office of the U.S. Trustee; or any party-in-interest as it relates to Noel Auctioneers and Real Estate Advisors being hired as auctioneer in this case. To the best of our knowledge, Noel Auctioneers and Real Estate Advisors and its members and associates are not related to the Debtor, the Bankruptcy Judge approving this Application, or the United States

Trustee in the region in which the case is pending. I have represented and will continue to represent Stephen Barnes in his capacity as Chapter 7 Trustee in other cases before this Court.

5. I agree to take the actions described herein in exchange for (i) a ten percent (10%) buyer's premium added to the highest bid, plus (ii) $500 to defray marketing, and miscellaneous expenses, plus (iii) out-of-pocket expenses (if any) relating to repair of the Property, not to exceed $2,500.

6. No agreement exists to share any compensation to be received pursuant to this Application, other than as allowed under 11 U.S.C. §504.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated this the 9th day of September, 2025.

_____
JONATHAN NOEL

COMMONWEALTH OF KENTUCKY )
                          )
COUNTY OF Fayette         )

The foregoing document was acknowledged, subscribed, and sworn to before me this 9th day of September, 2025, by Jonathan Noel.

_____
NOTARY PUBLIC
STATE AT LARGE, KENTUCKY

My commission expires: 8-31-2028
Notary ID NO.: KYNP14132

```
LESLIE PEARSON
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
ID. # KYNP14132
MY COMMISSION EXPIRES 08-31-2028
```

Page 2 of 4