U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC  Case No. 23-32984
  (Chapter 7)
DEBTOR

### ORDER AUTHORIZING TRUSTEE'S APPLICATION TO APPROVE EMPLOYMENT OF JONATHAN NOEL AND NOEL AUCTIONEERS AND REAL ESTATE ADVISORS AS AUCTIONEERS

Upon the application of the Trustee, Stephen Barnes, for an Order allowing him to employ Jonathan Noel and Noel Auctioneers and Real Estate Advisors as Auctioneers of Lawrenceburg, Kentucky, as Auctioneer to sell real property located at 1921-2006 Grant Line Road, New Albany, IN 47150 (the "Property") as described in the Application to Employ, and the Court having reviewed the credentials of Jonathan Noel and Noel Auctioneers, and being otherwise sufficiently advised, it is ORDERED AND ADJUDGED as follows:

1. The Application to Employ is are GRANTED.

2. That Jonathan Noel and Noel Auctioneers may be employed as auctioneer by the Trustee in this action to auction off that Vehicle listed above in exchange for the following compensation:

    a. ten percent (10%) buyer's premium added to the highest bid.

    b. In addition, Noel Auctioneers will receive the sum of $500 to defray marketing, storage, and recovery expenses.

    c. In addition, Noel Auctioneers may be reimbursed for its out-of-pocket expenses (if any) relating to repair of the Property, not to exceed $2,500.

3. Notice of this matter is appropriate in light of the relief requested.

4. The Trustee shall serve a copy of this Order on the parties set forth below. Service as set forth herein constitutes adequate notice.

Tendered By:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

\* Parties designated to receive electronic notice

Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
Lexington, KY 40507
CHAPTER 7 TRUSTEE

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202