U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**IN RE**

**HULL EQUITY, LLC**                                                            Case No.: 23-32984

**(Chapter 7)**

**DEBTOR**

\*     \*     \*     \*

**CHAPTER 7 TRUSTEE'S
MOTION TO SHORTEN OBJECTION PERIOD FOR
APPLICATION (Doc. 40) TO EMPLOY AUCTIONEER**

Comes now the Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), and hereby respectfully requests that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD for his Application to Employ Jonathan Noel, CEO, Auctioneer and Realtor and Noel Auctioneers and Real Estate Advisors (Doc. 40) to seven (7) days.

For his Motion, the Chapter 7 Trustee states as follows:

1. This case was pending in Chapter 11 for almost two years, without any confirmed Plan. The value to the creditors will be generated by the liquidation of the Estate assets, in this case a commercial building. The sooner the auctioneer is employed, the sooner the Real Property may be sold. Thus, the full 21-day objection period would be of no benefit to any creditor or party in interest.

2. For the reasons above, the Chapter 7 Trustee respectfully requests that this Court enter an Order SHORTENING the Objection period to seven (7) days.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

1. SHORTENING the Notice period for the Chapter 7 Trustee's Application to Employ Auctioneer (Doc. 40) to seven (7) days.

2. GRANTING any and all other relief that is just, equitable, and appropriate.

Dated this the 16th day of September, 2025.

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE