U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**IN RE**

**HULL EQUITY, LLC**                                                                 Case No.: 23-32984

**(Chapter 7)**

**DEBTOR**

\*       \*       \*       \*

**ORDER SUSTAINING CHAPTER 7 TRUSTEE'S
MOTION TO SHORTEN OBJECTION PERIOD FOR
APPLICATION (Doc. 40) TO EMPLOY AUCTIONEER**

This matter came before the Court on Motion of Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which Motion the Chapter 7 Trustee requested that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD for his Application to Employ Jonathan Noel, CEO, Auctioneer and Realtor and Noel Auctioneers and Real Estate Advisors (Doc. 40) to seven (7) days. The Court having reviewed the record and being otherwise adequately informed and advised, hereby ORDERS AND ADJUDICATES as follows:

1.  The Motion is SUSTAINED.

2.  The Notice and Objection Period for the Chapter 7 Trustee's Application to Employ Auctioneer (Doc. 40) is hereby SHORTENED to seven (7) days.

3.  There is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE