U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                    Case No. 23-32984
                                                                    (Chapter 7)
DEBTOR

CERTIFICATE OF SERVICE FOR
TRUSTEE'S APPLICATION (Doc. 40)
TO APPROVE JONATHAN NOEL AND NOEL AUCTIONEERS
AND REAL ESTATE ADVISORS AS AUCTIONEER

     This is to certify that a copy of the Application to Approve Jonathan Noel and Noel Auctioneers as Auctioneer (Doc. No. 40) filed by Stephen Barnes, ("Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of the above-captioned Debtor, was served electronically by the Court on the 16th day of September, 2025, or by first class mail, postage prepaid by the undersigned attorney on this the 16th day of September, 2025, on:

*All parties designated to receive electronic notice, and:

Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
Lexington, KY 40507
CHAPTER 7 TRUSTEE


U.S. Trustee
601 West Broadway #512
Louisville, KY 40202


                                        Respectfully submitted,

                                        */s/ Stephen Barnes*
                                        Stephen Barnes, Attorney
                                        Walther, Gay & Mack, PLC
                                        P.O. Box 1598
                                        Lexington, KY 40588-1598
                                        (859) 225-4714 (tel)
                                        sbarnes@wgmfirm.com
                                        ATTORNEYS FOR THE TRUSTEE