Printed: 09/16/25 12:58 PM

# Timesheet Report

### Trustee: Michael E. Wheatley (370660)
### Period: 12/14/23 - 08/13/25

Page: 1

**Case Number:** 23-32984  
**Case Type:** Asset  
**Case Name:** HULL EQUITY, LLC  
**Judge:** ALAN C. STOUT

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 08/13/25 | | read Order Denying Motion to Dismiss Case | 0.10 | $27.50 |
| 07/23/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 06/30/2025. | 0.20 | $55.00 |
| 06/09/25 | | read nancy Hull's Objection to Tabulation of Ballots | 0.10 | $27.50 |
| 06/06/25 | | read Tabulation of Ballots. Filed by Hull Equity, LLC | 0.10 | $27.50 |
| 06/03/25 | | read Nancy Hull's objection to 4th amended Plan | 0.60 | $165.00 |
| 05/23/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 05/31/2025 | 0.20 | $55.00 |
| 05/21/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 04/30/2025 | 0.20 | $55.00 |
| 04/28/25 | | read Fourth Amended Chapter 11 Plan- Subchapter V. Filed by Debtor Hull Equity, LLC | 0.60 | $165.00 |
| 04/21/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 03/31/2025 | 0.20 | $55.00 |
| 03/10/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 02/28/2025 | 0.20 | $55.00 |
| 03/07/25 | | read Motion to Extend time to File Operating Reports for February 2025. | 0.10 | $27.50 |

Printed: 09/16/25 12:58 PM

# Timesheet Report

Page: 2

### Trustee: Michael E. Wheatley (370660)
### Period: 12/14/23 - 08/13/25

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 02/18/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 01/31/2025 | 0.20 | $55.00 |
| 02/03/25 | | read Motion to Extend time to File Operating Reports for January 2025 | 0.10 | $27.50 |
| 01/03/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 12/31/2024 | 0.20 | $55.00 |
| 12/31/24 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 11/30/2024 | 0.20 | $55.00 |
| 12/18/24 | | read Second Amended Chapter 11 Plan-Subchapter V. | 0.70 | $192.50 |
| 11/27/24 | | reviewed Debtor-In-Possession Monthly Operating Report for Filing Period September 2024 | 0.20 | $55.00 |
| 11/27/24 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 10/31/2024 | 0.20 | $55.00 |
| 11/08/24 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 08/31/2024 | 0.20 | $55.00 |
| 11/04/24 | | read Tabulation of Ballots | 0.10 | $27.50 |
| 10/17/24 | | read Document: Report of Sale of 2003 Grant Line Road | 0.20 | $55.00 |
| 09/26/24 | | read Motion to Set Deadline for Voting on Amended Plan Filed by Hull Equity, LLC | 0.10 | $27.50 |
| 09/10/24 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 07/31/2024. | 0.20 | $55.00 |

| Printed: 09/16/25 12:58 PM | | **Timesheet Report** | | Page: 3 |
|---|---|---|---|---|

**Trustee: Michael E. Wheatley (370660)**

**Period: 12/14/23 - 08/13/25**

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 09/10/24 | | read Amended Chapter 11 Plan-Subchapter V. | 0.70 | $192.50 |
| 09/08/24 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 05/31/2024 and Chapter 11 Small Business Monthly Operating Report for the Month Ending: 06/30/2024 | 0.40 | $110.00 |
| 08/28/24 | | read Objection to Motion to Sell 2003 Grant Line Road (Parcel #1), New Albany, Floyd County, Indiana  Filed by Interested Party Nancy Hull | 0.20 | $55.00 |
| 08/07/24 | | read Motion to Sell 2003 Grant Line Road (Parcel #1), New Albany, Floyd County, Indiana Free and Clear of Liens | 0.40 | $110.00 |
| 06/10/24 | | read Tabulation of Ballots. Filed by Hull Equity, LLC | 0.10 | $27.50 |
| 06/05/24 | | read Objection to Confirmation of Chapter 11 Plan-Subchapter V Filed by Creditor Stock Yards Bank & Trust Company Objection to Confirmation of Plan Filed by Creditor United States of America Objection to Confirmation of Plan Filed by Interested Party Nancy Hull | 0.80 | $220.00 |
| 06/05/24 | | reviewed Small Business Monthly Operating Report for Filing Period February 2024 and Small Business Monthly Operating Report for Filing Period March 2024 Debtor-In-Possession Monthly Operating Report for Filing Period April 2024 | 0.75 | $206.25 |

Printed: 09/16/25 12:58 PM  **Timesheet Report**  Page: 4

**Trustee: Michael E. Wheatley (370660)**

**Period: 12/14/23 - 08/13/25**

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 05/07/24 | | read Chapter 11 Plan-Subchapter V. Filed by Associated Debtor Hull Equity, LLC | 0.60 | $165.00 |
| 04/10/24 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 12/31/2023 Chapter 11 Small Business Monthly Operating Report for the Month Ending: 01/31/2023 | 0.50 | $137.50 |
| 01/16/24 | | reviewed Federal Income Tax Return for Hull Equity, LLC  & Statement of Operations for Hull Equity, LLC | 0.50 | $137.50 |
| 01/13/24 | | reviewed Schedules Remaining. Filed by Hull Equity, LLC | 0.60 | $165.00 |
| 12/14/23 | | drafted and emailed verified statement to UST | 0.30 | $82.50 |
| | | **Total for case:** | **11.05** | **$3,038.75** |
| | | **Grand Total:** | **11.05** | **$3,038.75** |