# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: Hull Equity, LLC | ) | Chapter 11 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | Case No. 23-32984-acs |
| _____ | ) | |

## ORDER ALLOWING FINAL COMPENSATION AS SUB V TRUSTEE

THIS MATTER having come before the Court upon the Application for Final Compensation (the "Application") filed by Michael E. Wheatley ("Case Trustee"), as SubChapter V Case Trustee, after due notice to parties in interest, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that Case Trustee is awarded final compensation in the amount of $3,038.75 for actual, necessary professional services rendered during the Application Period.

Tendered By:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com