UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | |
| HULL ORGANIZATION, LLC | Case No. 23-32983-acs |
| Debtor | Chapter 7 |
| In re: | |
| HULL EQUITY, LLC | Case No. 23-32984 |
| Debtor | Chapter 7 |
| In re: | |
| HULL PROPERTIES, LLC | Case No. 23-32985 |
| Debtor | Chapter 7 |
| In re: | |
| 4 WEST, LLC | Case No. 23-32987 |
| Debtor | Chapter 7 |

**MOTION TO EXTEND TIME TO FILE PROPOSAL REGARDING
ALLOCATION OF FEES AWARDED AND TO BE AWARDED**

Kaplan Johnson Abate & Bird LLP ("KJAB"), through undersigned, hereby requests that the Court extend the time to file KJAB's proposal regarding the allocation of fees awarded and to be awarded with respect to each of the above-referenced bankruptcy estates. The grounds for this Motion are KJAB needs additional time to configure and present its proposed reallocations in a manner that will facilitate the Court's and other parties' analysis thereof.

WHEREFORE, KJAB respectfully requests that the Court extend the time to file KJAB's proposal regarding the allocation of fees awarded and to be awarded with respect to these bankruptcy estates, as set in the *Order Granting Motion to Establish Special Compensation Procedures* entered herein on September 3, 2025, to **September 19, 2025**.

Respectfully submitted,

*/s/ Tyler R. Yeager*

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com

## Certificate of Service

I certify that on September 17, 2025, a true and correct copy of the foregoing *Motion to Extend Time* was (a) mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to all other persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

*/s/ Tyler R. Yeager*

CHARITY S. BIRD
TYLER R. YEAGER