**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE**

**HULL EQUITY, LLC**                                                       **Case No. 23-32984**
                                                                                    **(Chapter 7)**

**DEBTOR**

**CERTIFICATE OF SERVICE OF ORDER (Doc. 44) TO SHORTEN OBJECTION**
**PERIOD FOR CHAPTER 7 TRUSTEE'S APPLICATION TO**
**TRUSTEE TO EMPLOY JONATHAN NOEL AND NOEL AUCTIONEERS**
**AND REAL ESTATE ADVISORS AS AUCTIONEER**

This is to certify that a copy of the Order (Doc. 44) shortening the Objection period for the Chapter 7 Trustee's Application Trustee to employ Jonathan Noel and Noel Auctioneers and Real Estate Advisors, was served upon the persons and entities listed below, either electronically by the Court on September 17, 2025, or by the undersigned via U.S. Mail, First-Class postage prepaid, on this the 18th day of September, 2025.

\*        all parties designated to receive electronic notice

\*\*        attached creditor mailing matrix

                                            Respectfully submitted,

                                            */s/ Stephen Barnes*
                                            Stephen Barnes, Chapter 7 Trustee
                                            P.O. Box 1598
                                            Lexington, KY 40588-1598
                                            (859) 225-4714 (tel)
                                            sbarnes@kentuckytrustee.com
                                            CHAPTER 7 TRUSTEE