UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL EQUITY LLC<br><br><br>Debtor | Case No. 23-32984 ACS<br>Chapter 7 |

**MOTION TO EXTEND THE TIME FOR ALL PARTIES TO FILE A TIMLEY OBJECTION TO COUNSEL'S APPPLICATION TO <u>APPROVE FEES AND MOTION TO REALLOCATE</u>**

Paul A. Randolph, Acting United States Trustee for Region 8, moves for the entry of an order extending the time for all parties, to timely object to the Fourth Application for Compensation (DOC 38) and to the Motion for Reallocation of Fees (DOC 49). In support of this Motion states as follows:

1. Both Motions potentially raise similar if not identical questions for parties to review. Many of the issues are related and even the Motion to Reallocate appears somewhat subject to the approval of the Application. As such, parties interested in commenting need appropriate time to review both the Application and the Motion. The United States Trustee requests additional time to review and presumably other interested parties will benefit from such an extension also.

2. Different documents filed in this matter and related matters appear to cast confusion on the deadline to file objections to either or both the Motion or

the Application. This Court has scheduled a hearing on both for October 7 2025. A deadline for both of and including October 2, 2025 should not hinder any party in preparation and would allow all interested parties further time to review and comment.

WHEREFORE, the United States Trustee respectfully requests that this Honorable Court enter an Order extending the deadline for all parties to file a timely objection to either or both the above noted Fourth Application for Compensation and for the Motion for Reallocation to and including October 2 2025 and for such other and further relief this Honorable Court deems just and equitable.

| | |
|---|---|
| September 23, 2025. | Paul A. Randolph |
| | United States Trustee |
| | By */s/ Tim Ruppel* <br> Timothy E. Ruppel <br> Office of the United States <br> Trustee - Department of Justice <br> Trial Attorney <br> 601 W. Broadway, Suite 512 <br> Louisville, KY  40202 <br> (502) 582-6000 (230) <br> tim.ruppel@usdoj.gov |

**Certificate of Service**

I certify that on September 23 2025 a copy of the foregoing Motion and Proposed Order will be served upon all parties who have entered their appearance through the use of the Courts ECF noticing center

*/s/ Tim Ruppel*

2