U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                       Case No. 23-32984
                                                       (Chapter 7)
DEBTOR

**APPLICATION TO EMPLOY HANDYMAN
FOR REPAIR AND CLEANUP SERVICES**

Comes the Trustee, Stephen Barnes ("Chapter 7 Trustee"), solely in his limited capacity as Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §327(a), and 328, and Bankruptcy Rules 2014, 5002 and 9001 and respectfully represents to the Court as follows:

1.  That this case was filed as a Chapter 11 proceeding on December 13, 2023 (the "Petition Date") and was converted to a Chapter 7 on August 13, 2025 (the "Conversion Date"). For almost the entire post-petition pre-conversion period, this case was jointly administered with three historically related Debtors, with almost all filings in the lead case WDKY Bkr. 23-32983 (*In re Hull Organization, LLC*).

2.  The main asset in this bankruptcy case is commercial real estate (strip mall property) located at 1921-2006 Grant Line Road, New Albany, Indiana 47150 (the "Real Property").

3.  That the applicant desires to employ Mr. Conner Ches of Ches Handyman Services (the "Handyman") at 10810 Hollyview Court, Louisville, KY 40299 to (i) remove debris, trash, and old construction debris, (ii) replace a broken window, and (iii) fix and seal the roof where leaks are occurring, prior to marketing and sale of the Real Property.

4.  This cleanup and repair work is necessary before selling the property. Without the

services the Chapter 7 Trustee is concerned that the sale price would be significantly lower at auction. The Debtor has left construction debris and garbage on the real property, and has failed to make various repairs to the Real Property.

5. The Handyman has agreed to perform those services for a flat fee of $5,000, consisting of (i) $1,000 for the cleanout of three store front units, (ii) $3,000 for removal of construction debris and garbage, and (iii) $1,000 to replace a broken window and fix and seal the roof where leaks are occurring. A copy of the Handyman's invoice is attached hereto as **Exhibit A**.

6. The Trustee understands and believes that the proposed fee arrangement related to the foregoing services is on-par with rates and structures charged by similarly situated service providers. Moreover, insofar as the foregoing services are to be performed solely as they relate to specific and limited handyman services, and in order to alleviate the economic pressure borne by this small entity by waiting for fee application approval, the Trustee believes that Handyman should not be required to file fee and expense applications with this Court for his services, and thus requests that Handyman be excused from doing so (to the extent otherwise required).

7. To the best of the applicant's knowledge, the Handyman does not have any connection with the debtor, its creditors, or any other party in interest (except as provided herein), or their respective attorneys or accountants, and represent that there is no interest adverse to the estate in the matter upon which it is to be retained. Based on the Declaration attached hereto, applicant believes that Ches Handyman Services does not hold or represent any interest adverse to the Trustee or the Debtor's estate(s) and that said attorneys are disinterested person(s) within the meaning of 11 USC §101(4).

**WHEREFORE,** the applicant requests the entry of an Order authorizing him to retain Handyman on the terms of compensation set forth above.

Dated this the 23rd day of September, 2025.

Respectfully submitted,

/s/ Stephen Barnes
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing Motion was served by electronic mail by the Court or by first class mail, postage prepaid by the undersigned on this 23rd day of September, 2025, upon the following:

*Parties designate to receive electronic notice in this case

/s/ Stephen Barnes
CHAPTER 7 TRUSTEE

U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC

Case No. 23-32984
(Chapter 7)

DEBTOR

## AFFIDAVIT OF CONNER CHES

Comes Conner Ches, principal of Ches Handyman Services, and after being duly sworn states to the Court as follows:

1. That Affiant is qualified as a handyman and has performed services in this community.

2. That the above named handyman services company has agreed to (i) remove debris, trash, and old construction debris, (ii) replace a broken window, and (iii) fix and seal the roof where leaks are occurring, prior to marketing and sale of the Real Property located at 1921-2006 Grant Line Road, New Albany, Indiana 47150 (the "Real Property"). I have agreed to perform those services for a flat fee of $5,000, consisting of (i) $1,000 for the cleanout of three store front units, (ii) $3,000 for removal of construction debris and garbage, and (iii) $1,000 to replace a broken window and fix and seal the roof where leaks are occurring.

3. Neither Affiant, nor the employees of Ches Handyman Services have any connection with the debtor, its creditors, or any other party in interest, or their respective attorneys or accountants, and represents that there is no interest adverse to the estate in the matter upon which he and his firm are being retained, except as disclosed herein. I have performed services for the Trustee in one or more other cases, and may be hired to perform services for the Trustee in the future.

4. The affiant states that to the best of his knowledge and belief he represents no interest adverse to the estate in the matter upon which he and his firm are being retained.

FURTHER AFFIANT SAYETH NOT: _____
CONNER CHES

STATE OF KENTUCKY    )

COUNTY OF Jefferson    )

Subscribed and sworn to and acknowledged before me by Conner Ches on this 22 day of September 2025.

My Commission Expires:    Sept 17, 2028

_____
NOTARY PUBLIC, STATE AT LARGE, KENTUCKY

**EXHIBIT A**

SAUL E. MONICO
Notary Public - State at Large
Kentucky
My Commission Expires Sept. 17, 2028
Notary ID KYNP92759