U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**IN RE**

**HULL EQUITY, LLC**                                                                 Case No.: 23-32984

**(Chapter 7)**

**DEBTOR**

* * * *

**CHAPTER 7 TRUSTEE'S
MOTION TO SHORTEN OBJECTION PERIOD FOR
APPLICATION (Doc. 55) TO EMPLOY HANDYMAN**

Comes now the Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), and hereby respectfully requests that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD for his Application to Employ Conner Ches at Ches Handyman Services ("Handyman") (Doc. 55) to seven (7) days.

For his Motion, the Chapter 7 Trustee states as follows:

1.     The Chapter 7 Trustee has filed an Application to employ an auctioneer (Doc. 40). The Chapter 7 Trustee, the Auctioneer, and the Handyman have already physically inspected the Real Property. After a review of the Real Property, it is the opinion of the Chapter 7 Trustee that it is necessary to repair and cleanup the Real Property. The Chapter 7 Trustee believes these services will likely improve the prospects for a higher sale price. The sooner the handyman completes the project, the sooner the Real Property may be auctioned. Thus, the full 21-day objection period would be of no benefit to any creditor or party in interest.

2. For the reasons above, the Chapter 7 Trustee respectfully requests that this Court enter an Order SHORTENING the Objection period to seven (7) days.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

1. SHORTENING the Notice period for the Chapter 7 Trustee's Application to Employ Handyman (Doc. 55) to seven (7) days.

2. GRANTING any and all other relief that is just, equitable, and appropriate.

Dated this the 23rd day of September, 2025.

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE