U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                                                  Case No.: 23-32984

                                                                                                (Chapter 7)

DEBTOR

\* \* \* \*

### ORDER SUSTAINING CHAPTER 7 TRUSTEE'S MOTION TO SHORTEN OBJECTION PERIOD FOR APPLICATION (Doc. 55) TO EMPLOY HANDYMAN

      This matter came before the Court on Motion of Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which Motion the Chapter 7 Trustee requested that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD for his Application to Employ Conner Ches at Ches Handyman Services (Doc. 55) to seven (7) days. The Court having reviewed the record and being otherwise adequately informed and advised, hereby ORDERS AND ADJUDICATES as follows:

      1.      The Motion is SUSTAINED.

      2.      The Notice and Objection Period for the Chapter 7 Trustee's Application to Employ Handyman (Doc. 55) is hereby SHORTENED to seven (7) days.

      3.      There is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE