UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL EQUITY, LLC.                                                          Case No. 23-32984

ORDER GRANTING EXTENSION OF TIME
TO RESPOND TO DEBTOR'S APPLICATIONS AND REALLOCATION

***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** *****

Nancy Hull, an interested party herein, by counsel, having moved the Court for an extension of time to respond to Debtor's counsel's *Application for Compensation and Reimbursement of Expenses* (Doc. 38) and *Motion for Reallocation and Final Allowance of All Interim Awards of Compensation and Reimbursement* (Doc. 49) is hereby granted and such responses shall be due October 2, 2025.

s/s K. GAIL RUSSELL
K. GAIL RUSSELL
MARK W. DOBBINS
Tilford Dobbins Schmidt PLLC
1400 One Riverfront Plaza
401 West Main Street
Louisville, Kentucky 40202
(502) 584-1000
mdobbins@tilfordlaw.com
grussell@tilfordlaw.com
Counsel for Nancy Hull

Alan C. Stout
United States Bankruptcy Judge
Dated: September 23, 2025

F:\office\MWD\Hull\Bankruptcy cases 2023\Hull Equity LLC\Conversion\order - extensionoftime.doc

1