UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL EQUITY LLC

Debtor

Case No. 23-32984 acs
Chapter 7

### ORDER EXTENDING TIME TO OBJECT TO FILE A TIMLEY OBJECTION TO COUNSEL'S APPPLICATION TO APPROVE FEES AND MOTION TO REALLOCATE

Upon consideration of the Motion to Extend the Time for All Parties to Timely Object to Counsel's Application to Approve Fees and to Counsel's Motion to Reallocate as filed by the United States Trustee and it appearing that good and sufficient notice having been given of that Motion and that said Motion is proper and should be granted;

**IT IS ORDERED** that the Motion for an Extension of Time is granted.

**IT IS FURHTER ORDERED** that the deadline for filing a timely objection to Counsel's Application to Approve fees and to the Motion for Reallocation is extended for all parties to and including October 2, 2025.

*Proposed Order Prepared and Tendered by:*

Timothy E. Ruppel
Office of the United States Trustee Trial Attorney
601 W. Broadway, Suite 512
Louisville, KY  40202
(502) 582-6000 (222)
tim.ruppel@usdoj.gov

Alan C. Stout
United States Bankruptcy Judge

Dated: September 23, 2025