**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

In re:                                                                                          **Chapter 7**

**HULL EQUITY**                                                              **Case No.: 23-32984**

**DEBTOR**

**CERTIFICATE OF SERVICE**
**FOR TRUSTEE'S APPLICATION (Doc. 55) TO EMPLOY HANDYMAN**
**AND ORDER TO SHORTEN NOTICE (Doc. 60)**
**TO EMPLOY HANDYMAN**

This is to certify that a copy of the Application to Employ Conner Ches at Ches Handyman Services (Doc. 55) filed by Stephen Barnes, ("Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of the above-captioned Debtor, and Order to Shorten Notice (Doc. 60) were served on the individuals and entities listed below, electronically by the Court or by first class mail, postage prepaid by the undersigned attorney on this the 24th day of September, 2025.

- All parties designated to receive electronic notice
- Credit Mailing Matrix

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 685-1188 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

Label Matrix for local noticing
0644-3
Case 23-32984-acs
Western District of Kentucky
Louisville
Wed Sep 10 08:10:51 EDT 2025

Hull Equity, LLC
1902 Campus Place
Suite 9
Louisville, KY 40299-2335

Stock Yards Bank & Trust Company
1040 East Main Street
Louisville, KY 40206-1888

United States of America for Internal Revenu
c/o U.S. Attorney's Office
717 West Broadway
Louisville, KY 40202-2215

450 U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2238

Applegate Manor LLC
1902 Campus Place
Suite 9
Louisville, KY 40299-2335

Bilyeu Enterprises, LLC
Attn: Cullen Bilyeu
5057 Shelbyville Road
Louisville, KY 40207-3309

Floyd County Treasurer
311 Hauss Square
Room 113
New Albany, IN 47150-3591

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Mark W. Dobbins
Tilford Dobbins & Schmidt, PLLC
401 W. Main St. #1400
Louisville, KY 40202-4232

Nancy Pruitt Hull
1320 N Beckley Station Rd
Louisville, KY 40245-4556

Stock Yards Bank & Trust Company
1040 E. Main St.
PO Box 32890
Louisville, KY 40232-2890

Supreme Cuts Lawn and Landscaping
300 Powder House Ln.
New Albany, IN 47150-6065

Truist Bank, Inc.
214 North Tryon Street
Charlotte, NC 28202-1078

U.S. Small Business Administration
2 International Plaza Suite 500
Nashville, TN 37217-2021

U.S. Trustee
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202-2229

US Small Business Administration
2 International Plaza Suite 500
Nashville, TN 37217-2021

US Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203-4002

US Small Business Administration
409 3rd St., SW
Washington, DC 20416-0005

Matthew Golden
Chapter 7 Trustee
3809 Poplar Level Rd
Louisville, KY 40213-1429

Michael E Wheatley
PO Box 1072
Prospect, KY 40059-1072

Stephen Barnes
163 East Main Street
Ste 200
Lexington, KY 40507-1383

Tyler R. Yeager
Kaplan Johnson Abate & Bird, LLP
710 W. Main St., 4th Floor
Louisville, KY 40202-2698

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nancy Hull

End of Label Matrix
Mailable recipients      22
Bypassed recipients       1
Total                    23