## U.S. BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**IN RE**

**HULL EQUITY, LLC**                                                                 **Case No.: 23-32984**

                                                                                                  **(Chapter 7)**

**DEBTOR**

## APPLICATION TO EMPLOY ACCOUNTANT

Comes the Trustee, Stephen Barnes ("Chapter 7 Trustee"), solely in his limited capacity as Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §327(a), and 328, and Bankruptcy Rules 2014, 5002 and 9001 and respectfully represents to the Court as follows:

1. That this case was filed as a Chapter 7 proceeding on December 13, 2023 (the "Petition Date") and was converted to Chapter 13 on August 13, 2025. Applicant was appointed as trustee of the above-named debtor(s), and is now acting as such trustee.

2. That the applicant desires to employ Paul Johnston, CPA, an accountant with the firm of Blue & Co. ("Blue"), 250 W. Main Street, Suite 2900, Lexington KY 40507, and his firm, to prepare tax returns, assist with tax, accounting, and compliance issues for the estate as needed.

3. That it is necessary to prepare said tax returns and employing an accountant appears to be the most reasonable and least expensive way to do said task. That Paul Johnston is qualified as a licensed accountant for many years in this community.

4. That the above-named accountant and accounting firm has agreed to

prepare said tax returns and do other accounting work necessary for the bankruptcy estate for a fee based on the following hourly rates: Senior Manager and Above: $375-$500 per hour; Manager & Below $210-320 per hour; Administrative staff: $90-$150 per hour; and in addition, reimbursement of out of pocket expenses.

5. To the best of the applicant's knowledge, the shareholders and associates of Blue & Company do not have any connection with the debtor, its creditors (except as provided herein), or any other party in interest, or their respective attorneys or accountants, and represent that there is no interest adverse to the estate in the matter upon which it is to be retained. Based on the Declaration attached hereto, applicant believes that Blue & Co. does not hold or represent any interest adverse to the Trustee or the Debtor's estate(s) and that said attorneys are disinterested person(s) within the meaning of 11 USC §101(4).

6. The trustee knows of no conflict in the employment of said accountants in this case.

7. Trustee further requests that the appointment be retroactive from September 16, 2025, on which date the Trustee requested that Blue & Company be retained as accountant in this matter.

**WHEREFORE,** the applicant requests the entry of an Order authorizing him to retain Paul Johnston and Blue & Company as accountants on the terms of compensation set forth above.

Dated this the 29th day of September, 2025.

Respectfully submitted,

/s/ *Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE

HULL EQUITY, LLC

Case No.: 23-32984
(Chapter 7)

DEBTOR

## AFFIDAVIT OF ACCOUNTANT

Comes Paul Johnston, accountant representing the accounting firm of Blue & Co., and after being duly sworn states to the Court as follows:

1. That Affiant is qualified as a licensed accountant and has practiced for many years in this community.

2. That the above named accounting firm has agreed to prepare the state and federal tax returns for the bankruptcy estate at the following hourly rate: Senior Manager and Above: $375-$500 per hour; Manager & Below $210-320 per hour; Administrative staff: $90-$150 per hour; and in addition reimbursement of out of pocket expenses.

3. Neither Affiant, nor the members and associates of the firm of Blue & Co.. have any connection with the debtor, its creditors, or any other party in interest or their respective attorneys or accountants. Any services provided were unrelated to the Debtor. The undersigned represents that there is no interest adverse to the estate in the matter upon which he and his firm are being retained, except as disclosed herein.

4. The affiant states that to the best of his knowledge and belief he represents no interest adverse to the estate in the matter upon which he and his firm are being retained.

FURTHER AFFIANT SAYETH NOT: _____
Paul Johnston, CPA

STATE OF KENTUCKY    ) Kentucky

COUNTY OF FAYETTE    )

Subscribed and sworn to and acknowledged before me by Paul Johnston on this _____ day of 09, 2025.

My Commission Expires: August 11, 2026

_____ KYNP55377
NOTARY PUBLIC, STATE AT LARGE, KENTUCKY

[Notary Seal: JACOB N. BOYD, NOTARY PUBLIC, STATE AT LARGE, KENTUCKY]