U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                                 Case No.: 23-32984
                                                                                                 (Chapter 7)
DEBTOR

### ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT

The Court having considered the application of the Trustee to employ Paul Johnston and Blue & Co. of Lexington, Fayette, County, Kentucky, to perform accounting services as necessary for the estate of the following hourly rates: Senior Manager and Above: $375-$500 per hour; Manager & Below $210-320 per hour; Administrative staff: $90-$150 per hour; and in addition, reimbursement of out of pocket expenses.

BE IT HEREBY ORDERED that Paul Johnston of the accounting firm of Blue & Co. may be employed as accountant by the trustee in this action.

The appointment shall be retroactive from September 16, 2025, on which date the Trustee requested that Blue & Co. be retained as accountant in this matter.

The Trustee shall serve a copy of this Order on the parties set forth below. Service as set forth herein constitutes adequate notice.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE