UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL EQUITY, LLC.                                                                 Case No. 23-32984

**INTERESTED PARTY NANCY HULL'S OBJECTION TO APPLICATION OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

Comes Interested Party, Nancy Hull (hereinafter "Nancy"), by counsel, and files this objection to the pending fee application (Doc. 49) of Tyler Yeager and Kaplan Johnson Abate & Bird LLP As grounds therefor, Nancy states as follows:

This Court and the parties are well aware that fees awarded are required to be reasonable, necessary, and of benefit to the estate. We see no reason to cite a litany of cases when all parties herein are familiar with the standards for compensation which the Bankruptcy Code requires.

Fees in this case have been awarded through March 31, 2025. Subsequent time entries provided little, if any, benefit to the estate. The total fees previously awarded and proposed to be allocated to this case are more than sufficient under the totality of the circumstances.

Total fees and expenses awarded in ALL Hull cases through March 31, 2025 are $175,206.27 Of this amounts previously awarded, the applicant seeks to allocate $10,229.50 to the Hull Equity case. Applicant seeks additional compensation and expenses of $2,473.60.00 through the conclusion of the case. This brings the total compensation and expenses in this case to $12,703.10 for Hull Equity. For all four cases, that brings the total to be awarded of $211,234.58.

After four attempts, no confirmable plan was ever proffered, filed or approved. The Fourth Amended Plan did not even meet the bare minimum requirements, such as the inclusion of a

liquidation analysis or income projections. Under these circumstances, balloting was a complete waste of time. A tract of property was sold and closed long before the time period covered by this application, leaving adjoining tracts in the Estate. If this fee application is approved, then the Estate has in essence spent $12,125.50 on attorney fees on one sale transaction. Several tenants have left the premises and the condition has deteriorated during the course of this case.

Debtor's July 2025 Motion to Dismiss was denied. The settlement agreement, referenced therein as to be approved by the Court, was never executed by Robert Hull. Thereafter, unnecessary time was spent on ludicrous, alternative settlement demands which were to the benefit Robert Hull individually. Robert Hull's actions should place the burden on him personally to pay any fees and expenses incurred during this timeframe. The proposed May 23, 2025 settlement agreement filed on May 23, 2025, was never withdrawn and for quite some period of time, and all the while, the Court was led to believe that Robert Hull was in support of the settlement agreement filed of record. The fiduciary duty owed in this case was to the estate and not Robert Hull.

In light of the fee amounts already awarded, the very limited benefits derived in this case from the sale of one commercial outparcel/building, and the representations made as outlined herein, Nancy submits that the pending fee application should be denied.

Respectfully submitted:
/s/ K. Gail Russell
K. GAIL RUSSELL
MARK W. DOBBINS
Tilford Dobbins Schmidt PLLC
1400 One Riverfront Plaza
401 West Main Street
Louisville, Kentucky 40202
(502) 584-1000
mdobbins@tilfordlaw.com
grussell@tilfordlaw.com
Counsel for Nancy Hull

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 30th day of September, 2025, served by electronic mail or regular mail upon all parties of the case and upon the following:

Tyler R. Yeager
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, Kentucky  40202

Stephen Barnes
Trustee
163 East Main Street
Suite 200
Lexington, Kentucky 40507

Michael E. Wheatley
Trustee, Hull Organization, LLC
P.O. Box 1075
Prospect, Kentucky 40059

Matt Flener
Trustee, 4 West, LLC
2501 Crossings Boulevard
Suite 148
Bowling Green, Kentucky 42104

Matthew Golden
Trustee, Hull Properties, LLC
3809 Poplar Level Road
Louisville, Kentucky 40213

US Trustee  Office
US  Trustee Office
Assistant US Trustee
601 W. Broadway, Suite 512
Louisville, Kentucky 40202

/s/ K. Gail Russell
K. Gail Russell

F:\office\MWD\Hull\Bankruptcy cases 2023\Hull Equity LLC\Conversion\objectiontoawardoffees.docx