**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE**

**HULL EQUITY, LLC**                                               **Case No. 23-32984**
                                                                   **(Chapter 7)**
**DEBTOR**


**ORDER AUTHORIZING TRUSTEE TO EMPLOY HANDYMAN**
**FOR REPAIR AND CLEANUP SERVICES**

The Court having considered the application of the Trustee to employ Conner Ches and

Ches Handyman Services LLC ("Handyman") of 10810 Hollyview Court, Louisville, KY 40299,

to perform repair and cleanup services at the property located at 1921-2006 Grant Line Road, New

Albany, Indiana 47150 (the "Real Property") specifically to (i) remove debris, trash, and old

construction debris, (ii) replace a broken window, and (iii) fix and seal the roof where leaks are

occurring, prior to marketing and sale of the Real Property for a flat fee of $5,000.00.

BE IT HEREBY ORDERED that Handyman may be employed as handyman by the trustee

in this action for a flat fee of $5,000, consisting of (i) $1,000 for the cleanout of three store front

units, (ii) $3,000 for removal of construction debris and garbage, and (iii) $1,000 to replace a

broken window and fix and seal the roof where leaks are occurring.

BE IT FURTHER ORDERED that Handyman is excused from filing, and seeking Court

approval of, applications for compensation and reimbursement for expenses in connection with

services rendered solely in connection with the specific Handyman Services described herein. The

$5,000 flat fee shall be paid only in accordance with the underlying Application and solely from

Bankruptcy Estate Assets. Handyman's flat-fee compensation shall be an administrative expense

Page 1 of 2

of the Bankruptcy Estate.  Handyman shall not be compensated prior to performing the duties described herein.

BE IT FURTHER ORDERED that the Chapter 7 Trustee is hereby authorized and directed to disburse to Handyman a flat fee of $5,000 from Bankruptcy Estate assets for the services described herein upon completion.  The Handyman need not submit a fee application.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

Alan C. Stout
United States Bankruptcy Judge
Dated: October 1, 2025