UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

**HULL EQUITY, LLC**  Case No. 23-32984
 (Chapter 7)

**DEBTOR**

ORDER SUSTAINING
CHAPTER 7 TRUSTEE'S MOTION TO
EXTEND TIME TO ASSUME OR REJECT
EXECUTORY CONTRACTS AND UNEXPIRED LEASES

\*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 105 and 365(d), in which she moved this Court to enter an Order extending the time to assume or reject all executory contracts and unexpired leases until January 12, 2026 (approximately 90 days beyond the current deadline).

The Court having reviewed the record and being otherwise adequately informed and advised, hereby ORDERS AND ADJUDICATES as follows:

1. The Motions are GRANTED.

2. The deadline for assuming or rejecting all executory contracts is hereby EXTENDED until January 12, 2026.

3. The deadline (if any) for assuming or rejecting all unexpired leases is hereby EXTENDED until January 12, 2026.

4. This is a final order and there is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE