UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

HULL EQUITY, LLC                                                      Case No. 23-32984
                                                                                      (Chapter 7)

DEBTOR

CERTIFICATE OF SERVICE OF TRUSTEE'S MOTION
TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY
CONTRACTS AND UNEXPIRED LEASES

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

      This is to certify that a copy of the Trustee's Motion to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases (Docket No. 66) was served upon the individuals and entities listed below, either electronically either electronically by the Court on October 2, 2025, or via U.S. Mail by the undersigned, on this the 2nd day of October, 2025.

\* Parties designated to receive electronic notice

Robert Lucka, Attorney
AutoZone Property Mgt., Dept. 8700
123 South Front Street
Memphis, TN 38103

*/s/ Stephen Barnes*
ATTORNEY FOR THE TRUSTEE