**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE

HULL EQUITY, LLC                              **Case No. 23-32984**
                                                   **(Chapter 7)**

DEBTORS

** ** ** ** ** ** **

**MOTION OF TRUSTEE TO WAIVE OBJECTION PERIOD**
**FOR CHAPTER 7 TRUSTEE'S MOTION (Doc. 66) TO**
**EXTEND TIME TO ASSUME OR REJECT**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Comes now the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 105 and 365(d), and hereby respectfully submits his Motion requesting that this Court to enter an Order Waiving the Objection Period for Motion (Doc. 66) to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases.

For his Motion, Chapter 7 Trustee states as follows:

1.      On October 2nd, 2025, the Chapter 7 Trustee filed a Motion to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases (Doc. 66) (the "Motion") asking to extend the time to assume executory contracts and unexpired leases by an additional 90 days (until January 12, 2026).

2.      If the Court fixes a 21 day Objection deadline, the Court's objection deadline will be later than the original October 13, 2025 assumption deadline.  In other words, the executory contracts and unexpired leases would be deemed rejected prior to the Court's ruling. Accordingly, the Chapter 7 Trustee asks the objection deadline be waived (or shortened).

WHEREFORE, for the reasons set forth above, the Trustee requests this Court to enter an Order:

1. WAIVING the objection period for the Motion to Extend Assumption Deadline (Doc 66).

2. Granting such further relief as is just, proper, necessary, or appropriate.

Dated this the 2nd day of October 2025.

Respectfully Submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was served electronically by the Court on the parties designated to receive electronic notice in this case on this the 2nd day of October, 2025.

*/s/ Stephen Barnes*
CHAPTER 7 TRUSTEE