U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC  Case No. 23-32984
  (Chapter 7)
DEBTORS

\*\* \*\* \*\* \*\* \*\* \*\*

ORDER SUSTAINING CHAPTER 7 TRUSTEE'S MOTION (Doc. 66) TO
WAIVE OBJECTION PERIOD FOR MOTION TO EXTEND TIME TO ASSUME OR
REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 105 and 365(d), in which he moved this Court to enter an Order waiving the objection period to his Motion (Doc. 66) to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases.

The Court having reviewed the record and being otherwise adequately informed and advised, hereby ORDERS AND ADJUDICATES as follows:

1. The Motion is GRANTED.

2. The deadline for objections is hereby WAIVED.

3. There is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE