## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hull Equity, LLC<br><br>Debtor(s) | Case No.:23−32984−acs<br><br>Chapter: 7<br>Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Application to Employ Paul Johnston, CPA as Accountant with Blue & Co. . Filed by Trustee Stephen Barnes. Objections due by 10/20/2025. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Proposed Order) (Barnes, Stephen)

Dated: 9/30/25

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:  
Hull Equity, LLC  
    Debtor

Case No. 23-32984-acs  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0644-3     User: KYWBECFAd     Page 1 of 2  
Date Rcvd: Sep 30, 2025     Form ID: 267     Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| 7153858 | + | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7153859 | + | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7153861 | + | Floyd County Treasurer, 311 Hauss Square, Room 113, New Albany, IN 47150-3591 |
| 7153860 | + | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7153865 | + | Supreme Cuts Lawn and Landscaping, 300 Powder House Ln., New Albany, IN 47150-6065 |
| 7153866 | + | Truist Bank, Inc., 214 North Tryon Street, Charlotte, NC 28202-1078 |
| 7153868 | + | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | ^ | MEBN | Sep 30 2025 18:51:53 | Michael E Wheatley, PO Box 1072, Prospect, KY 40059-1072 |
| cr | + | Email/Text: bankruptcy.notices@syb.com | Sep 30 2025 18:52:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Sep 30 2025 18:51:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| 7153862 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2025 18:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7153864 | + | Email/Text: bankruptcy.notices@syb.com | Sep 30 2025 18:52:00 | Stock Yards Bank & Trust Company, 1040 E. Main St., PO Box 32890, Louisville, KY 40232-2890 |
| 7159154 | + | Email/Text: david.higgs@sba.gov | Sep 30 2025 18:52:00 | U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7153867 | + | Email/Text: bankruptcynotices@sba.gov | Sep 30 2025 18:51:00 | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7153869 | + | Email/Text: BhamBankruptcy@sba.gov | Sep 30 2025 18:51:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: 267 | Total Noticed: 17 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7153863 | ##+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025            Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Andrew Lopp | on behalf of Trustee Stephen Barnes jlopp@cllblegal.com bgreenwell@cllblegal.com |
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America for Internal Revenue Service Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |
| Matthew Golden | trustee@mattgoldenlaw.com mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com |
| Matthew R. Lindblom | on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com |
| Paul Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Stephen Barnes | sbarnes@kentuckytrustee.com SBarnes@ecf.axosfs.com |
| Tim Ruppel | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com |
| Tyler R. Yeager | on behalf of Debtor Hull Equity  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com |
| U.S. Trustee | ustpregion08.lo.ecf@usdoj.gov |

TOTAL: 11