UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| In re: | | Case No. |
|---|---|---|
| HULL ORGANIZATION, LLC | | |
| HULL EQUITY, LLC | | 23-32983 23-32984 |
| HULL PROPERTIES, LLC | | 23-32985 23-32987 |
| 4 WEST, LLC | Debtor | Chapter 7 |

**ORDER REALLOCATING AND ALLOWING ALL INTERIM AWARDS OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter came before the Court upon the *Motion for Reallocation and Final Allowance of All Interim Awards of Compensation and Reimbursement of Expenses* (the "Motion") filed by Kaplan Johnson Abate & Bird LLP ("KJAB"). Notice having been given, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion is **GRANTED**. KJAB is awarded compensation and reimbursement under Bankruptcy Code § 330(a), allowed as an administrative expense against the Debtors' estates in the following amounts:

| Debtor | Total Award per Estate |
|---|---|
| Hull Organization, LLC | $67,686.29 |
| Hull Equity, LLC | $43,139.37 |
| Hull Properties, LLC | $39,009.65 |
| 4 West, LLC | $47,994.62 |

SO ORDERED.

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630

Alan C. Stout
United States Bankruptcy Judge

Dated: October 8, 2025

modified by the Court 10/7/2025