**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE

**HULL EQUITY, LLC**                                                **Case No. 23-32984**
                                                                              **(Chapter 7)**

**DEBTOR**

**ORDER GRANTING TRUSTEE'S MOTION FOR**
**BANKRUPTCY RULE 2004 REQUEST FOR**
**PRODUCTION OF DOCUMENTS FROM**
**TRUIST BANK INC.**

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity LLC (the "Debtor"), in which Motion the Trustee moved this Court to enter an Order compelling Truist Bank Inc. (the "Producing Party") to produce certain documents for inspection and copying.

The Court, having reviewed the record and being otherwise adequately informed, hereby ORDERS AND ADJUDCIATES as follows:

1.      The Producing Party is hereby ORDERED to produce[1] to the Chapter 7 Trustee Stephen Barnes, at **163 E. Main Street, Suite 200, Lexington, KY 40507**, on or before **November 14, 2025 at 1:00 p.m. EST,** originals or copies of the following documents, monthly statements, records, or communications (the "Documents") relating to the following accounts, from June 1, 2023 through the date of production:

   a.   BB&T Account under Robert E. Hull's name with the account number ending in 2921.

---

1. The Producing Party does not need to deliver the documents in person- the documents may be delivered by mail.

Page 1 of 2

2.      This is a final order, and there is no just cause for delay.


Tendered by:

*/s/ Stephen Barnes*_____
Stephen Barnes, Chapter 7 Trustee
163 East Main Street; Suite 200
P.O. Box 1598
Lexington, KY  40588-1598
(859) 225-4714
sbarnes@kentuckytrustee.com
www.wgmfirm.com
CHAPTER 7 TRUSTEE