U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                          CASE NO.: 23-32984
                                                                                                                                       (Chapter 7)

DEBTOR

## CHAPTER 7 TRUSTEE'S NOTICE OF
## FILING LIS PENDENS AGAINST REAL
## PROPERTY LOCATED AT 1931 GRANTLINE ROAD,
## NEW ALBANY, FLOYD COUNTY, INDIANA

Please take notice that Stephen Barnes, solely in his capacity as the Chapter 7 Trustee of the Bankruptcy Estate of the above-named Debtor, has filed a Lis Pendens against the real estate located at 1931 Grantline Road, New Albany, Indiana 47150. The Lis Pendens was recorded in the Floyd Circuit Court Clerk's Office, in Lis Pendens Book 4, Page 175 on September 26, 2025, and a copy is attached as **Exhibit A**.

Dated this the 22nd day of October, 2025.

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
PO Box 1598
Lexington, KY  40588-1598
(859) 225-4714
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

Page 1 of 2

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing was served, either electronically by the Court, or via U.S. Mail, First Class Postage Prepaid by the undersigned attorney, on this the 22nd day of October, 2025.

\* Parties designated to receive electronic notice


*/s/ Stephen Barnes*
CHAPTER 7 TRUSTEE

Filed

SEP 2 6 2025

Danita Burks
Clerk Of Courts

22C01-2509-CB-001636

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL EQUITY, LLC, | ) | Case No.: 23-32984 |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

## LIS PENDENS NOTICE

Please take notice that on September 13, 2025, Debtor, **HULL EQUITY, LLC**, filed its Notice of Conversion to Chapter 7, through counsel, and on the same date Stephen Barnes (the "Chapter 7 Trustee"), was appointed as U.S. Trustee for the matter pending in the **United States Bankruptcy Court, for the Western District of Kentucky, Louisville Division, Cause No.: 23-32984.**

In said matter, the Trustee has a duty to oversee the debtor's estate and manage it for the benefit of creditors, including certain real estate known as **1931 Grantline Road, New Albany, Indiana 47150, Parcel Number 22-05-04-201-281.001-008 (Tract 2) and 22-05-04-201-280.000-008 (Tract 3)** (the "Subject Property"). To protect said property, the Trustee, by counsel, hereby files this Lis Pendens Notice to give constructive notice to the public that this matter is pending which could affect the ownership or title to the Subject Property. Therefore, the Trustee hereby states:

1. The Subject Property is an asset of the Debtor's Estate subject to rights and obligations of Stephen Barnes as the U.S. Trustee under the jurisdiction of the United States Bankruptcy Court, for the Western District of Kentucky, Louisville Division, Cause No.: 23-32984.

2. The Debtor and primary party to this action is HULL EQUITY, LLC.

3. The Subject Property is legally described in Exhibit "A" attached hereto.



EXHIBIT A

4.     By subjecting itself to the jurisdiction of the United States Bankruptcy Court, the Trustee asserts an interest in the management and control of the Debtor's Estate, including the sale or transfer of any portion of the Subject Property.

This __24__ day of __September__, 2025.

                                                         Respectfully submitted,

                                                         /s/ Jason A. Lopp
                                                         Jason A. Lopp, 21351-29
                                                         Church Langdon Lopp & Banet LLC
                                                         318 Pearl Street, Suite 200
                                                         New Albany, IN 47150
                                                         (812) 725-8224
                                                         jlopp@cllblegal.com

THIS INSTRUMENT PREPARED BY
Jason A. Lopp
Church Langdon Lopp & Banet LLC
318 Pearl Street, Suite 200
New Albany, IN 47150

I affirm under the penalties for perjury that I have taken reasonable care to redact each Social Security Number in this document, unless required by law. By: Jason A. Lopp

## EXHIBIT A

**Parcel No. 22-05-04-201-281.001-008**

**TRACT 2:**
Being a part or all of Lots #1, 2, 8, & 9 of Block #9 AND
Part or all of Lots 8, 9, 10, 11, 12, H & G, Block #10 of Plat #447 in Illinois Grant Survey #42, New Albany Township, Floyd County, Indiana, and being a 1.898 acre, more or less, tract of ground shown on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024), (No revisions at this time), (Basis of Bearing is Indiana State Plane Coordinate System, East Zone, NAD 1983, all reference monuments and courses herein are shown on said plat of survey, and more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 399.17 feet to a mag nail found and the TRUE POINT OF BEGINNING; thence continuing with the East right-of-way of Graybrook Lane, North 06° 25' 54" East, 313.07 feet to a mag nail found; thence leaving the East right-of-way of Graybrook Lane, South 83° 33' 24" East, 254.00 feet to a mag nail found on the West right-of-way of Grant Line Road; thence with the above mentioned right-of-way the following two (2) calls: South 06° 09' 49" West, 135.20 feet to a Condra steel bar found; thence South 26° 53' 33" East, 116.09 feet to a steel Condra bar found; thence leaving the West right-of-way of Grant Line Road, South 63° 03' 59" West, 140.20 feet to a steel Condra bar found; thence North 85° 00' 15" West, 201.39 feet to the true point of beginning.
Containing 1.898 acres, more or less.
(Known as Tract #2 on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024)

**TRACT 2:** SUBJECT TO AND INCLUDING a thirty-six (36) foot wide ingress/egress and utility easement the centerline of which is more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 399.17 feet to a mag nail found; thence continuing with the East right-of-way of Graybrook Lane, North 06° 25' 54" East, 313.07 feet to the TRUE POINT OF BEGINNING OF THIS EASEMENT; thence leaving the East right-of-way of Graybrook Lane, South 83° 33' 24" East, 254.00 feet to a mag nail found on the West right-of-way of Grant Line Road and the terminus of this easement.
(Intended to be eighteen (18) feet on both sides of the above described centerline.)

**TRACT 2:** ALSO THE RIGHT TO USE an ingress/egress and utility easement more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 399.17 feet to a mag nail found; thence continuing with the East right-of-way of Graybrook Lane, North 06° 25' 54" East, 331.07 feet to the TRUE POINT OF BEGINNING OF THIS EASEMENT; thence leaving the East right-of-way of Graybrook Lane, South 83° 33' 24" East, 72.40 feet; thence North 06° 25' 54" East, 79.93 feet; thence North 83° 33' 24" West, 72.40 feet; thence South 06° 25' 54" West, 79.93 to the true point of beginning.

Subject to all legal rights-of-way, any legal drains, and any easements of record.

Parcel No. 22-05-04-201-280.000-008

**TRACT 3:** Being a Part or all of Lots 3, 4, 5, 6, 7, 8, & H, Block #10 of Plat #447 in Illinois Grant Survey #42, New Albany Township, Floyd County, Indiana, and being a 1.563 acre, more or less, tract of ground shown on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024), (No revisions at this time), (Basis of Bearing is Indiana State Plane Coordinate System, East Zone, NAD 1983, all reference monuments and courses herein are shown on said plat of survey, and more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 111.37 feet to a mag nail found and the TRUE POINT OF BEGINNING; thence continuing with the East right-of-way of Graybrook Lane, North 06° 22' 24" East, 287.80 feet to a mag nail found; thence leaving the East right-of-way of Graybrook Lane, South 85° 00' 15" East, 201.39 feet to a mag nail found to a steel Condra bar found; thence South 02° 59' 31" East, 208.78 feet to a Condra steel bar found; thence South 16° 32' 21" West, 123.96 feet to Fall Run Creek; thence South 76° 46' 23" West, 81.00 feet to a 5/8" Marshall rebar found; thence North 06° 30' 59" East, 61.38 feet to a 5/8" Marshall rebar found; thence North 83° 08' 23" West, 137.28 feet to the true point of beginning. Containing 1.563 acres, more or less,
(Known as Tract #3 on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024)

Subject to all legal rights-of-way, any legal drains, and any easements of record.

# CHRONOLOGICAL CASE SUMMARY
## CASE SUMMARY
### CASE NO. 22C01-2509-CB-001636

| | | | |
|---|---|---|---|
| In The Floyd Circuit Court: Lis Pendens Notice | § § § § | Location:<br>Judicial Officer:<br>Filed on: | Floyd Circuit Court<br>Brown, Justin B<br>09/26/2025 |

---

### CASE INFORMATION

| | |
|---|---|
| Case Type: | CB - Court Business |
| Case Status: | 09/26/2025 Decided |

---

### CASE ASSIGNMENT

**DATE**

**Current Case Assignment**
| | |
|---|---|
| Case Number | 22C01-2509-CB-001636 |
| Court | Floyd Circuit Court |
| Date Assigned | 09/26/2025 |
| Judicial Officer | Brown, Justin B |

---

### PARTY INFORMATION

**Interested Person**   Church Langdon Lopp & Banet LLC
*318 Pearl Street, Suite 200*
*New Albany, IN 47150*

**Hull Equity LLC**

---

### EVENTS & ORDERS OF THE COURT

| DATE | | INDEX |
|---|---|---|
| 09/26/2025 | Case Opened as a New Filing | |
| 09/26/2025 | Lis Pendens Notice Filed<br>File Stamp: 09/26/2025<br>Filed By: Interested Person  Church Langdon Lopp & Banet LLC | |
| 09/26/2025 | Lis Pendens Book | *Vol./Book 4,*<br>*Page 175* |

### FINANCIAL INFORMATION

**DATE**

Interested Person   Hull Equity LLC
| | |
|---|---|
| Total Charges | 3.00 |
| Total Payments and Credits | 3.00 |
| **Balance Due as of  9/26/2025** | **0.00** |