UNITED STATES BANKRUPTCY COURT
FOR THE WESTER DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                               Case No. 23-32984
                                                                              (Chapter 7)

DEBTOR

**MOTION FOR 2004 PRODUCTION OF DOCUMENTS
FROM AMERICAN EXPRESS NATIONAL BANK**

Comes Steven Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Debtor Hull Equity, LLC (the "Debtor"), by and through counsel, pursuant to Federal Rules of Bankruptcy Procedure 2004, and moves this Court to enter an Order requiring American Express National Bank (the "Producing Party") to produce for inspection and copying on or before **November 14, 2025, at 1:00 p.m. EST** the originals or copies of those documents and items set forth below.

1. The Trustee needs to review certain records in order to determine to whether and to what extent transfers of the Debtor's interests in property occurred.

2. Based on 341 meeting testimony given by the Debtor's principal Robert Hull ("Mr. Hull") and upon information and belief, during the two-year period before the Debtor's Bankruptcy proceedings, multiple transfers were made from the Debtor's deposit accounts to American Express in satisfaction of indebtedness owed by Mr. Hull individually in connection with various American Express cards.

3. For the purposes set forth above, the Trustee requests that the Court enter an Order compelling the Producing Party to produce for inspection and copying all documents, monthly statements, records, or communications (the "Documents") relating to the following American Express accounts in the name of Robert E. Hull, from June 1, 2023 through the date of production:

(a) Account ending in 2-38001.
(b) Account ending in 0-51002.
(c) Account ending in 1-16008.
(d) Account ending in 0-64000.
(e) Account ending in 2-37003.
(f) Account ending in 1-15000.
(g) Account ending in 0-63002.

3. This document production is necessary and appropriate to assist the Trustee in his administration of the Estate.

WHEREFORE, the Trustee requests this Court to enter an Order:

1. Requiring that the Producing Party produce for inspection and copying to the office of the undersigned Chapter 7 Trustee on or before **November 14,** at **1:00 p.m. EST,** the originals or copies of the records referenced above; and

2. Granting such further relief as is just, proper, necessary or appropriate.

Dated this 22nd day of October, 2025.

Respectfully submitted,


*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street; Suite 200
P.O. Box 1598
Lexington, KY    40588-1598
(859) 225-4714
sbarnes@kentuckytrustee.com
www.wgmfirm.com
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was served, electronically by the Court, or via U.S. Mail, First Class Postage Prepaid, by the undersigned, on this the 22nd day of October, 2025.

\* All parties designated to receive electronic notice.

Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
Lexington, KY 40507
CHAPTER 7 TRUSTEE

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

Tyler R. Yeager
710 West Main Street
Fourth Floor
Louisville, KY 40202
ATTORNEY FOR DEBTOR

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express Prepaid Card
Management Corporation
18850 North 56th St.
Phoenix, AZ, 85054

American Express
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY, 40601

American Express National Bank
115 W. Towne Ridge Pkwy
Sandy, UT 84070

American Express
Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

                                        */s/ Stephen Barnes*
                                        CHAPTER 7 TRUSTEE