U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC  Case No. 23-32984
  (Chapter 7)
DEBTOR

\* \* \* \* \* \* \* \* \*

ORDER SUSTAINING
MOTION OF THE CHAPTER 7 TRUSTEE
TO SELL REAL PROPERTY BY PUBLIC AUCTION
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor"), by and through Counsel, pursuant to 11 U.S.C. § 363 and Bankruptcy Rules 2002, and 6004, and in which Motion he requested Authorization to Sell Real Property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property") by public auction, free and clear of all liens, claims and encumbrances (other than the lease to AutoZone Development, LLC ("Tenant AutoZone"), with liens to attach to sales proceeds. The Real Property is more particularly described in **Exhibit A** attached hereto. The Court having reviewed the record and being otherwise adequately informed and advised, hereby ORDERS AND ADJUDICATES as follows:

1. The Motion is SUSTAINED.

2. The Chapter 7 Trustee is hereby AUTHORIZED to sell the Real Property at public auction, free and clear of all liens, claims and encumbrances, with liens to attach to the sale proceeds. Pursuant to 11 USC 363(f)(4), the sale shall be free and clear of all liens, claims and encumbrances (other than the lease to Tenant AutoZone).

3. After the sale, the Trustee shall file a report of the sale with this Court.

4. The Trustee is hereby authorized to execute the necessary documents transferring title to the Property on behalf of the Bankruptcy Estate. In the event that any further documents are necessary in order to consummate the sale of the Property to the purchaser, then the Trustee is granted limited power of attorney for the Debtor, solely for the limited purpose of transferring title to the Property and closing the sale.

5. The sale shall be for cash, as-is, where-is, with no warranties of any kind.

6. IT IS FURTHER ORDERED that the 14-day stay of Rule 6004(h) of the Bankruptcy Rules is hereby waived.

7. Notice of this matter is adequate in light of the relief requested;

8. This is a final and appealable order, and there is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

## EXHIBIT A

**Parcel No. 22-05-04-201-281.001-008**

**TRACT 2:**
Being a part or all of Lots #1, 2, 8, & 9 of Block #9 AND
Part or all of Lots 8, 9, 10, 11, 12, H & G, Block #10 of Plat #447 in Illinois Grant Survey #42, New Albany Township, Floyd County, Indiana, and being a 1.898 acre, more or less, tract of ground shown on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024), (No revisions at this time), (Basis of Bearing is Indiana State Plane Coordinate System, East Zone, NAD 1983, all reference monuments and courses herein are shown on said plat of survey, and more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 399.17 feet to a mag nail found and the TRUE POINT OF BEGINNING; thence continuing with the East right-of-way of Graybrook Lane, North 06° 25' 54" East, 313.07 feet to a mag nail found; thence leaving the East right-of-way of Graybrook Lane, South 83° 33' 24" East, 254.00 feet to a mag nail found on the West right-of-way of Grant Line Road; thence with the above mentioned right-of-way the following two (2) calls: South 06° 09' 49" West, 135.20 feet to a Condra steel bar found; thence South 26° 53' 33" East, 116.09 feet to a steel Condra bar found; thence leaving the West right-of-way of Grant Line Road, South 63° 03' 59" West, 140.20 feet to a steel Condra bar found; thence North 85° 00' 15" West, 201.39 feet to the true point of beginning, Containing 1.898 acres, more or less.
(Known as Tract #2 on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024)

**TRACT 2:** SUBJECT TO AND INCLUDING a thirty-six (36) foot wide ingress/egress and utility easement the centerline of which is more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 399.17 feet to a mag nail found; thence continuing with the East right-of-way of Graybrook Lane, North 06° 25' 54" East, 313.07 feet to the TRUE POINT OF BEGINNING OF THIS EASEMENT; thence leaving the East right-of-way of Graybrook Lane, South 83° 33' 24" East, 254.00 feet to a mag nail found on the West right-of-way of Grant Line Road and the terminus of this easement.
(Intended to be eighteen (18) feet on both sides of the above described centerline.)