U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                    Case No. 23-32984
                                                    (Chapter 7)
DEBTOR

CERTIFICATE OF SERVICE FOR
TRUSTEE'S MOTION TO SELL BY PUBLIC AUCTION (Doc. 83)

      This is to certify that a copy of the Motion to Sell by Public Auction (Doc. 83), was served electronically by the Court on the 22nd day of October, 2025, or by first class mail, postage prepaid by the undersigned attorney on this the 22nd day of October, 2025, on:

*All parties designated to receive electronic notice,
** All parties on the attached creditor mailing matrix, and:

Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
Lexington, KY 40507
CHAPTER 7 TRUSTEE

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

Robert Lucka, Attorney (or any officer)
AutoZone Property Management
Department 8700
123 South Front Street
Memphis, TN 38103

Robert Lucka, Attorney (or any officer)
AutoZone Development, LLC
123 South Front Street
Memphis, TN 38103

AutoZone Development, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
123 S. Front Street
Frankfort, KY 40601

Shane L. Gibson
New Albany Corporate Counsel
142 E. Main, Suite 310
New Albany, IN 47150

The Floyd County Treasurer's Office
Steve Burks - Treasurer
311 Hauss Square, Rm 113
New Albany, IN 47150

           Respectfully submitted,

           */s/ Stephen Barnes*
           Stephen Barnes, Attorney
           KY Bar Id No. 89762
           Walther, Gay & Mack, PLC
           P.O. Box 1598
           Lexington, KY 40588-1598
           (859) 225-4714 (tel)
           sbarnes@wgmfirm.com
           ATTORNEYS FOR THE TRUSTEE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0644-3<br>Case 23-32984-acs<br>Western District of Kentucky<br>Louisville<br>Wed Sep 10 08:10:51 EDT 2025 | Hull Equity, LLC<br>1902 Campus Place<br>Suite 9<br>Louisville, KY 40299-2335 | Stock Yards Bank & Trust Company<br>1040 East Main Street<br>Louisville, KY 40206-1888 |
| United States of America for Internal Revenu<br>c/o U.S. Attorney's Office<br>717 West Broadway<br>Louisville, KY 40202-2215 | 450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202-2238 | Applegate Manor LLC<br>1902 Campus Place<br>Suite 9<br>Louisville, KY 40299-2335 |
| Bilyeu Enterprises, LLC<br>Attn: Cullen Bilyeu<br>5057 Shelbyville Road<br>Louisville, KY 40207-3309 | Floyd County Treasurer<br>311 Hauss Square<br>Room 113<br>New Albany, IN 47150-3591 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Mark W. Dobbins<br>Tilford Dobbins & Schmidt, PLLC<br>401 W. Main St. #1400<br>Louisville, KY 40202-4232 | Nancy Pruitt Hull<br>1320 N Beckley Station Rd<br>Louisville, KY 40245-4556 | Stock Yards Bank & Trust Company<br>1040 E. Main St.<br>PO Box 32890<br>Louisville, KY 40232-2890 |
| Supreme Cuts Lawn and Landscaping<br>300 Powder House Ln.<br>New Albany, IN 47150-6065 | Truist Bank, Inc.<br>214 North Tryon Street<br>Charlotte, NC 28202-1078 | U.S. Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 |
| U.S. Trustee<br>Asst. U.S.Trustee<br>601 West Broadway #512<br>Louisville, KY 40202-2229 | US Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 | US Small Business Administration<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203-4002 |
| US Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0005 | Matthew Golden<br>Chapter 7 Trustee<br>3809 Poplar Level Rd<br>Louisville, KY 40213-1429 | Michael E Wheatley<br>PO Box 1072<br>Prospect, KY 40059-1072 |
| Stephen Barnes<br>163 East Main Street<br>Ste 200<br>Lexington, KY 40507-1383 | Tyler R. Yeager<br>Kaplan Johnson Abate & Bird, LLP<br>710 W. Main St., 4th Floor<br>Louisville, KY 40202-2698 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nancy Hull

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23