U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                                  Case No. 23-32984
                                                                                              (Chapter 7)

DEBTORS

** ** ** ** ** **

**MOTION OF CHAPTER 7 TRUSTEE TO
SHORTEN OBJECTION PERIOD TO SEVEN (7) DAYS
FOR MOTION (Doc. 83) TO SELL REAL PROPERTY**

Comes now the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 105 and 363, and hereby respectfully submits his Motion requesting that this Court to enter an Order Shortening the Objection Period for Motion (Doc. 83) to sell Real Property to seven (7) days.

For his Motion, Chapter 7 Trustee states as follows:

1.      On October 22, 2025, the Chapter 7 Trustee filed a Motion to sell Real Property (Doc. 83) (the "Motion") requesting approval for the Chapter 7 Trustee to sell certain New Albany, Indiana commercial Real Property.

2.      The Chapter 7 Trustee submits that this case was pending in Chapter 11 for almost two years and now that it has converted to Chapter 7 there is no benefit for further delay. The Chapter 7 Trustee's auctioneer is anxious to sell the Real Property before Thanksgiving and needs time before the proposed auction period to market the Real Property. Furthermore, the Real Property is encumbered by a series of municipal liens and local tax liens securing indebtedness far

less than the expected value of the Real Property. The sole tenant, an AutoZone store, has received notice of the Chapter 7 Trustee's plans to auction the Real Property. Thus, the full 21-day objection period appears to be superfluous. Accordingly, the Chapter 7 Trustee asks that the objection deadline be shortened to seven (7) days.

WHEREFORE, for the reasons set forth above, the Trustee requests this Court to enter an Order:

1. SHORTENING the objection period for the Chapter 7 Trustee's Motion to Sell.

2. Granting such further relief as is just, proper, necessary, or appropriate.

Dated this the 22nd day of October, 2025.

Respectfully Submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served electronically by the Court on the parties designated to receive electronic notice in this case on this the 22nd day of October, 2025.

*/s/ Stephen Barnes*
CHAPTER 7 TRUSTEE