**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE**

**HULL EQUITY, LLC**                                   **Case No. 23-32984**
                                                              **(Chapter 7)**
**DEBTORS**

** ** ** ** ** ** **

**ORDER SUSTAINING**
**MOTION OF CHAPTER 7 TRUSTEE TO**
**SHORTEN OBJECTION PERIOD TO SEVEN (7) DAYS**
**FOR MOTION (Doc. 83) TO SELL REAL PROPERTY**

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which motion the Chapter 7 Trustee requested that this Court enter an Order Shortening the Objection Period for Motion (Doc. 83) to sell Real Property to seven (7) days. The Court having reviewed the record and being otherwise adequately informed and advised, it is hereby ORDERED AND ADJUDICATED as follows:

1. The motion is GRANTED.

2. The Objection period for the Motion is hereby SHORTENED to seven (7) days.

3. There is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE