U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                Case No. 23-32984
                                                                               (Chapter 7)
DEBTORS

**\*\* \*\* \*\* \*\* \*\* \*\***
**ORDER SUSTAINING**
**MOTION OF CHAPTER 7 TRUSTEE TO**
**SHORTEN OBJECTION PERIOD TO SEVEN (7) DAYS**
**FOR MOTION (Doc. 83) TO SELL REAL PROPERTY**

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which motion the Chapter 7 Trustee requested that this Court enter an Order Shortening the Objection Period for Motion (Doc. 83) to sell Real Property to seven (7) days. The Court having reviewed the record and being otherwise adequately informed and advised, it is hereby ORDERED AND ADJUDICATED as follows:

1. The motion is GRANTED in part.

2. The Objection period for the Motion is hereby SHORTENED to fourteen (14) days.

3. There is no just cause for delay.

   Court Modified: 10/23/2025.

                                                                  _____
                                                                  Alan C. Stout
                                                                  United States Bankruptcy Judge
                                                                  Dated: October 23, 2025

Tendered by:

/s/ Stephen Barnes
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE