U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                              Case No. 23-32984
                                                              (Chapter 7)
DEBTORS

\*\* \*\* \*\* \*\* \*\* \*\*

ORDER SUSTAINING
MOTION OF CHAPTER 7 TRUSTEE TO
SHORTEN OBJECTION PERIOD TO SEVEN (7) DAYS FOR
(i) MOTION (Doc. 82) FOR RULE 2004 PRODUCTION OF DOCUMENTS; and
(ii) MOTION (Doc. 88) TO DISBURSE PROPERTY TAXES

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which Motion the Chapter 7 Trustee requested that this Court to enter an Order Shortening the Objection Period to seven (7) days for the following motions: (i) Motion for Rule 2004 Production of Documents (Doc. 82) (the "AMEX Motion") and (ii) Motion to Disburse Property Taxes (Doc. 88) (the "Tax Motion").  The Court having reviewed the record and being otherwise adequately informed and advised, it is hereby ORDERED and ADJUDICATED as follows:

1. The Motion is GRANTED.

2. The Objection periods for the AMEX Motion and the Tax motion are hereby SHORTENED to seven (7) days.

3. There is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE