U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

**HULL EQUITY, LLC**  Case No. 23-32984
 (Chapter 7)
**DEBTOR**

### CHAPTER 7 TRUSTEE'S NOTICE OF SALE
### OF PROPERTY BY PUBLIC AUCTION

Notice is hereby given that the Chapter 7 Trustee, Stephen Barnes, solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC ("Debtor"), pursuant to 11 U.S.C. § 363 and Bankruptcy Rules 2002 and 6004, intends to sell the following asset of the Bankruptcy Estate by public auction:

ASSETS TO BE SOLD: The estate's non-exempt real property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property") will be sold at public auction as described herein.

DATES AND AUCTION PROCEDURES: Jonathan Noel and Noel Auctioneers have agreed to auction the Vehicle on the following terms: Noel Auctioneers will advertise the auction and set up the auction online at the Noel Auctioneers website. The auction will begin or "go live" on approximately, Friday, November 14, 2025 at 10:00 a.m. or as soon thereafter as all appropriate Orders of this Court are entered. The auction will end on Monday, November 24, 2025 at 7:00 p.m. A ten percent (10%) buyer's premium shall be added to the highest bid to establish sale price and shall be retained by Noel Auctioneers as commission for the sale. Information about the auction can be found at http://www.noelauctioneers.com.

TERMS: CASH, AS IS, WHERE IS, WITHOUT REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION IMPLIED WARRANTIES OF FITNESS FOR ANY PARTICULAR PURPOSE OR MERCHANTABILITY. Payment is accepted in the form of cash, business check or credit card at the time of purchase.

OBJECTIONS: Objection to the sale must be filed with the Court and served upon the trustee within fourteen (14) days of the mailing of this notice.

Dated this the 29th day of October, 2025.

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE