U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                    Case No. 23-32984
                                                          (Chapter 7)
DEBTOR

CERTIFICATE OF SERVICE FOR
TRUSTEE'S NOTICE OF SALE BY PUBLIC AUCTION (Doc. 94)

      This is to certify that a copy of the Notice of Public Auction (Doc. 94), was served electronically by the Court on the 29th day of October, 2025, or by first class mail, postage prepaid by the undersigned attorney on this the 29th day of October, 2025, on:

*All parties designated to receive electronic notice,
** All parties on the attached creditor mailing matrix, and:

Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
Lexington, KY 40507
CHAPTER 7 TRUSTEE

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

Robert Lucka, Attorney (or any officer)
AutoZone Property Management
Department 8700
123 South Front Street
Memphis, TN 38103

Robert Lucka, Attorney (or any officer)
AutoZone Development, LLC
123 South Front Street
Memphis, TN 38103

AutoZone Development, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
123 S. Front Street
Frankfort, KY 40601

Shane L. Gibson
New Albany Corporate Counsel
142 E. Main, Suite 310
New Albany, IN 47150

The Floyd County Treasurer's Office
Steve Burks - Treasurer
311 Hauss Square, Rm 113
New Albany, IN 47150

                Respectfully submitted,

                */s/ Stephen Barnes*
                Stephen Barnes, Chapter 7 Trustee
                163 E Main Street, Suite 200
                P.O. Box 1598
                Lexington, KY 40588-1598
                (859) 225-4714 (tel)
                (859) 225-1493
                sbarnes@kentuckytrustee.com
                CHAPTER 7 TRUSTEE

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Attorney
KY Bar Id No. 89762
Walther, Gay & Mack, PLC
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@wgmfirm.com
ATTORNEYS FOR THE TRUSTEE

```
Label Matrix for local noticing          Hull Equity, LLC                      Stock Yards Bank & Trust Company
0644-3                                   1902 Campus Place                     1040 East Main Street
Case 23-32984-acs                        Suite 9                               Louisville, KY 40206-1888
Western District of Kentucky             Louisville, KY 40299-2335
Louisville
Wed Sep 10 08:10:51 EDT 2025

United States of America for Internal Revenu    450 U.S. Courthouse           Applegate Manor LLC
c/o U.S. Attorney's Office               601 W. Broadway                       1902 Campus Place
717 West Broadway                        Louisville, KY 40202-2238             Suite 9
Louisville, KY 40202-2215                                                      Louisville, KY 40299-2335


Bilyeu Enterprises, LLC                  Floyd County Treasurer                Internal Revenue Service
Attn: Cullen Bilyeu                      311 Hauss Square                      P.O. Box 7346
5057 Shelbyville Road                    Room 113                              Philadelphia, PA 19101-7346
Louisville, KY 40207-3309                New Albany, IN 47150-3591


Mark W. Dobbins                          Nancy Pruitt Hull                     Stock Yards Bank & Trust Company
Tilford Dobbins & Schmidt, PLLC          1320 N Beckley Station Rd             1040 E. Main St.
401 W. Main St. #1400                    Louisville, KY 40245-4556             PO Box 32890
Louisville, KY 40202-4232                                                      Louisville, KY 40232-2890


Supreme Cuts Lawn and Landscaping        Truist Bank, Inc.                     U.S. Small Business Administration
300 Powder House Ln.                     214 North Tryon Street                2 International Plaza Suite 500
New Albany, IN 47150-6065                Charlotte, NC 28202-1078              Nashville, TN 37217-2021


U.S. Trustee                             US Small Business Administration      US Small Business Administration
Asst. U.S.Trustee                        2 International Plaza Suite 500       2 North 20th Street, Suite 320
601 West Broadway #512                   Nashville, TN 37217-2021              Birmingham, AL 35203-4002
Louisville, KY 40202-2229


US Small Business Administration         Matthew Golden                        Michael E Wheatley
409 3rd St., SW                          Chapter 7 Trustee                     PO Box 1072
Washington, DC 20416-0005                3809 Poplar Level Rd                  Prospect, KY 40059-1072
                                         Louisville, KY 40213-1429


Stephen Barnes                           Tyler R. Yeager
163 East Main Street                     Kaplan Johnson Abate & Bird, LLP
Ste 200                                  710 W. Main St., 4th Floor
Lexington, KY 40507-1383                 Louisville, KY 40202-2698
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nancy Hull                            End of Label Matrix
                                         Mailable recipients    22
                                         Bypassed recipients     1
                                         Total                  23
```