U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                           Case No. 23-32984
                                                                                       (Chapter 7)

DEBTOR

\* \* \* \* \* \* \* \* \*

## MOTION TO SHORTEN OBJECTION PERIOD FOR
## CHAPTER 7 TRUSTEE'S NOTICE OF PUBLIC AUCTION (Doc. 94)
## TO FOURTEEN (14) DAYS

Comes now the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor"), by and through Counsel, pursuant to 11 U.S.C. §363 and Bankruptcy Rules 2002, and 6004, and hereby respectfully requests that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD to fourteen (14) days for his Notice of Auction (Doc. 94) of real property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property").

In support of his Motion, the Trustee states as follows:

This Court has subject matter jurisdiction over this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court may exercise its subject matter jurisdiction pursuant to 28 U.S.C. § 157(b)(1). Venue of this proceeding and the motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, and 6004.

On October 29, 2025, the Chapter 7 Trustee filed a Notice (Doc. 94) to sell the Vehicle at auction. The auction will begin or "go live" on approximately, Friday, November 14, 2025 at 10:00 a.m., and will end on Monday, November 24, 2025 at 7:00 p.m. The Notice provides for a 14 day objection period, which the Chapter 7 Trustee believes will be sufficient. The Chapter 7 Trustee filed the underlying Motion(Doc. 83) to sell the Real Property by Public Auction on October 22, 2025. Thus, all creditors and parties in interest will have ample opportunity to consider the proposed sale and auction procedures and object if they wish. The Auctioneer has suggested that the week before Thanksgiving is the ideal sale window, so time is of the essence. Finally, this case has been pending in Chapter 11 for almost two years, without a confirmed Plan or a sale of the Real Property. It is no secret to any creditor or party in interest that the Real Property should be sold. Thus, the full 21-day objection period seem superfluous.

For the reasons above, the Chapter 7 Trustee respectfully requests that this Court enter an Order SHORTENING the Objection period to fourteen (14) days.

1. SHORTENING the Notice period for the Chapter 7 Trustee's Notice of Auction (Doc. 94) to fourteen (14) days.
2. GRANTING any and all other relief that is just, equitable, and appropriate.

Dated this the 29th day of October, 2025.

Respectfully Submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served electronically by the Court on the parties designated to receive electronic notice in this case on this the 29th day of October, 2025.

*/s/ Stephen Barnes*
CHAPTER 7 TRUSTEE