U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                Case No. 23-32984
                                                                (Chapter 7)

DEBTOR

TRUSTEE'S APPLICATION TO
EMPLOY ATTORNEYS AS COUNSEL

Comes Stephen Barnes, Trustee of the estate of the above-named Debtor, pursuant to Bankruptcy Code Sections 327 and 328, and Bankruptcy Rules 2014, 5002 and 9001 and hereby applies to this Court for an Order to Employ Attorneys as Counsel. In support of this application, the Trustee cites the attached Declaration of Counsel and further states as follows:

1. The Trustee is the duly qualified and acting trustee in this case.

2. To perform his duties as trustee, the applicant requires the services of attorneys, solely for the limited purpose of assisting him in (i) investigating, and possibly avoiding security interests; (ii) evaluating, recovering, and administering assets; (iii) investigating, avoiding, and recovering transfers of interests in property of the Debtor and Estate; (iv) analyzing and objecting to claims; (v) general consultation and advice; (vi) assisting the Trustee in evaluating, assuming, and/or rejecting executory contracts; (vii) negotiating and preparing agreements and transactional documents on behalf of the Bankruptcy Estate, (viii) protecting, preserving, and augmenting the value of estate property and additional assets brought into the Bankruptcy Estate; and (ix) fulfilling his obligations, duties and responsibilities under the Bankruptcy Code.

3. For the forgoing and for all other necessary and proper purposes, applicant desires to retain Walther, Gay & Mack, PLC ("WGM"), 163 E. Main Street, Suite 200, P.O. Box 1598,

Lexington, Kentucky 40588-1598, as counsel for the Trustee under the terms set out on the attached Declaration of Counsel. The undersigned Trustee is a member in the WGM law firm.

4.   Because of its experience in these areas, applicant believes that WGM is well qualified to render the foregoing services as counsel to the Trustee.

5.   Based on the Declaration attached hereto, applicant believes that WGM does not hold or represent any interest adverse to the Trustee or the Debtor's estate(s) and that said attorneys are disinterested person(s) within the meaning of 11 USC §101(4).

6.   Trustee further requests he be authorized to employ WGM on an hourly basis at the following hourly rates, plus expenses:

(a) $420 for partners Jonathan Gay and Jeffrey Walther;

(b) $380 for partner Erica Mack;

(c) $375 for partner Stephen Barnes;

(d) $360 for partner Scott Hunt;

(e) $320.00 for partner John Wood

(f) Associate attorney rates as follows:

| | |
|---|---|
| Associates with two years or less of experience: | $240.00 |
| Associate with three years experience: | $250.00 |
| Associates with four years experience: | $260.00 |
| Associates with five years experience: | $270.00 |
| Associates with six or more years experience: | $280.00 |

(g) Paralegal rates as follows:

| | |
|---|---|
| Less than three years experience: | $155.00 |

| | |
|---|---|
| Four years experience: | $165.00 |
| Five years experience: | $180.00 |
| Over five years experience: | $185.00 |
| Law Clerk: | $100.00 |

WGM shall file Fee Applications and obtain Orders from this Court prior to payment of fees and expenses.

7. Trustee further requests that the appointment be retroactive from November 3, 2025, the date of this application.

WHEREFORE, applicant requests that he be authorized to employ Walther, Gay & Mack, PLC, as counsel, with compensation as set forth in the attached Declaration subject to Fee Applications to be filed with this Court or as otherwise authorized.

Dated this the 3rd day of November, 2025.

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Attorney
KY Bar ID No. 89762
Walther, Gay & Mack, PLC
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@wgmfirm.com
ATTORNEY FOR THE TRUSTEE

HAVE SEEN AND APPROVED:

*/s/ Stephen Barnes* (with permission)
Stephen Barnes, Trustee
P. O. Box 34188
Lexington, KY 40588
(859) 252-4148
sbarnes@wgmfirm.com
CHAPTER 7 TRUSTEE

U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**IN RE**

**HULL EQUITY, LLC**                                           Case No. 23-32984
                                                               (Chapter 7)
**DEBTOR**

**DECLARATION OF WALTHER, GAY & MACK, PLC
IN SUPPORT OF APPLICATION
FOR EMPLOYMENT AS COUNSEL**

I, Stephen Barnes, declare as follows:

1.   I am an attorney duly admitted to practice before all courts of the Commonwealth of Kentucky, the United States District Court for the Western District of Kentucky, as well as this Court.

2.   Walther, Gay & Mack, PLC ("WGM") maintains offices in Lexington, Kentucky. WGM is qualified to represent the Trustee as counsel in this Chapter 7 case, solely for the limited purpose of assisting the Trustee in (i) investigating, and possibly avoiding security interests; (ii) evaluating, recovering, and administering assets; (iii) investigating, avoiding, and recovering transfers of interests in property of the Debtor and Estate; (iv) analyzing and objecting to claims; (v) general consultation and advice; (vi) assisting the Trustee in evaluating, assuming, and/or rejecting executory contracts; (vii) negotiating and preparing agreements and transactional documents on behalf of the Bankruptcy Estate, (viii) protecting, preserving, and augmenting the value of estate property and additional assets brought into the Bankruptcy Estate; and (ix) fulfilling his obligations, duties and responsibilities under the Bankruptcy Code. WGM is willing to accept employment on the basis set forth herein and in the annexed Application.

3. WGM agrees to accept compensation on an hourly basis, at the following hourly rates, plus expenses:

(a) $420 for partners Jonathan Gay and Jeffrey Walther;

(b) $380 for partner Erica Mack;

(c) $375 for partner Stephen Barnes;

(d) $320.00 for partner John Wood

(f) Associate attorney rates as follows:

| | |
|---|---|
| Associates with two years or less of experience: | $240.00 |
| Associate with three years experience: | $250.00 |
| Associates with four years experience: | $260.00 |
| Associates with five years experience: | $270.00 |
| Associates with six or more years experience: | $280.00 |

(g) Paralegal rates as follows:

| | |
|---|---|
| Less than three years experience: | $155.00 |
| Four years experience: | $165.00 |
| Five years experience: | $180.00 |
| Over five years experience: | $185.00 |
| Law Clerk: | $100.00 |

WGM shall file Fee Applications and obtain Orders from this Court prior to payment of fees and expenses and with the understanding that WGM's fees and expenses are contingent upon approval by the Court.

4. To the best of our knowledge, neither I nor WGM hold any interest adverse to the

above-entitled estate(s) with regard to our acting as counsel for the Trustee and we are disinterested persons as defined in 11 U.S.C §101(14). To the best of our knowledge, WGM does not hold or represent any interest adverse to the Debtor; Hull Equity; the United States Trustee; any person employed in the office of the U.S. Trustee; or any party-in-interest as it relates to WGM being retained as counsel. I am serving as the Chapter 7 Trustee in this case, and I am a member in the WGM law firm.

     5.    To the best of our knowledge WGM does not presently represent the Debtor. WGM may have represented, or may be currently representing, one or more of the Debtor's creditors in other matters, but not in this case. Additionally, in the future WGM may be asked to represent one of more of the Debtor's creditors in other matters, but not in this case. To the best of our knowledge, WGM and its attorneys are not related to the Debtor, the Bankruptcy Judge approving this Application, or the United States Trustee in the region in which the case is pending. WGM may represent the Trustee in other matters before this Court in the future if so requested by the Trustee.

     6.    No agreement exists to share any compensation to be received pursuant to this Application other than as allowed under 11 U.S.C. §504.

     7.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this, the 3 day of November, 2025.

_____
Stephen Barnes, Attorney
KY Bar ID No.: 89762
Walther, Gay & Mack, PLC
163 E. Main St, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@wgmfirm.com
www.wgmfirm.com

COMMONWEALTH OF KENTUCKY    )
                            )
COUNTY OF FAYETTE           )

    The foregoing document was acknowledged, subscribed, and sworn to before me this 3rd day of November, 2025, by Stephen Barnes.

_____
NOTARY PUBLIC
STATE AT LARGE, KENTUCKY

My commission expires: _____

KIMBERLY ROBINSON
NOTARY PUBLIC
Commonwealth of Kentucky
Commission # KYNP9222
My Commission Expires 8/11/2028

Page 4 of 4