U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                      Case No. 23-32984
                                                                                                   (Chapter 7)

DEBTOR

### ORDER AUTHORIZING TRUSTEE
### TO EMPLOY ATTORNEYS

The Court, having considered the application of the Trustee to employ Walther, Gay & Mack, PLC, as Counsel as set forth in the Trustee's Application, and the Declaration of Walther, Gay & Mack, PLC in support thereof, and the Court FINDING AND CONCLUDING that Walther, Gay & Mack, PLC, is a disinterested person and that their employment is in the best interest of the estate, it is ORDERED AND ADJUDGED as follows:

1. The Trustee is authorized to employ Walther, Gay & Mack, PLC ("WGM") as Counsel solely for the limited purpose of assisting the Trustee in (i) investigating, and possibly avoiding security interests; (ii) evaluating, recovering, and administering assets; (iii) investigating, avoiding, and recovering transfers of interests in property of the Debtor and Estate; (iv) analyzing and objecting to claims; (v) general consultation and advice; (vi) assisting the Trustee in evaluating, assuming, and/or rejecting executory contracts; (vii) negotiating and preparing agreements and transactional documents on behalf of the Bankruptcy Estate, (viii) protecting, preserving, and augmenting the value of estate property and additional assets brought into the Bankruptcy Estate; and (ix) fulfilling his obligations, duties and responsibilities under the Bankruptcy Code, said employment to be upon the terms and conditions set forth therein.  This appointment is effective as of November 3, 2025.  WGM and its attorneys are disinterested persons

as defined in 11 U.S.C §101.

    2. The Trustee is authorized to employ WGM on an hourly "Lodestar" basis, plus costs and expenses. The Trustee is authorized to employ WGM on an hourly fee arrangement at the following rates, plus expenses:

    (a) $420 for partners Jonathan Gay and Jeffrey Walther;

    (b) $380 for partner Erica Mack;

    (c) $375 for partner Stephen Barnes;

    (d) $360 for partner Scott Hunt;

    (e) $320.00 for partner John Wood

    (f) Associate attorney rates as follows:

| | |
|---|---|
| Associates with two years or less of experience: | $240.00 |
| Associate with three years experience: | $250.00 |
| Associates with four years experience: | $260.00 |
| Associates with five years experience: | $270.00 |
| Associates with six or more years experience: | $280.00 |

    (d) Paralegal rates as follows:

| | |
|---|---|
| Less than three years experience: | $155.00 |
| Four years experience: | $165.00 |
| Five years experience: | $180.00 |
| Over five years experience: | $185.00 |
| Law Clerk: | $100.00 |

WGM shall file Fee Applications and the Court reserves on whether to allow fees under the "Lodestar" or other method.

3. The Trustee shall serve a copy of this Order on the parties set forth below. Service as set forth herein constitutes adequate notice.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Attorney
KY Bar ID No. 89762
Walther, Gay & Mack, PLC
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@wgmfirm.com
ATTORNEY FOR THE TRUSTEE