U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                   Case No. 23-32984
                                                                                      (Chapter 7)

DEBTOR

\* \* \* \* \* \* \* \* \*

ORDER SUSTAINING
MOTION TO SHORTEN OBJECTION PERIOD FOR
CHAPTER 7 TRUSTEE'S NOTICE OF PUBLIC AUCTION (Doc. 94)
TO FOURTEEN (14) DAYS

      This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor"), by and through Counsel, pursuant to 11 U.S.C. §363 and Bankruptcy Rules 2002, and 6004, in which the Chapter 7 Trustee requested that this court enter an Order SHORTENING THE NOTICE AND OBJECTION PERIOD for his Notice of Auction (Doc. 94) of Personal Property, a 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property") to fourteen (14) days. The Court having reviewed the record and being otherwise adequately informed and advised, hereby ORDERS AND ADJUDICATES as follows:

1. The motion is SUSTAINED.

2. The Objection period for the Chapter 7 Trustee's Notice of Auction (Doc.94) is hereby SHORTENED to fourteen (14) days.

3. There is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

_____
Charles R. Merrill
United States Bankruptcy Judge

Dated: November 3, 2025