# U.S. BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**IN RE:**

**HULL EQUITY, LLC**　　　　　　　　　　　　　　　　　　**Case No. 23-32984**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(Chapter 7)**

**DEBTOR**

## ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO
## PAY PROPERTY TAXES FROM ESTATE FUNDS

**　**   **　**   **　**   **　**   **　**   **　**   **　**

This matter came before the Court on Motion of the Trustee, Stephen Banres (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor" or "Hull Equity"), in which Motion the Trustee requested that this Court enter an Order authorizing him to pay **Property Taxes in the total amount of $13,444.67** from Estate funds, to the Treasurer of Floyd County, Indiana (or other appropriate tax authority) in satisfaction of the tax bills referenced herein, in order to avoid penalties which will accrue if the taxes are not paid before November 10, 2025. The Court having reviewed the record and being otherwise adequately informed, hereby **ORDERS AND ADJUDICATES** as follows:

1. The Motion is GRANTED.

2. Chapter 7 Trustee Stephen Barnes is AUTHORIZED to pay Property Taxes in the total amount of **$13,444.67** from Estate funds to the Treasurer of Floyd County, Indiana (or other appropriate tax authority). The payments are in satisfaction of the property tax liabilities described in the underlying motion, encumbering the commercial real property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008)

and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property"):

    i. **$1,707.95 to satisfy tax bills encumbering Tract 2 (Parcel No.: 22-05-04-201-281.001-008);**

    ii. **$10,991.21 to satisfy tax bills encumbering Tract 2 (Parcel No.: 22-05-04-201-276.000-008); and**

    iii. **$745.51 to satisfy tax bills encumbering Tract 3 (Parcel No.: 22-05-04-201-280.000-008).**

3. The Chapter 7 Trustee is authorized to comply with the instructions of the appropriate tax authorities as to payment instructions, including but not limited to disbursing the funds through one payment or multiple separate payments as directed by the appropriate tax authorities, and to make the check(s) payable to the payee(s) directed by the appropriate tax authorities.

4. This is a final Order, and there is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

Mary E. Naumann
United States Bankruptcy Judge

Dated: November 10, 2025