UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| HULL EQUITY, LLC | ) | CASE NO. | 23-32984 |
| | ) | CHAPTER | 7 |
| | ) | | |
| Debtor(s) | ) | | |
| | ) | | |

## ORDER

This matter comes before the Court *sua sponte* on Orders of the Court entered regarding the Trustee's Motion to Sell the Property Located at 1931 Grant Line Road and Graybrook Lane in New Albany, Indiana (Docket No. 83 on the Court's Official Record) ("Motion to Sell"), the Notice of Public Auction Regarding the Same Properties (Docket No. 94) ("Notice of Public Auction"), and the Motions to Shorten Notice Periods and Time Periods for Objections Thereto (Docket Nos. 85 and 96), and in review of the foregoing, the Court notes the following,

A. The time period for objections to the Motion to Sell was shortened by Judge Alan C. Stout by Order entered on October 23, 2025 (Docket No. 87);

B. An Order granting the Motion to Sell was entered on October 30, 2025 (Docket No. 98) and was signed by Chief Judge Charles R. Merrill;

C. The time period for objections to the Notice of Public Auction was shortened to 14 days by an Order of the Court signed by Chief Judge Charles R. Merrill on November 3, 2025 and entered the same day (Docket No. 103);

D. Judge Merrill had previously mediated an issue in a case related to this case, styled *In re: Hull Organization, LLC, et al.*, jointly administered as Case No. 23-32983 at

       the time of mediation. The mediation was on an unrelated matter, was conducted prior to the conversion of this case to a Chapter 7, and hence, did not involve the Chapter 7 trustee who is the movant regarding the sale of the New Albany properties; and

E.     The Honorable Mary Elisabeth Naumann was sworn in as a Judge of this Court and this case was transferred to her docket by system reassignment on November 5, 2025, and Judge Naumann will hear any future matters regarding the sale and all matters filed henceforth in this case.

The Court having considered the foregoing matters, the Court's previous Orders, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Order Granting the Sale (Docket No. 83) and the Order Shortening the Time Period to Object to the Notice of Public Auction (Docket No. 103) are AMENDED **only** to reflect the approval of the current presiding Judge, the Honorable Mary Elisabeth Naumann, as the Court wishes to avoid even the potential suggestion of any conflict on the part of the Court and to provide clarification of the record as to future matters regarding the sale, its proceeds, or any other related matters in this case going forward.

*/s/ Mary E. Naumann*
Mary E. Naumann
United States Bankruptcy Judge

Dated: November 10, 2025

msp