

**Auction Summary for AutoZone-Anchored Strip Center | Online-Only Absolute Auction ±19,952 SF | 2 Parcels Totaling ±3.46 AC | New Albany, IN (Louisville MSA) Property: 1931 Grant Line Rd & Graybrook Ln, New Albany, IN 47150 (6348) - 11/24/2025**

Printed: 12/1/2025 10:46:03 PM

## Auction Totals

| | |
|---|---:|
| Total Sales | $1,076,000.00 |
| Invoice Expenses | $0.00 |
| Buyer's Premium | $107,600.00 |
| Sales Tax | $0.00 |
| Total Auction Proceeds | $1,183,600.00 |
| Seller Expenses | $0.00 |
| Commissions for Sale | $0.00 |
| Net Due Seller | $1,076,000.00 |
| Net Due Auctioneer | $107,600.00 |
| **Total Due from Buyer** | $1,065,240.00 |
| **Total Payments Entered** | $118,360.00 |
| **Total Open Invoices** | $1,183,600.00 |

## Auction Stats

| | |
|---|---:|
| Number of Lots | 1 |
| Number of Bids | 413 |
| Number of Users who Registered | 18 |
| Number of Users who Bid | 10 |
| Number of Consignors | 1 |

EXHIBIT A