# MARKETING REPORTING

## Retail Center + Undeveloped Land in New Albany, IN

### Nov 24th, 2025

Social Media

Google Advertising

Email Marketing

Listing Platforms

Print Marketing

EXHIBIT A





**NoelAuctioneers.com**
502-517-0009
info@noelauctioneers.com

Noel
AUCTIONEERS AND REAL ESTATE ADVISORS

# MARKETING SUMMARY
## Digital Marketing

### Facebook

- Views: 66,202
- Reach: 32,984
- Interactions: 131
- Clicks: 333

### Video

The video was on Facebook, YouTube, our listing platforms and featured in the weekly Noel Eblasts.





# MARKETING SUMMARY
## Digital Marketing

### Display Marketing

*Often referred to as Google Display*

Targeted banner ads reach audiences across relevant websites.

- Impressions: 54,827
- Clicks: 2,752








# MARKETING SUMMARY
## Digital Marketing

**Email**

- Reach: 29,000+ Weekly
- Views: 2,930




# MARKETING SUMMARY
## Digital Marketing

## Listing Sites

- Auction Zip: 1,217 Views
- Go To Auction: 174 Views
- Crexi: 83 Views | 5,849 Impressions
- KCREA: 63 Views
- Land.com : 41 Views | 1,917 Impressions









# MARKETING SUMMARY
## Traditional Print Marketing

**Postcard Campaign** – Mailed Nov 13th

Direct mail pieces were sent to a targeted list of investors owning property in the New Albany, Indiana and/or Louisville, Kentucky areas. This ensures the property details reach groups most likely to see the value and potential.

**Flyer** – Used as handout for interested buyers at open houses and available on listing sites.

**Signage** – Signage posted onsite to build local awareness.

