U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                               Case No. 23-32984
                                                                                                             (Chapter 7)

DEBTOR

\* \* \* \* \* \* \* \* \*

**ORDER SUSTAINING CHAPTER 7 TRUSTEE'S
MOTION TO CONFIRM REPORT OF SALE (Doc. 112)
OF REAL PROPERTY BY PUBLIC AUCTION**

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §363 and Bankruptcy Rules 2002, and 6004) in which Motion the Chapter 7 Trustee requested that this Court enter an Order Approving the Report of Sale of Real Property by Public Auction (Doc. 112) (the "Report of Sale"). The Court having reviewed the record and being otherwise adequately informed and advised, it is hereby ORDERED AND ADJUDICATED as follows:

For his Motion, the Chapter 7 Trustee states as follows:

1.     The Motion is GRANTED.

2.     The Chapter 7 Trustee's Report of Sale (Doc. 112) is hereby CONFIRMED AND APPROVED.

3.     The Court FINDS AND CONCLUDES that the sale by public auction has secured the highest and best price for the bankruptcy estate, and confirmation will serve the interests of finality and integrity of the process.

4. The Chapter 7 Trustee's sale of the Real Property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property") to purchaser was E2 Investment, LLC (or assignee), for a total contract purchase price of $1,183,600, consisting of a high bid price of $1,076,000, plus 10% buyer's premium of $107,600, as described in the Report of Sale, is hereby CONFIRMED, APPROVED, and AUTHORIZED.

5. Pursuant to the October 30, 2025 Order of Sale (Doc. 98) the sale was by public auction, Free and Clear of Liens, claims and encumbrances (other than the lease to AutoZone Development, LLC) ("Tenant AutoZone"), AS IS, WHERE IS, without representations or warranties, express or implied, including without limitation implied warranties of fitness for any particular purpose or merchantability, with liens to attach to sales proceeds.

6. The Chapter 7 Trustee is hereby AUTHORIZED to execute the necessary documents to close the sale, including Auction Real Estate Sales Contract (the "Sale Contract") attached to the underlying motion, HUD-1 Settlement Statement, Special Warranty Deed, and other customary and standard real estate transaction documents as appropriate. If modification of any documents is required in order to close the sale in accordance with this Order, the Chapter 7 Trustee is further AUTHORIZED, in his sole and absolute discretion, to make necessary modification to the terms of the Sale Contract or other customary real estate documents as necessary, without seeking additional court approval.

7. This is a Final Order, and there is no just cause for delay.

Mary E. Naumann
United States Bankruptcy Judge

Dated: December 3, 2025

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE