U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**IN RE**

**HULL EQUITY, LLC**            Case No. 23-32984
                                                 (Chapter 7)

**DEBTOR**

**\*\*\*\*\***

### ORDER SUSTAINING CHAPTER 7 TRUSTEE'S MOTION TO EXTEND DEADLINE TO COMMENCE ACTIONS

This matter comes before the Court on the Motion to Extend Deadline to Commence Actions filed by Trustee, Stephen Barnes (the "Trustee"). In the Motion, the Trustee seeks to extend the deadlines imposed by §§ 546 and 108 of the Bankruptcy Code for the Trustee to file any action, including, but not limited to, avoidance actions under Chapter 5 of the Bankruptcy Code until March 13, 2026 (to the extent the deadline is December 13, 2025).

Upon review of the Motion, the Court finds that, under applicable bankruptcy law, the deadlines imposed by 11 U.S.C. § 546 are not jurisdictional and that bankruptcy courts have the discretion to extend the deadlines in appropriate circumstances. *In re ThermoView Industries, Inc.*, 381 B.R. 225, 229 (Bankr. W.D. Ky. 2008). The Court finds that the Trustee has presented good and sufficient cause for granting an extension. The Court now being sufficiently advised;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     To the extent that the deadline to commence avoidance actions is December 13, 2025, the deadlines imposed by §§ 546 and 108 of the Bankruptcy Code for the Trustee to file any

action, including, but not limited to, avoidance actions under Chapter 5 of the Bankruptcy Code are EXTENDED until March 13, 2026.

      3.     This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE