U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC  Case No. 23-32984
  (Chapter 7)
DEBTOR

## FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES FOR JONATHAN NOEL, NOEL AUCTIONEERS

Comes the Trustee, Stephen Barnes ("Chapter 7 Trustee"), solely in his limited capacity as Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to Bankruptcy Code Sections 327, 328, 330, 331, 503 and 507, and Bankruptcy Rule 2016, and respectfully move this Court to authorize and order the disbursement to Jonathan Noel, an auctioneer at Noel Auctioneers ("Chapter 7 Trustee's Auctioneer"), from the sales proceeds of real property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property")[1], in the total amount of $108,100, consisting of a commission in the amount of $107,600 (10% of the $107,600 purchase price), plus $500 marketing fee.

1. That this case was filed as a Chapter 11 proceeding on December 13, 2023 (the "Petition Date") and converted to a Chapter 7 on August 13, 2025 (Doc 20). Applicant was appointed as trustee of the above-named Debtor and is now acting as such trustee.

2. The Chapter 7 Trustee was authorized by Order (Doc. 59) to employ the Chapter

---

1 - The September 24, 2025 Employment Order identified the property as 1921-2006 Grant Line Road, New Albany Indiana. However, after consultation with real estate counsel in Indiana, the Chapter 7 Trustee has updated the description as referenced above.

7 Trustee's auctioneer, Jonathan Noel, an auctioneer at Noel Auctioneers, of 1478 Alton Road, Lawrenceburg, KY 40342, and his office, to auction the Real Property.

3. On October 30, 2025, this Court entered an Order (Doc. 98) (the "Order of Sale") authorizing the sale of the Real Property by public auction. As outlined in the Notice of Sale (Doc. 94) and Report of Sale (Doc. 112), the Real Properties were sold at public auction in November 2025 by Chapter 7 Trustee's Auctioneer. The sale was confirmed by this Court's Order (Doc. 114) on December 3, 2025. E2 Investment, LLC (or assignee) ("Purchaser"), submitted the high bid of $1,076,000. Purchaser also paid the 10% buyer's premium of $107,600, for a total paid amount of $1,183,600.

4. The Employment Order provided that the Chapter 7 Trustee's Auctioneer would be entitled to the following compensation from the sales proceeds of the Real Properties:

- Auctioneer/Agent to receive a ten percent (10%) buyer's premium added to the highest bid.
- In addition, Noel Auctioneers will receive the sum of $500 for the purpose of defraying its expenses in connection with marketing, and recovery of the Property.
- In addition, Noel Auctioneers may be reimbursed for its out-of-pocket expenses (if any) relating to repair of the Property, not to exceed $2,500.
  - The auctioneer did not incur any out-of-pocket expenses relating to repair of the Property.
- A copy of the Auctioneer's invoice is attached hereto as **Exhibit A**.

5. No prior application for compensation has been made by the Chapter 7 Trustee

for this professional. The Chapter 7 Trustee's Auctioneer diligently and successfully auctioned the Real Properties. Auctioneer has performed all tasks and duties under the Employment Order, and is entitled to its compensation.

WHEREFORE, the Chapter 7 Trustee requests this Court to enter an Order:

1. Granting the First and Final Application for allowance of Auctioneer's fees and expenses in total amount of $108,100.

2. Granting such allowance as an administrative priority pursuant to §503 of the Bankruptcy Code;

3. Authorizing, ordering and directing the Trustee to pay such fees to Chapter 7 Trustee's Auctioneer from the funds of the Bankruptcy Estate upon closing of the sale, when funds are first available pursuant to §507 of the Code without further orders of the Court;

4. Granting any other relief that is just, equitable, and appropriate.

Dated this the 8th day of December, 2025.

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE