

# 1931 Grant Line Road
# INVOICE

## DETAILS

DATE: 11/26/2025

INVOICE NO. 001

## FROM

Noel Auctioneers & Real Estate Advisors

Jonathan Noel

201 Forest Trail

Nicholasville, KY 40356

859-612-9175

jonathan@noelauctioneers.com

## BILL TO

Attorney

Stephen Barnes (KY Trustee)

sbarnes@kentuckytrustee.com

| DESCRIPTION | AMOUNT ($) |
|---|---|
| **Realtor Commission to Noel Auctioneers & Real Estate Advisors** | $107,600 |
| **Marketing Fees** | $500.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $108,100 |
| | DISCOUNT | |
| | TAX / VAT | |
| | TOTAL | $108,100 |

**NOTES**: Realtor Commission for 1931 Grant Line Road & Marketing Fees

EXHIBIT A

