U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                                  Case No. 23-32984
                                                                                              (Chapter 7)
DEBTOR

### ORDER SUSTAINING
### FIRST AND FINAL APPLICATION FOR FEES
### AND EXPENSES FOR JONATHAN NOEL,
### NOEL AUCTIONEERS AND REAL ESTATE ADVISORS

This matter came before the Court on application of the Trustee, Stephen Barnes ("Chapter 7 Trustee"), solely in his limited capacity as Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which Application the Chapter 7 Trustee moved this Court to authorize and order payment of First and Final Auctioneer's Fees to Jonathan Noel, an auctioneer at Noel Auctioneers and Real Estate Advisors ("Chapter 7 Trustee's Auctioneer") from the sales proceeds of the real property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property"),[1] in the total amount of $108,100, consisting of a commission in the amount of $107,600 (10% of the $107,600 purchase price), plus $500 marketing fee.

The Court, having reviewed the Pleadings and various documents, and being otherwise adequately informed, hereby ORDERS AND ADJUDICATES as follows:

1.  The Application is GRANTED.

---

1 - The September 24, 2025 Employment Order identified the property as 1921-2006 Grant Line Road, New Albany Indiana. However, after consultation with real estate counsel in Indiana, the Chapter 7 Trustee has updated the description as referenced above.

2. The requested fees and expenses in the total amount of $108,100 of Jonathan Noel, an auctioneer at Noel Auctioneers are GRANTED AND AWARDED. The court FINDS AND CONCLUDES that the fees as set forth in the First Fee Application constitute actual and necessary fees pursuant to §503 of the Code and are entitled to administrative priority pursuant to §507 of the Code.

3. The Trustee is hereby authorized, ordered, and directed to pay such fees and expenses to Auctioneer from the sales proceeds upon closing, when funds are first available pursuant to §507 of the Code without further orders of the Court;

4. This is a final Order, and the Clerk is directed to enter this Order without delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
Lexington, KY 40507
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE