U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                    Case No. 23-32984
                                                                    (Chapter 7)

DEBTOR

ORDER SUSTAINING
CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORIZATION TO
ASSUME AND ASSIGN UNEXPIRED AUTOZONE LEASE

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity LLC (the "Debtor"), by counsel and for his Motion for entry of an Order authorizing the Chapter 7 Trustee to assume and assign an unexpired lease of commercial property to the purchaser.

The Court, having reviewed the record and being otherwise adequately informed, hereby ORDERS AND ADJUDCIATES as follows:

1.   The Motions are GRANTED.

2.   The Chapter 7 Trustee is hereby AUTHORIZED to Assume the unexpired lease of the Debtor (landlord) to AutoZone Development, LLC ("Tenant AutoZone") of a portion of the Debtor's commercial shopping center property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property"), and to Assign the same to the purchaser E2 Investment LLC or its assignee, 1931 Grant Line LLC.

3. The Chapter 7 Trustee is hereby AUTHORIZED to execute the necessary documents to assume and assign the lease, including the assignment document (the "Assignment") attached to the underlying motion as **Exhibit A**, and other customary and standard real estate transaction documents as appropriate. If modification of any documents is required in order to close the sale in accordance with this Order, the Chapter 7 Trustee is further AUTHORIZED, in his sole and absolute discretion, to make necessary modification to the terms of the Assignment or other customary real estate documents as necessary, without seeking additional court approval

4. This is a final order, and there is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street; Suite 200
P.O. Box 1598
Lexington, KY  40588-1598
(859) 225-4714
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE