**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE**

**HULL EQUITY, LLC**                                                    **Case No. 23-32984**
                                                                              **(Chapter 7)**

**DEBTOR**

\* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE OF**
**CHAPTER 7 TRUSTEE'S MOTION (Doc. 121) FOR AUTHORIZATION TO**
**ASSUME AND ASSIGN UNEXPIRED AUTOZONE LEASE**

This is to certify that a copy of the Chapter 7 Trustee's Motion for Authorization to Assume and Assign AutoZone Lease; (Doc. No. 121) was served electronically by the Court on the 23rd day of December, 2025, or by first class mail, postage prepaid by the undersigned attorney on this the 23rd day of December, 2025, on:

*All parties designated to receive electronic notice,

Jason Lopp, Attorney
Church Langdon Lopp & Banet LLC
318 Pearl Street, Suite 200
New Albany, IN 47150
COUNSEL FOR THE TRUSTEE

Hull Equity, LLC
1902 Campus Place, Suite 9
Louisville, KY 40299
DEBTOR

Hon. Tyler Yeager
Kaplan Johnson Abate & Bird LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
DEBTOR'S ATTORNEY

Joseph S. McVicker, CPA
301 East Fourth Street, Suite 2800
Cincinnati, Ohio 45202-4257
COUNSEL FOR PURCHASER

E2 Investment, LLC
120 Dewey Drive, Suite 124
Nicholasville, KY 40356
PURCHASER

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

Robert Lucka, Attorney (or any officer)
AutoZone Property Management
Department 8700
123 South Front Street
Memphis, TN 38103

Robert Lucka, Attorney (or any officer)
AutoZone Development, LLC
123 South Front Street
Memphis, TN 38103

AutoZone Development, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
123 S. Front Street
Frankfort, KY 40601

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE