U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                                                Case No. 23-32984
                                                                                     (Chapter 7)

DEBTOR

\* \* \* \* \* \* \* \* \*
**CHAPTER 7 TRUSTEE'S STATUS REPORT
REGARDING REAL ESTATE CLOSING**

Comes now the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor"), and respectfully submits his Status Report.

On January 7, 2025 the closing was held for the sale of the real property located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property"). Copies of the HUD-1 settlement statement and Trustee's Deed are attached hereto as **Exhibits A and B**. Seller's attorney's fees remain held in escrow pending approval through the standard Bankruptcy Court fee application process.

Dated this the 7TH day of January, 2026.

Respectfully Submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was served, electronically by the Court, or via U.S. Mail, First Class Postage Prepaid, by the undersigned, on this the 7th day of January, 2026.

\* All parties designated to receive electronic notice.

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

Tyler R. Yeager
710 West Main Street
Fourth Floor
Louisville, KY 40202
ATTORNEY FOR DEBTOR

# CHURCH LANGDON LOPP & BANET, LLC
318 Pearl Street, Suite 200
New Albany, Indiana 47150
Phone: (812)725-8224
## Settlement Statement

| | | |
|---|---|---|
| Property Address: | 1931 Grant Line Road, New Albany, IN 47150 | |
| Buyer: | 1931 Grant Line LLC | |
| Lender: | South Central Bank | |
| Seller: | Chapter 7 Bankruptcy Estate of Hull Equity, LLC, by Stephen Barnes as Trustee | |
| Settlement Date: | Monday, December 29, 2025 | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $ 1,076,000.00 | Sales Price of Property | $ 1,076,000.00 | |
| | | Loan #2580072947 Proceeds from South Central Bank | | $ 1,006,060.00 |
| | | (remaining undistributed proceeds $237,150 [$1,243,210 loan]) | | |
| | | **Prorations/Adjustments** | | |
| | | Buyer's Premium (10.00%+$500) to Noel Auctioneers | $ 108,100.00 | |
| $ 118,360.00 | | Buyer's Down Payment - Paid to and Retained by Seller | | $ 118,360.00 |
| $ 12,168.93 | | 2025/26 County Taxes payable 2026/27 (through 1/7/26) | | $ 12,168.93 |
| $ 2,097.93 | | New Albany Municipal Utilities - 40102902 | | |
| $ 606.68 | | New Albany Municipal Utilities - 40102902 | | |
| $ 322.77 | | New Albany Municipal Utilities - 40103200 | | |
| $ 152.57 | | New Albany Municipal Utilities - 40103200 | | |
| $ 46.35 | | New Albany Municipal Utilities - 50055800 | | |
| $ 980.00 | | New Albany Code Enforcement (20180255/20180256) | | |
| $ 650.00 | | New Albany Code Enforcement (202515251) | | |
| $ 331.65 | | Taxes and penalties - 24/25 (22-05-04-201-281.000-008) | | |
| $ 99.25 | | Taxes and penalties - 24/25 (22-05-04-201-280.000-008) | | |
| | | | | |
| | | **Lender Charges/Fees to South Central Bank** | | |
| | | Origination Fee | $ 3,500.00 | |
| | | Processing Fee | $ 175.00 | |
| | | Flood Certification | $ 10.00 | |
| | | Appraisal | $ 2,200.00 | |
| | | Appraisal Review Fee | $ 250.00 | |
| | | | | |
| | | **Title Charges / Settlement Charges** | | |
| | | Title Search Fee to Momentum Title | $ 1,000.00 | |
| | | Title/Curative Services Fee to Momentum Title | $ 750.00 | |
| | | TIEFF to Fidelity National (via Momentum Title) | $ 10.00 | |
| | | Owner's Title Insurance Policy to Momentum Title | $ 1,503.68 | |
| | | CPL | $ 75.00 | |
| | | Lender's Title Insurance Policy to Momentum Title | $ 326.20 | |
| | | Escrow / Settlement Fee to CLLB | $ 750.00 | |
| $ 340.00 | | Deed Preparation to CLLB | | |
| $ 9,278.00 | | Seller's Attorney Fees to CLLB | | |

**EXHIBIT A**

Page 1 of 2

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Government Recording and Transfer Charges | | |
| | | Recording Service Fee (Deed/SDF/Mort/AOR) to CLLB  $ 300.00 | | |
| $ 145,434.13 | $ 1,076,000.00 | Subtotals | $ 1,194,949.88 | $ 1,136,588.93 |
| | | Due from Buyer | | $ 58,360.95 |
| $ 930,565.87 | | Due To Seller | | |
| $ 1,076,000.00 | $ 1,076,000.00 | Totals | $ 1,194,949.88 | $ 1,194,949.88 |

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. We/I authorize Church Langdon Lopp & Banet, LLC, to cause the funds to be disbursed in accordance with this statement.

Bankruptcy Estate of Hull Equity, LLC

By: _____
    Stephen Barnes, Chapter 7 Trustee

1931 Grant Line LLC

By: _____
    Ramandeep Sidhu, Manager

Page 2 of 2

**TRUSTEE'S DEED**

GRANTEE'S ADDRESS: 3004 Park Central Avenue
Nicholasville, KY 40356
MAIL TAX STATEMENTS TO: 3004 Park Central Avenue
Nicholasville, KY 40356

Parcel Nos.: 22-05-04-201-281.000-008
22-05-04-201-276.000-008
22-05-04-201-280.000-008

THIS INDENTURE WITNESSETH: That Stephen Barnes, as Chapter 7 Bankruptcy Trustee of the Chapter 7 Bankruptcy Estate of Hull Equity, LLC, under Case #23-32984 pending in the U.S. Bankruptcy Court for the Western District of Kentucky, does hereby

CONVEY WITH LIMITED WARRANTY

unto 1931 GRANT LINE LLC, for and in consideration of the sum of One Million One Hundred Eighty-Three Thousand Six Hundred and NO/100 Dollars ($1,183,600.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, the following described real estate situated in the County of Floyd, State of Indiana, and described as follows, to-wit:

SEE ATTACHED EXHIBIT A

Subject to any and all easements and/or restrictions of public record, which may apply to the above-described real estate.

TO HAVE AND TO HOLD, the same unto said Grantee, its heirs and assigns, in fee simple forever.

The Grantor, as Chapter 7 Bankruptcy Trustee, covenants only that the Grantor has not done or suffered anything to encumber the property during the Grantor's tenure as Trustee. The above-described real estate is conveyed subject to all liens, encumbrances, easements, and restrictions of record, except the real estate taxes, which having been prorated to the date of closing, the Grantee hereby assumes and agrees to pay all taxes hereafter. Grantor makes no warranty as to title or condition of the property except as expressly set forth herein.

IN WITNESS WHEREOF, the Grantor has hereunto set its hand and seal, this 7 day of January 2026.

Stephen Barnes, as Chapter 7 Bankruptcy Trustee of the Chapter 7 Bankruptcy Estate of Hull Equity, LLC



EXHIBIT B

STATE OF ~~INDIANA~~ Ky        )
                               ) :SS
COUNTY OF Kentucky             )
          Jessamine

The foregoing instrument was acknowledged before me this ___7___ day of January, 2026, by Stephen Barnes, as Chapter 7 Bankruptcy Trustee of the Chapter 7 Bankruptcy Estate of Hull Equity, LLC, as his free and voluntary act.

Notary Seal:

_Teresa Leslie_
Notary Public
Printed Name _Teresa Leslie_
County of Residence: _Jessamine_
Commission Number: _KYNP57300_
My commission expires: _9/22/2029_

THIS INSTRUMENT PREPARED BY:
Jason A. Lopp
CHURCH LANGDON LOPP & BANET LLC
318 Pearl Street, #200
New Albany, IN 47150
(812)725-8224

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security Number in this document, unless required by law. By:_Jason A. Lopp

## EXHIBIT A

**TRACT 2:**
Being a part or all of Lots #1, 2, 8, & 9 of Block #9 AND Part or all of Lots 8, 9, 10, 11, 12, H & G, Block #10 of Plat #447 in Illinois Grant Survey #42, New Albany Township, Floyd County, Indiana, and being a 1.898 acre, more or less, tract of ground shown on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024), (No revisions at this time), (Basis of Bearing is Indiana State Plane Coordinate System, East Zone, NAD 1983, all reference monuments and courses herein are shown on said plat of survey, and more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 399.17 feet to a mag nail found and the TRUE POINT OF BEGINNING; thence continuing with the East right-of-way of Graybrook Lane, North 06° 25' 54" East, 313.07 feet to a mag nail found; thence leaving the East right-of-way of Graybrook Lane, South 83° 33' 24" East, 264.00 feet to a mag nail found on the West right-of-way of Grant Line Road; thence with the above mentioned right-of-way the following two (2) calls: South 06° 09' 49" West, 135.20 feet to a Condra steel bar found; thence South 26° 53' 33" East, 116.09 feet to a steel Condra bar found; thence leaving the West right-of-way of Grant Line Road, South 85° 03' 59" West, 140.20 feet to a steel Condra bar found; thence North 85° 00' 15" West, 201.39 feet to the true point of beginning,
Containing 1.898 acres, more or less.
(Known as Tract #2 on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024)

**TRACT 2:** SUBJECT TO AND INCLUDING a thirty-six (36) foot wide ingress/egress and utility easement the centerline of which is more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 399.17 feet to a mag nail found; thence continuing with the East right-of-way of Graybrook Lane, North 06° 25' 54" East, 313.07 feet to the TRUE POINT OF BEGINNING OF THIS EASEMENT; thence leaving the East right-of-way of Graybrook Lane, South 83° 33' 24" East, 254.00 feet to a mag nail found on the West right-of-way of Grant Line Road and the terminus of this easement.
(Intended to be eighteen (18) feet on both sides of the above described centerline.)

**TRACT 2:** ALSO THE RIGHT TO USE an ingress/egress and utility easement more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 399.17 feet to a mag nail found; thence continuing with the East right-of-way of Graybrook Lane, North 06° 25' 54" East, 331.07 feet to the TRUE POINT OF BEGINNING OF THIS EASEMENT; thence leaving the East right-of-way of Graybrook Lane, South 83° 33' 24" East, 72.40 feet; thence North 06° 25' 54" East, 79.93 feet; thence North 83° 33' 24" West, 72.40 feet; thence South 06° 25' 54" West, 79.93 to the true point of beginning.

Subject to all legal rights-of-way, any legal drains, and any easements of record.

**TRACT 3:** Being a Part or all of Lots 3, 4, 5, 6, 7, 8, & H, Block #10 of Plat #447 in Illinois Grant Survey #42, New Albany Township, Floyd County, Indiana, and being a 1.568 acre, more or less, tract of ground shown on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August

26, 2024), (No revisions at this time), (Basis of Bearing is Indiana State Plane coordinate System, East Zone, NAD 1983, all reference monuments and courses herein are shown on said plat of survey, and more particularly described as follows: Commencing at a 5/8" Jordan rebar found marking the Southwest corner of Lot #1 of said Plat #447; thence with the East right-of-way line of Graybrook Lane, North 06° 22' 24" East, 111.37 feet to a mag nail found and the TRUE POINT OF BEGINNING; thence continuing with the East right-of-way of Graybrook Lane, North 06° 22' 24" East, 287.60 feet to a mag nail found; thence leaving the East right-of-way of Graybrook Lane South 85° 00' 15" East, 201.39 feet to a mag nail found to a steel Condra bar found; thence South 02° 59' 31" East, 208.78 feet to Condra steel bar found; thence South 16° 32' 21" West, 123.96 feet to Fall Run Creek; thence South 76° 48' 23" West, 81.00 feet to a 5/8" Marshall rebar found; thence North 06° 30' 59" East, 61.38 feet to a 5/8" Marshall rebar found; thence North 83° 08' 23" West, 137.28 feet to the true point of beginning. Containing 1.563 acres, more or less,

(Known as Tract #3 on the plat of an Original survey by William P. McCarty (L.S. #20000231), Project #24-162, (dated August 26, 2024)

Subject to any and all easements, agreements and restrictions of record that may apply to the above described real estate;