U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

HULL EQUITY, LLC                                      Case No. 23-32984
                                                                       (Chapter 7)

DEBTOR

## MOTION TO AUTHORIZE CHAPTER 7 TRUSTEE TO PAY BOND PREMIUM

\*\*    \*\*    \*\*    \*\*    \*\*    \*\*    \*\*

        Comes now the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as Trustee of the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor" or "Hull Equity"), and hereby respectfully moves this Court to enter an Order authorizing him to pay a **bond premium in the total amount of $3,900.00** from Estate funds, to International Sureties.

        For this Motion, the Trustee states as follows:

        1.      The Chapter 7 Trustee has sold certain commercial real property in New Albany, Indiana. The sale has been confirmed and has closed. *See* Report of Sale (Doc. 112); Order Confirming Sale (Doc. 114); and Status Report (Doc. 126).

        2.      As of January 10, 2026, the Chapter 7 Trustee is currently holding deposits of $1,136,090.53. Therefore, the Office of the US Trustee has instructed the Chapter 7 Trustee to secure an additional separate case bond.

        3.      International Sureties of New Orleans, LA has agreed to provide a bond of $1,300,000 for this specific case, with an annual bond premium of $3,900. *See* Bond Invoice, attached hereto as **Exhibit A**.

4.     The Chapter 7 Trustee has sufficient funds on hand pay the bond premium. Because there are sufficient funds in the Bankruptcy Estate to pay the bond premium, the Trustee seeks this Court's approval to pay the taxes from Estate assets.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order AUTHORIZING him to pay the bond premium in the total amount of $3,900.00 to International Sureties in satisfaction of the bond premium referenced herein.

Dated this the 14th day of January, 2026.

Respectfully Submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE



# INTERNATIONAL SURETIES

International Sureties, Ltd.  (504) 581-1844
701 Poydras Street, Suite 420  bschott@internationalsureties.com
New Orleans, LA 70139  Beth Schott

**BOND INVOICE**  Date  12 January 2026

**BILLING PARTY**

**Stephen Barnes**
163 E. Main Street, Suite 200
Lexington, KY 40588-1598

| Amount Due: | $3,900 |
|---|---|
| Due By: | Upon Receipt |
| Reference: | 0324 |

*(859) 685-1188*
*sbarnes@kentuckytrustee.com*

**BOND DETAILS**

| | |
|---:|---|
| BOND NUMBER | 0324 |
| BOND AMOUNT | $1,300,000.00 |
| EFFECTIVE DATE | 1/10/2026 |
| BOND TYPE | CH 7 |
| CASE NUMBER | 23-32984 |
| CASE CAPTION | Hull Equity, LLC |

**RATE DETAILS**

| | |
|---:|---|
| AMOUNT DUE | $3,900 |
| PREMIUM TERM | Annual |

**PAYMENT OPTIONS**

CREDIT CARD
Visit our website to pay the amount due: www.internationalsureties.com
CHECK
Make check payable to International Sureties, Ltd. for the Amount Due and mail to our office
  Include a copy of this invoice or write the bond number on the check
WIRE TRANSFER
Bank Name
  New Orleans, LA
Account Name    International Sureties, Ltd.
Account Number
ABA Number
Swift Code
Tax ID #





EXHIBIT A