U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                         Case No. 23-32984
                                                                        (Chapter 7)

DEBTOR

### CERTIFICATE OF SERVICE FOR
### TRUSTEE'S MOTION TO PAY BOND PREMIUM (Doc. 128)

       This is to certify that a copy of the Motion to Pay Bond Premium (Doc. 128), was served electronically by the Court on the 14th day of January, 2026, or by first class mail, postage prepaid by the undersigned attorney on this the 14th day of January, 2026, on:

*All parties designated to receive electronic notice,
** All parties on the attached creditor mailing matrix, and:

Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
Lexington, KY 40507
CHAPTER 7 TRUSTEE

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

                                       Respectfully submitted,

                                       */s/ Stephen Barnes*
                                       Stephen Barnes, Chapter 7 Trustee
                                       P.O. Box 1598
                                       Lexington, KY 40588-1598
                                       (859) 225-4714 (tel)
                                       sbarnes@kentuckytrustee.com
                                       CHAPTER 7 TRUSTEE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0644-3<br>Case 23-32984-acs<br>Western District of Kentucky<br>Louisville<br>Wed Sep 10 08:10:51 EDT 2025 | Hull Equity, LLC<br>1902 Campus Place<br>Suite 9<br>Louisville, KY 40299-2335 | Stock Yards Bank & Trust Company<br>1040 East Main Street<br>Louisville, KY 40206-1888 |
| United States of America for Internal Revenu<br>c/o U.S. Attorney's Office<br>717 West Broadway<br>Louisville, KY 40202-2215 | 450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202-2238 | Applegate Manor LLC<br>1902 Campus Place<br>Suite 9<br>Louisville, KY 40299-2335 |
| Bilyeu Enterprises, LLC<br>Attn: Cullen Bilyeu<br>5057 Shelbyville Road<br>Louisville, KY 40207-3309 | Floyd County Treasurer<br>311 Hauss Square<br>Room 113<br>New Albany, IN 47150-3591 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Mark W. Dobbins<br>Tilford Dobbins & Schmidt, PLLC<br>401 W. Main St. #1400<br>Louisville, KY 40202-4232 | Nancy Pruitt Hull<br>1320 N Beckley Station Rd<br>Louisville, KY 40245-4556 | Stock Yards Bank & Trust Company<br>1040 E. Main St.<br>PO Box 32890<br>Louisville, KY 40232-2890 |
| Supreme Cuts Lawn and Landscaping<br>300 Powder House Ln.<br>New Albany, IN 47150-6065 | Truist Bank, Inc.<br>214 North Tryon Street<br>Charlotte, NC 28202-1078 | U.S. Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 |
| U.S. Trustee<br>Asst. U.S.Trustee<br>601 West Broadway #512<br>Louisville, KY 40202-2229 | US Small Business Administration<br>2 International Plaza Suite 500<br>Nashville, TN 37217-2021 | US Small Business Administration<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203-4002 |
| US Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0005 | Matthew Golden<br>Chapter 7 Trustee<br>3809 Poplar Level Rd<br>Louisville, KY 40213-1429 | Michael E Wheatley<br>PO Box 1072<br>Prospect, KY 40059-1072 |
| Stephen Barnes<br>163 East Main Street<br>Ste 200<br>Lexington, KY 40507-1383 | Tyler R. Yeager<br>Kaplan Johnson Abate & Bird, LLP<br>710 W. Main St., 4th Floor<br>Louisville, KY 40202-2698 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nancy Hull

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23