**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:

**HULL EQUITY, LLC**                                                              Case No. 23-32984
                                                                                                  (Chapter 7)

**DEBTOR**

**ORDER SUSTAINING**
**CHAPTER 7 TRUSTEE'S SECOND MOTION TO**
**EXTEND TIME TO ASSUME OR REJECT**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

This matter came before the Court on Motion of the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 105 and 365(d), in which he moved this Court to enter an Order extending the time to assume or reject all executory contracts and unexpired leases until April 17, 2026 (approximately 90 days beyond the current deadline) [Docket No. 127] ("Second Motion"). The Court having entered an order on extending the time for the same deadlines until January 12, 2026 [Docket No. 71] ("First Order"). The Chapter 7 Trustee filed the Second Motion on January 12, 2026.

The Court having reviewed the record and being otherwise adequately informed and advised, hereby FINDS, ORDERS, AND ADJUDICATES as follows:

1.  The Second Motion is governed by Federal Rule of Bankruptcy Procedure 9006(b)(1)(A) as a request to extend time set by a court order that was filed before the previously extended time period expired. *C.f. Harkey v. Grobstein (In re Point Ctr. Fin., Inc.)*, 957 F.3d 990, 1000-02 (9th Cir. 2020).

    2.    The Motions are GRANTED as provided in this Order.

    3.    The deadline set forth in the First Order for assuming or rejecting all executory contracts is hereby EXTENDED until April 17, 2026.

    4.    The deadline set forth in the First Order (if any) for assuming or rejecting all unexpired leases is hereby EXTENDED until April 17, 2026.

    5.    This is a final order and there is no just cause for delay.

Modified by the Court: January 15, 2026

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
(fax) (859) 225-7983
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

Mary E. Naumann
United States Bankruptcy Judge
Dated: January 15, 2026