UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | |
| HULL EQUITY, LLC | Case No. 23-32984-mbn |
| Debtor | Chapter 7 |

### NOTICE OF CHANGE OF ADDRESS

Hull Equity, LLC (the "Debtor"), by counsel, provides this notice to inform the Court of a change of address for Nancy Pruitt Hull, a creditor herein. The address currently on file for Nancy Pruitt Hull is: 1320 N Beckley Station Rd., Louisville, KY 40245. Debtor requests that the Clerk of this Court update the mailing matrix maintained in this case to reflect the new address as:

**Nancy Pruitt Hull**
**114 Acorn Court**
**Mt. Washington, KY 40047**

/s/ Tyler R. Yeager
CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
*Counsel for Debtor*

### Certificate of Service

I certify that on January 16, 2026, the foregoing *Notice of Change of Address* was (a) mailed electronically through the Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the United States Trustee and all other persons receiving electronic notifications in this case, and (b) mailed via first-class U.S. mail to Nancy Pruitt Hull at the updated address identified above.

/s/ Tyler R. Yeager
CHARITY S. BIRD
TYLER R. YEAGER