## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hull Equity, LLC | Case No.:23−32984−mbn |
| Debtor(s) | Chapter: 7 |

## NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

*128* − Motion for Chapter 7 Trustee to Pay International Sureties, Ltd. $3,900.00. Filed by Trustee Stephen Barnes. (Attachments: # 1 Proposed Order) (Barnes, Stephen)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before February 5, 2026.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 1/15/26

By: CB
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:     Case No. 23-32984-mbn
Hull Equity, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3     User: KYWBECFAd     Page 1 of 3
Date Rcvd: Jan 15, 2026     Form ID: 222     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| intp | + | Mark Mark H. Flener Trustee for 4 West, 2501 CROSSINGS BLVD SUITE 148, suite 148, Bowling Green, KY 42104, UNITED STATES 42104-5459 |
| 7153858 | + | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7153859 | + | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7153861 | + | Floyd County Treasurer, 311 Hauss Square, Room 113, New Albany, IN 47150-3591 |
| 7447873 | + | Kaplan Johnson Abate & Bird LLP, Attn: Tyler R. Yeager, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| 7153860 | + | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7153865 | + | Supreme Cuts Lawn and Landscaping, 300 Powder House Ln., New Albany, IN 47150-6065 |
| 7153866 | + | Truist Bank, Inc., 214 North Tryon Street, Charlotte, NC 28202-1078 |
| 7159154 | + | U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7153868 | + | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: sbarnes@wgmfirm.com | Jan 15 2026 18:51:00 | Stephen Barnes, Walther Gay & Mack, PLC, 163 E. Main Street, Suite 200, Lexington, KY 40507-1383 |
| intp | ^ | MEBN | Jan 15 2026 18:48:56 | Michael E Wheatley, PO Box 1072, Prospect, KY 40059-1072 |
| cr | + | Email/Text: bankruptcy.notices@syb.com | Jan 15 2026 18:51:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Jan 15 2026 18:51:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| 7153862 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2026 18:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7153864 | + | Email/Text: bankruptcy.notices@syb.com | Jan 15 2026 18:51:00 | Stock Yards Bank & Trust Company, 1040 E. Main St., PO Box 32890, Louisville, KY 40232-2890 |
| 7436048 | + | Email/Text: bankruptcy@bbandt.com | Jan 15 2026 18:51:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 7153867 | + | Email/Text: bankruptcynotices@sba.gov | Jan 15 2026 18:50:00 | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7153869 | + | Email/Text: bankruptcynotices@sba.gov | Jan 15 2026 18:51:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 3 |
| Date Rcvd: Jan 15, 2026 | Form ID: 222 | Total Noticed: 21 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7153863 | ##+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026       Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Andrew Lopp | on behalf of Trustee Stephen Barnes jlopp@cllblegal.com  bgreenwell@cllblegal.com |
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America for Internal Revenue Service Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |
| Mark H. Flener | on behalf of Interested Party Mark Mark H. Flener Trustee for 4 West mark@Flenerlaw.com  ky11@ecfcbis.com |
| Matthew Golden | trustee@mattgoldenlaw.com  mjg@trustesolutions.net;paralegal@mattgoldenlaw.com |
| Matthew R. Lindblom | on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com  emily.keith@skofirm.com;kent.durning@skofirm.com |
| Paul Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com  eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Stephen Barnes | on behalf of Attorney Stephen Barnes sbarnes@wgmfirm.com  bankruptcy@wgmfirm.com |
| Stephen Barnes | sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com |
| Tim Ruppel | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com |
| Tyler R. Yeager | on behalf of Debtor Hull Equity  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com |
| U.S. Trustee | |

District/off: 0644-3                         User: KYWBECFAd                                  Page 3 of 3
Date Rcvd: Jan 15, 2026                      Form ID: 222                                     Total Noticed: 21

ustpregion08.lo.ecf@usdoj.gov

TOTAL: 13