U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

**HULL EQUITY, LLC**                                    Case No. 23-32984
                                                        (Chapter 7)

**DEBTOR**

SUPPLEMENTAL
DECLARATION OF JONATHAN NOEL
IN SUPPORT OF APPLICATION (Doc. 40)
FOR EMPLOYMENT AS AUCTIONEER

     I, Jonathan Noel, declare as follows, as a supplement to my original affidavit of disinterestedness (Doc. 40):

     1.    It has recently come to my attention that I have a family connection to Debtor's Counsel in this case.

     2.    Bill Jensen, the father of Clair Noel (the spouse of Jonathan Noel), is the first cousin of Delores Dennery, the mother of Gabriel Dennery (apparently an associate attorney at the law firm representing the Debtor). Notwithstanding the foregoing, Affiant believes that he is disinterested. I have not discussed this case with Gabriel Dennery.

     3.    I declare under penalty of perjury that the foregoing is true and correct.

Dated this the 22nd day of January, 2026.

_____
JONATHAN NOEL

COMMONWEALTH OF KENTUCKY    )
                            )
COUNTY OF Fayette           )

The foregoing document was acknowledged, subscribed, and sworn to before me this 22nd day of January, 2026, by Jonathan Noel.

_____
NOTARY PUBLIC
STATE AT LARGE, KENTUCKY

My commission expires: 8-31-2028
Notary ID NO.: KYNP14132

```
LESLIE PEARSON
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
ID. # KYNP14132
MY COMMISSION EXPIRES 08-31-2028
```