**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:

HULL EQUITY, LLC                                                        **Case No. 23-32984**
                                                                                        **(Chapter 7)**
DEBTOR

**ORDER SUSTAINING**
**FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES**
**FOR CHURCH, LANGDON, LOPP & BANET, LLC,  ATTORNEYS**

This matter came before the Court on application of the Trustee, Stephen Barnes ("Chapter 7 Trustee"), solely in his limited capacity as Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), in which Application the Chapter 7 Trustee moved this Court to authorize and order payment of First and Final Fees to Church, Langdon, Lopp & Banet, LLC ("CLLB") the sum of $9,414.30, consisting of fees at an hourly rate in the amount of $8,902.00 and expenses in the amount of $512.30, in full satisfaction of CLLB's fees and expenses associated with a commercial real estate transaction, including but not limited to customary legal services, title services, and closing documents.

The Court, having reviewed the Pleadings and various documents, and being otherwise adequately informed, hereby ORDERS AND ADJUDICATES as follows:

1.      The Application is GRANTED.

2.      The requested fees and expenses in the total amount of $9,414.30 of Jason Lopp, an attorney at Church, Langdon, Lopp & Banet ("CLLB") are GRANTED AND AWARDED.  The court FINDS AND CONCLUDES that the fees as set forth in

the First Fee Application constitute actual and necessary fees pursuant to §503 of the Code and are entitled to administrative priority pursuant to §507 of the Code.

3.    The Chapter 7 Trustee has represented that CLLB has been holding in escrow the sum of $9,278 from the time of closing, and on behalf of the Chapter 7 Trustee CLLB is authorized to release these $9,278 funds and apply the same towards the approved fees and expenses herein.  The Trustee is hereby authorized, ordered, and directed to pay the balance of CLLB's approved fees and expenses to CLLB when funds are first available pursuant to §507 of the Code without further orders of the Court;

4.    This is a final Order, and the Clerk is directed to enter this Order without delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE