**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE:**

**HULL EQUITY, LLC**                                                              Case No. 23-32984
                                                                                                (Chapter 7)
**DEBTOR**

**FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES FOR**
**CHURCH, LANGDON, LOPP & BANET, LLC, ATTORNEYS**

Comes the Trustee, Stephen Barnes ("Chapter 7 Trustee"), solely in his limited capacity as Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC (the "Debtor"), pursuant to Bankruptcy Code Sections 327, 328, 330, 331, 503 and 507, and Bankruptcy Rule 2016, and respectfully move this Court to authorize and order the disbursement to Church, Langdon, Lopp & Banet, LLC, Attorneys ("CLLB"), the sum of $9,414.30, consisting of fees at an hourly rate in the amount of $8,902.00 and expenses in the amount of $512.30, in full satisfaction of CLLB's fees and expenses associated with a commercial real estate transaction, including but not limited to customary legal services, title services, and closing documents.

1.  That this case was filed as a Chapter 11 proceeding on December 13, 2023 (the "Petition Date") and converted to a Chapter 7 on August 13, 2025 (the "Conversion Date"). The Chapter 7 Trustee is the duly-appointed, acting Trustee for the Chapter 7 Bankruptcy Estate.

2.  The Chapter 7 Trustee was authorized by this Court's September 16, 2025 Order (Doc. 39) (the "Employment Order") to employ the Chapter 7 Trustee's legal counsel, Church, Langdon, Lopp & Banet, LLC , of New Albany, IN, to assist the Trustee with a real estate transaction.

3. In summary, CLLB assisted the Chapter 7 Trustee in connection with the sale of certain commercial real estate in Indiana located at 1931 Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property"). CLLB arranged for and reviewed the title examination. CLLB assisted the Chapter 7 trustee in preparation of various filings with the Bankruptcy Court prior to and after the sale. CLLB prepared various closing documents and prepared and recorded the lis pendens, deed, and mortgage, and collaborated with Counsel for the purchaser, tenant, title company, and purchaser's lender. CCLB's services have been of significant benefit to the Bankruptcy estate, allowing the Chapter 7 Trustee to quickly sell commercial real estate with a value in excess of $1M. A copy of CLLB's invoice is attached hereto.

4. No prior application for compensation has been made by the Chapter 7 Trustee for this professional. The Chapter 7 Trustee's attorney performed all tasks and duties under the Employment Order, and is entitled to its compensation.

5. Since closing, CLLB has been holding in escrow the sum of $9,278, pending approval of this Application.

WHEREFORE, the Chapter 7 Trustee requests this Court to enter an Order:

1. Granting the First and Final Application for allowance of realtor's fees and expenses in total amount of $9,414.30, consisting of fees at an hourly rate in the amount of $8,902.00 and expenses in the amount of $512.30.
2. Granting such allowance as an administrative priority pursuant to §503 of the Bankruptcy Code;

3. Authorizing, ordering and directing the Trustee to pay such fees to CLLB when funds are first available pursuant to §507 of the Code without further orders of the Court;

4. Granting any other relief that is just, equitable, and appropriate.

Dated this the 27th day of January, 2026.

Respectfully submitted,

/s/ Stephen Barnes
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing was served, electronically by the Court, on the individuals and entities designated to receive electronic notice, on this the 27th day of January, 2026.

*All parties designated to receive electronic notice,
** All parties on the attached mailing matrix
and:

Stephen Barnes, Trustee
Walther, Gay & Mack, PLC
163 East Main Street Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598


US. Trustee
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202



*/s/ Stephen Barnes*
CHAPTER 7 TRUSTEE

# Church Langdon Lopp & Banet LLC

# INVOICE

318 Pearl Street
#200
New Albany, IN 47150
US
Billing@cllblegal.com
www.CLLBLegal.com
O: (812) 725-8224

| Number | 116090 |
|---|---|
| Issue Date | 1/14/2026 |
| Due Date | 1/29/2026 |
| Matter | Hull Equity LLC |
| Email | sbarnes@kentuckytrustee.com |

## Bill To:

Barnes, Stephen

163 East Main Street
Suite 200
Lexington, KY 40507

## Time Entries

| Time Entries | Billed By | Rate | Hours |
|---|---|---|---|
| Research<br>8/27/2025<br>Research bankruptcy cases; Review Motion to Sell and Order; Research parcel information; Email to Stephen Barnes with information on parcels to be sold. | AMG | $295.00 | 1.50 |
| Phone conference<br>8/27/2025<br>phone call with Stephen Barnes; notes to file | AMG | $295.00 | 0.20 |
| Draft/revise<br>9/5/2025<br>receive and review Employment Application and Proposed Order and Declaration; make revisions | AMG | $295.00 | 0.20 |
| Draft/revise<br>9/8/2025<br>draft Appearance of Counsel; file Notice of Appearance and Request for Notice | AMG | $295.00 | 0.30 |
| Review/analyze<br>9/9/2025<br>receive and review Chapter 7 Trustee's Motion to Shorten Objection Period for Application (Doc. 34) to Employ Counsel | AMG | $295.00 | 0.10 |
| Review/analyze<br>9/16/2025<br>Order Granting Application to Employ Church, Langdon, Lopp & Banet, LLC as Attorneys. | AMG | $295.00 | 0.10 |
| Draft/revise<br>9/24/2025<br>Draft, file and record Lis Pendens with Floyd County. | JAL | $340.00 | 2.10 |
| Review/analyze<br>10/2/2025<br>Review title search; Send to Barnes with comments. | JAL | $340.00 | 0.30 |
| Email<br>10/6/2025<br>Send Barnes copy of Lis Pendens and communicate with county offices regarding liens. | JAL | $340.00 | 0.10 |

| Time Entries | Billed By | Rate | Hours |
|---|---|---|---|
| Email<br>10/6/2025<br>Email to Barnes regarding status of liens. | JAL | $340.00 | 0.20 |
| Review/analyze<br>10/13/2025<br>Review excel spreadsheet with lien amounts; Review final draft of Opinion. | JAL | $340.00 | 0.30 |
| Phone conference<br>10/15/2025<br>Phone call with Barnes regarding liens. | JAL | $340.00 | 0.20 |
| Review/analyze<br>10/21/2025<br>Review Motion to Sell and Order; Email Stephen regarding same. | JAL | $340.00 | 0.30 |
| Email<br>10/22/2025<br>Emails with Barnes regarding filing of Motion and Order to Sell and phone call. | JAL | $340.00 | 0.20 |
| Email<br>10/23/2025<br>Email with Barnes regarding penalty on taxes. | JAL | $340.00 | 0.10 |
| Email<br>11/7/2025<br>Emails with auctioneers and Barnes regarding legal description and liens/easements. | JAL | $340.00 | 0.40 |
| Email<br>11/10/2025<br>Emails regarding payment of taxes due. | JAL | $340.00 | 0.20 |
| Review/analyze<br>11/25/2025<br>Receive and review email and Purchase Agreement; Suggest additional language to add specific to bankruptcy court approval; Multiple emails and phone call with Barnes regarding same. | JAL | $340.00 | 1.10 |
| Draft/revise<br>11/26/2025<br>Revise Purchase Agreement; Multiple emails regarding same; Send Revised Purchase Agreement to all for review and signature. | JAL | $340.00 | 1.20 |
| Draft/revise<br>12/1/2025<br>Draft Settlement and send to Barnes; Review Report of Sale and reply to same. | JAL | $340.00 | 0.50 |
| Email<br>12/2/2025<br>Multiple emails regarding bank documents for closing; Reschedule closing date; Edits to closing documents. | JAL | $340.00 | 0.70 |
| Email<br>12/5/2025<br>Email regarding approval of Court to close. | JAL | $340.00 | 0.10 |
| Email<br>12/9/2025<br>Emails with Buyers lender regarding closing/title. | JAL | $340.00 | 0.20 |
| Email<br>12/11/2025<br>Communicate with Buyer's lender regarding title and closing; Emails with title company regarding search and policy. | JAL | $340.00 | 0.30 |
| Communicate (other external)<br>12/15/2025<br>Communicate with Buyer and Lender regarding closing. | JAL | $340.00 | 0.20 |

| Time Entries | Billed By | Rate | Hours |
|---|---|---|---|
| Communicate (other external)<br>12/15/2025<br>Communicate with Title Company regarding closing. | JAL | $340.00 | 0.10 |
| Email<br>12/17/2025<br>Multiple emails with Title Company regarding liens and clearing issues for title policy. | JAL | $340.00 | 0.30 |
| Email<br>12/17/2025<br>Emails with Barnes regarding Assumption of Lease and preparation of assignment; Prepare Assignment of Lease and circulate. | JAL | $340.00 | 1.40 |
| Review/analyze<br>12/18/2025<br>Receive and review Assignment of Purchase Agreement and Resolution of Buyer for closing; Reply to opposing attorney regarding same; Comment on same. | JAL | $340.00 | 0.60 |
| Draft/revise<br>12/19/2025<br>Send Lease documents, Draft initial closing documents; Send to Barnes to review. | JAL | $340.00 | 2.20 |
| Email<br>12/19/2025<br>Multiple phone calls and emails with Joseph McVicker re: PSA/Resolutions drafting and buyer entity corrections, Assignment of Lease, Assignment of PSA, and buyer entity details. | JAL | $340.00 | 0.90 |
| Email<br>12/20/2025<br>Multiple emails regarding Buyer's counsel regarding approval of draft Motion/Order to Assum and assign AutoZone lease. | JAL | $340.00 | 0.40 |
| Email<br>12/22/2025<br>Multiple emails regarding discussion to push closing into first week of January due to title timing. | JAL | $340.00 | 0.50 |
| Closing<br>12/22/2025<br>Draft Assignment of Lease, multiple emails and phone calls with all parties regarding closing, review of title, documents necessary to close, completion of closing documents (not including performance of closing). | JAL | $340.00 | 4.20 |
| Email<br>12/31/2025<br>Multiple emails regarding logistics discussed for remote closing and split signing. | JAL | $340.00 | 0.40 |
| Email<br>1/5/2026<br>Multiple phone calls and emails regarding circulated closing documents; Explained Indiana notary witness no longer required; Coordinated around sewer lien payoffs and closing date. | JAL | $340.00 | 1.30 |
| Email<br>1/6/2026<br>Multiple phone calls and emails regarding Title to show lease as exception; Refined settlement math (85% funding); Sent firm wiring instructions; Confirmed closing logistics. | JAL | $340.00 | 1.40 |
| Email<br>1/7/2026<br>Multiple phone calls and emails regarding Borrower's Affidavit terms; Plan for signing in Lexington; Executed documents returned; Missing items follow-ups; Requests for Resolution of Manager and Assignment of PSA. | JAL | $340.00 | 1.70 |
| | | Time Entries Total | 26.50 |

Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Litigation support vendors<br>8/28/2025<br>SIAC - Title Searches | Abby Newton | $460.00 | 1.00 | $460.00 |
| Filing Fee<br>9/24/2025<br>CB - Filing Fee | Abby Newton | $3.00 | 1.00 | $3.00 |
| Litigation support vendors<br>10/13/2025<br>SIAC - Update | Abby Newton | $22.00 | 1.00 | $22.00 |
| Other<br>10/14/2025<br>PACER CHARGES: 8/26 $26.30; 9/8 $0.30 AND 9/24 $0.70 | Keri Minor | $27.30 | 1.00 | $27.30 |
| | **Expenses Total:** | | **4.00** | **$512.30** |

|  |  |
|---|---|
| Total (USD) | $9,414.30 |
| Paid | $0.00 |
| Balance | $9,414.30 |
| Total Outstanding | $9,414.30 |

## Terms & Conditions

Scan QR Code to Pay Invoice

