U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                              Case No. 23-32984
                                                      (Chapter 7)
DEBTOR

CERTIFICATE OF SERVICE FOR
FIRST AND FINAL APPLICATION FOR FEES AND EXPENSES
FOR CHURCH, LANGDON, LOPP & BANET, LLC, ATTORNEYS (Doc. 137)

      This is to certify that a copy of the Chapter 7 Trustee's <u>First and Final Application for Fees and Expenses for Church, Langdon, Lopp & Banet, LLC, Attorneys</u> (Doc. 137), was served electronically by the Court on the 27th day of January, 2026, or by first class mail, postage prepaid by the undersigned attorney on this the 27th day of January, 2026, on:

*All parties designated to receive electronic notice,
** All parties on the attached creditor mailing matrix, and:

Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
Lexington, KY 40507
CHAPTER 7 TRUSTEE

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

Robert Lucka, Attorney (or any officer)
AutoZone Property Management
Department 8700
123 South Front Street
Memphis, TN 38103

Robert Lucka, Attorney (or any officer)
AutoZone Development, LLC
123 South Front Street
Memphis, TN 38103

AutoZone Development, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
123 S. Front Street
Frankfort, KY 40601

        Respectfully submitted,

        */s/ Stephen Barnes*
        Stephen Barnes, Chapter 7 Trustee
        P.O. Box 1598
        Lexington, KY 40588-1598
        (859) 225-4714 (tel)
        sbarnes@kentuckytrustee.com
        CHAPTER 7 TRUSTEE

```
Label Matrix for local noticing          Hull Equity, LLC                        Stock Yards Bank & Trust Company
0644-3                                   1902 Campus Place                       1040 East Main Street
Case 23-32984-acs                        Suite 9                                 Louisville, KY 40206-1888
Western District of Kentucky             Louisville, KY 40299-2335
Louisville
Wed Sep 10 08:10:51 EDT 2025

United States of America for Internal Revenu   450 U.S. Courthouse              Applegate Manor LLC
c/o U.S. Attorney's Office               601 W. Broadway                         1902 Campus Place
717 West Broadway                        Louisville, KY 40202-2238               Suite 9
Louisville, KY 40202-2215                                                        Louisville, KY 40299-2335


Bilyeu Enterprises, LLC                  Floyd County Treasurer                  Internal Revenue Service
Attn: Cullen Bilyeu                      311 Hauss Square                        P.O. Box 7346
5057 Shelbyville Road                    Room 113                                Philadelphia, PA 19101-7346
Louisville, KY 40207-3309                New Albany, IN 47150-3591


Mark W. Dobbins                          Nancy Pruitt Hull                       Stock Yards Bank & Trust Company
Tilford Dobbins & Schmidt, PLLC          1320 N Beckley Station Rd               1040 E. Main St.
401 W. Main St. #1400                    Louisville, KY 40245-4556               PO Box 32890
Louisville, KY 40202-4232                                                        Louisville, KY 40232-2890


Supreme Cuts Lawn and Landscaping        Truist Bank, Inc.                       U.S. Small Business Administration
300 Powder House Ln.                     214 North Tryon Street                  2 International Plaza Suite 500
New Albany, IN 47150-6065                Charlotte, NC 28202-1078                Nashville, TN 37217-2021


U.S. Trustee                             US Small Business Administration        US Small Business Administration
Asst. U.S.Trustee                        2 International Plaza Suite 500         2 North 20th Street, Suite 320
601 West Broadway #512                   Nashville, TN 37217-2021                Birmingham, AL 35203-4002
Louisville, KY 40202-2229


US Small Business Administration         Matthew Golden                          Michael E Wheatley
409 3rd St., SW                          Chapter 7 Trustee                       PO Box 1072
Washington, DC 20416-0005                3809 Poplar Level Rd                    Prospect, KY 40059-1072
                                         Louisville, KY 40213-1429


Stephen Barnes                           Tyler R. Yeager
163 East Main Street                     Kaplan Johnson Abate & Bird, LLP
Ste 200                                  710 W. Main St., 4th Floor
Lexington, KY 40507-1383                 Louisville, KY 40202-2698
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nancy Hull                            End of Label Matrix
                                         Mailable recipients    22
                                         Bypassed recipients     1
                                         Total                  23
```