U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

HULL EQUITY, LLC  Case No. 23-32984
 (Chapter 7)
DEBTOR

## CHAPTER 7 TRUSTEE'S NOTICE OF WITHDRAWAL OF DOCUMENT (136)

Notice is hereby given that Stephen Barnes, solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Hull Equity, LLC ("Trustee"), hereby WITHDRAWS Document (136) as it was filed in error.

Dated this the 27th day of January, 2026.

Respectfully submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 (tel)
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE