U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE

HULL EQUITY, LLC                             CASE NO.: 23-32984
                                                                                **(Chapter 7)**

DEBTOR

### CHAPTER 7 TRUSTEE'S NOTICE OF
### FILING UPDATED SETTLEMENT STATEMENT

Please take notice that Stephen Barnes, solely in his capacity as the Chapter 7 Trustee of the Bankruptcy Estate of the above-named Debtor, has filed an Updated Settlement Statement[1] and a copy is attached as **Exhibit A**.

Dated this the 28th day of January, 2026.

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 East Main Street, Suite 200
PO Box 1598
Lexington, KY  40588-1598
(859) 225-4714
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

---

[1] - Trustee's real estate counsel has confirmed that a preliminary draft was signed at closing, and that the difference is strictly on the Trustee's side due to the last-minute addition of three remaining tax liens ($307.45, $796.42, $268.00) which slightly changes the distribution to the Trustee.

## **CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing was served, either electronically by the Court, or via U.S. Mail, First Class Postage Prepaid by the undersigned attorney, on this the 28th day of January, 2026.

\* Parties designated to receive electronic notice


*/s/ Stephen Barnes*
CHAPTER 7 TRUSTEE