**CHURCH LANGDON LOPP & BANET, LLC**
318 Pearl Street, Suite 200
New Albany, Indiana 47150
Phone: (812)725-8224
**Settlement Statement**

| Property Address: | 1931 Grant Line Road, New Albany, IN 47150 |
|---|---|
| Buyer: | 1931 Grant Line LLC |
| Lender: | South Central Bank |
| Seller: | Chapter 7 Bankruptcy Estate of Hull Equity, LLC, by Stephen Barnes as Trustee |
| Settlement Date: | Wednesday, January 7, 2026 |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $ 1,076,000.00 | Sales Price of Property | $ 1,076,000.00 | |
| | | Loan #2580072947 Proceeds from South Central Bank | | $ 1,006,060.00 |
| | | (remaining undistributed proceeds $237,150 [$1,243,210 loan]) | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | | Buyer's Premium (10.00%+$500) to Noel Auctioneers | $ 108,100.00 | |
| $ 118,360.00 | | Buyer's Down Payment - Paid to and Retained by Seller | | $ 118,360.00 |
| $ 12,168.93 | | 2025/26 County Taxes payable 2026/27 (through 1/7/26) | | $ 12,168.93 |
| $ 2,097.93 | | New Albany Municipal Utilities - 40102902 | | |
| $ 606.68 | | New Albany Municipal Utilities - 40102902 | | |
| $ 322.77 | | New Albany Municipal Utilities - 40103200 | | |
| $ 152.57 | | New Albany Municipal Utilities - 40103200 | | |
| $ 46.35 | | New Albany Municipal Utilities - 50055800 | | |
| $ 980.00 | | New Albany Code Enforcement (20180255/20180256) | | |
| $ 650.00 | | New Albany Code Enforcement (202515251) | | |
| $ 99.25 | | New Albany Municipal Utilities - 50055800 | | |
| $ 331.65 | | New Albany Municipal Utilities - 50055800 | | |
| $ 307.45 | | Taxes and penalties - 24/25 (22-05-04-201-281.000-008) | | |
| $ 796.42 | | Taxes and penalties - 24/25 (22-05-04-201-276.000-008) | | |
| $ 268.00 | | Taxes and penalties - 24/25 (22-05-04-201-280.000-008) | | |
| | | | | |
| | | **Lender Charges/Fees to South Central Bank** | | |
| | | Origination Fee | $ 3,500.00 | |
| | | Processing Fee | $ 175.00 | |
| | | Flood Certification | $ 10.00 | |
| | | Appraisal | $ 2,200.00 | |
| | | Appraisal Review Fee | $ 250.00 | |
| | | | | |
| | | **Title Charges / Settlement Charges** | | |
| | | Title Search Fee to Momentum Title | $ 1,000.00 | |
| | | Title/Curative Services Fee to Momentum Title | $ 750.00 | |
| | | TIEFF to Fidelity National (via Momentum Title) | $ 10.00 | |
| | | Owner's Title Insurance Policy to Momentum Title | $ 1,503.68 | |
| | | CPL | $ 75.00 | |
| | | Lender's Title Insurance Policy to Momentum Title | $ 326.20 | |

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Escrow / Settlement Fee to CLLB | $ 750.00 | |
| $ 340.00 | | Deed Preparation to CLLB | | |
| $ 9,278.00 | | Seller's Attorney Fees to CLLB | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Service Fee (Deed/SDF/Mort/AOR) to CLLB | $ 300.00 | |
| $ 146,806.00 | $ 1,076,000.00 | **Subtotals** | $ 1,194,949.88 | $ 1,136,588.93 |
| | | Due from Buyer | | $ 58,360.95 |
| $ 929,194.00 | | Due To Seller | | |
| $ 1,076,000.00 | $ 1,076,000.00 | **Totals** | $ 1,194,949.88 | $ 1,194,949.88 |

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. We/I authorize Church Langdon Lopp & Banet, LLC, to cause the funds to be disbursed in accordance with this statement.

Bankruptcy Estate of Hull Equity, LLC

By: _____
Stephen Barnes, Chapter 7 Trustee

1931 Grant Line LLC

By: _____
Ramandeep Sidhu, Manager