## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hull Equity, LLC<br><br>Debtor(s) | Case No.:23−32984−mbn<br><br>Chapter: 7<br>Judge: Mary Elisabeth Naumann |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Application for Compensation for Church Langdon Lopp & Banet LLC, Attorney, Period: 9/17/2025 to 1/15/2026, Fee: $8,902.00, Expenses: $512.30. Filed by Attorney Church Langdon Lopp & Banet LLC. Objections due by 02/17/2026. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Proposed Order) (Barnes, Stephen)Modified on 1/28/2026 (CB).

Dated: 1/28/26

| | |
|---|---|
| | FOR THE COURT |
| By: | Elizabeth H. Parks |
| Deputy Clerk | Clerk, U.S. Bankruptcy Court |

United States Bankruptcy Court
Western District of Kentucky

In re:  Case No. 23-32984-mbn
Hull Equity, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3      User: KYWBECFAd      Page 1 of 2
Date Rcvd: Jan 28, 2026      Form ID: 267      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| intp | + | Mark Mark H. Flener Trustee for 4 West, 2501 CROSSINGS BLVD SUITE 148, suite 148, Bowling Green, KY 42104, UNITED STATES 42104-5459 |
| 7153858 | + | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7153859 | + | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7153861 | + | Floyd County Treasurer, 311 Hauss Square, Room 113, New Albany, IN 47150-3591 |
| 7447873 | + | Kaplan Johnson Abate & Bird LLP, Attn: Tyler R. Yeager, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| 7153860 | + | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7153863 | + | Nancy Pruitt Hull, 114 Acorn Court, Mt. Washington, KY 40047-6464 |
| 7153865 | + | Supreme Cuts Lawn and Landscaping, 300 Powder House Ln., New Albany, IN 47150-6065 |
| 7153866 | + | Truist Bank, Inc., 214 North Tryon Street, Charlotte, NC 28202-1078 |
| 7159154 | + | U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7153868 | + | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: sbarnes@wgmfirm.com | Jan 28 2026 18:49:00 | Stephen Barnes, Walther Gay & Mack, PLC, 163 E. Main Street, Suite 200, Lexington, KY 40507-1383 |
| intp | ^ | MEBN | Jan 28 2026 18:47:01 | Michael E Wheatley, PO Box 1072, Prospect, KY 40059-1072 |
| cr | + | Email/Text: bankruptcy.notices@syb.com | Jan 28 2026 18:49:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Jan 28 2026 18:49:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| 7153862 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2026 18:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7153864 | + | Email/Text: bankruptcy.notices@syb.com | Jan 28 2026 18:49:00 | Stock Yards Bank & Trust Company, 1040 E. Main St., PO Box 32890, Louisville, KY 40232-2890 |
| 7436048 | + | Email/Text: bankruptcy@bbandt.com | Jan 28 2026 18:49:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 7153867 | + | Email/Text: bankruptcynotices@sba.gov | Jan 28 2026 18:49:00 | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7153869 | + | Email/Text: bankruptcynotices@sba.gov | Jan 28 2026 18:49:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 9

| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: 267 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Andrew Lopp | on behalf of Trustee Stephen Barnes jlopp@cllblegal.com bgreenwell@cllblegal.com |
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America for Internal Revenue Service Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |
| Mark H. Flener | on behalf of Interested Party Mark Mark H. Flener Trustee for 4 West mark@Flenerlaw.com ky11@ecfcbis.com |
| Matthew Golden | trustee@mattgoldenlaw.com mjg@trustesolutions.net;paralegal@mattgoldenlaw.com |
| Matthew R. Lindblom | on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com |
| Paul Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Stephen Barnes | on behalf of Attorney Stephen Barnes sbarnes@wgmfirm.com bankruptcy@wgmfirm.com |
| Stephen Barnes | sbarnes@kentuckytrustee.com SBarnes@ecf.axosfs.com |
| Tim Ruppel | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com |
| Tyler R. Yeager | on behalf of Debtor Hull Equity  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com |
| U.S. Trustee | ustpregion08.lo.ecf@usdoj.gov |

TOTAL: 13