U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:

HULL EQUITY, LLC                               Case No. 23-32984
                                                (Chapter 7)
DEBTOR

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO
### PAY BOND PREMIUM FROM ESTATE FUNDS

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

This matter came before the Court on Motion of the Trustee, Stephen Banres (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor" or "Hull Equity"), in which Motion the Trustee requested that this Court enter an Order authorizing him to pay the **Bond Premium in the total amount of $3,900.00** from Estate funds, to International Sureties in satisfaction of the bond bill referenced herein. The Court having reviewed the record and being otherwise adequately informed, hereby **ORDERS AND ADJUDICATES** as follows:

1.   The Motion is GRANTED.

2.   Chapter 7 Trustee Stephen Barnes is AUTHORIZED to pay the bond premium in the total amount of **$3,900.00** from Estate funds to International Sureties.

3.   The Chapter 7 Trustee is authorized to comply with the instructions of the bond company as to payment instructions, including but not limited to disbursing the funds through one payment or multiple separate payments as directed by the bond company, and to make the check(s) payable to the payee(s) directed by the bond company.

4.   This is a final Order, and there is no just cause for delay.

Mary E. Naumann
United States Bankruptcy Judge
Dated: February 6, 2026

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE