**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE:**

**HULL EQUITY, LLC**                                                **Case No. 23-32984**
                                                                    **(Chapter 7)**

**DEBTOR**

**MOTION TO AUTHORIZE CHAPTER 7 TRUSTEE TO**
**DISBURSE POST CLOSING RENT OF $8,083.40**
**TO PURCHASER'S DESIGNEE**

**\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\***

Comes now the Trustee, Stephen Barnes (the "Chapter 7 Trustee"), solely in his limited capacity as Trustee of the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor" or "Hull Equity"), and hereby respectfully moves this Court to enter an Order authorizing him to disburse to purchaser's designee 1931 Grant Line, LLC of 3004 Park Central Avenue, Nicholasville, KY 40356, rent paid to the Chapter 7 Trustee by the tenant AutoZone Development, LLC ("Tenant AutoZone") for the post-closing period in the total amount of $8,083.40.

For this Motion, the Trustee states as follows:

1.      This case was filed as a Chapter 11 Sub V proceeding on December 13, 2023 (the "Petition Date") and was converted to a Chapter 7 on August 13, 2025 (the "Conversion Date"). The Chapter 7 Trustee is the duly-appointed Chapter 7 Trustee in the converted case.  For almost the entire post-petition pre-conversion period, the case was jointly administered with three historically related Debtors, with filings largely in the lead case WDKY Bkr. 23-32983 (*In re Hull Organization, LLC)*.

2.      The asset in this case was a strip-mall shopping center property located at 1931

Grant Line Road, New Albany, Indiana 47150 (Parcel No.: 22-05-04-201-281.001-008 and 22-05-04-201-276.000-008) and Graybrook Lane, New Albany, IN 47150 (Parcel No.: 22-05-04-201-280.000-008) (collectively the "Real Property").

3.      The Chapter 7 Trustee has sold the Real Property by auction to E2 Investment, LLC (or assignee) ("Purchaser"), Free and Clear of Liens, claims and encumbrances (other than the lease to AutoZone Development, LLC ("Tenant AutoZone")).  *See* Order Authorizing Sale by Auction (Doc. 98); Report of Sale (Doc. 112); Order Confirming Sale (Doc. 114).  The sale closed on January 7, 2026 (the "Closing Date") (Doc. 114, 126), and the AutoZone lease has been assumed and assigned[1] to the Purchaser's assignee 1931 Grant Line LLC pursuant to Order entered on January 22, 2026 (Doc. 134).

4.      The Tenant AutoZone's monthly rental amount is $4,556.10, and the Chapter 7 Trustee is in receipt of rent for January 2026 and February 2026.  Prior to the Closing Date, the Chapter 7 Trustee received payment of rent from Tenant AutoZone for the month January 2026 in the amount of $4,556.10.  In early February 2026 the Chapter 7 Trustee was notified by Tenant AutoZone that February 2026 rent had been paid, but Tenant AutoZone did not deliver a check to the Chapter 7 Trustee.  The Chapter 7 Trustee instructed Tenant Auto Zone in writing to make payment to the Purchaser, and discovered thereafter that, perhaps as a result of a switch in Tenant Auto Zone's accounts payable computer system, the Tenant Auto Zone erroneously wired February 2026 rent to the Debtor's former bank account at Fifth Third Bank.[2]  The Debtor's former bank has turned over the February 2026 rent to the Chapter 7 Trustee.  The Tenant AutoZone has apparently been paying the Purchaser or its designee from March 2026 forward.

---

[1] - Tenant AutoZone's in house counsel was served with the Motion to Assume (*see* Certificate of Service, Doc. 123) and was involved in lease assumption discussions.
[2] - The Debtor's former bank has confirmed that its account has been closed.

5.      The sale closed on January 7, 2026.  Therefore, the Chapter 7 Trustee requests authorization to disburse to the Purchaser's designee, rent for the post-closing period from January 8 through January 31, and the full month of February 2026, in the total amount of $8,083.40, consisting of:

a.  Pro-rata rent for the 24-day period after the January 7, 2026 Closing Date,[3] in the amount of ($3,527.30); and

b.  Disbursement of rent for the full month of February 2026 rent to purchaser ($4,556.10).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order AUTHORIZING him to disburse to Purchaser's designee 1931 Grant Line, LLC of 3004 Park Central Avenue, Nicholasville, KY 40356, the post-closing rent in the amount of $8,083.40.

Dated this the 29th day of April, 2026.

Respectfully Submitted,

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE

---

[3] - The Bankruptcy Estate will retain rent for the pre-Closing Period (January 1, 2026 through January 7, 2026) as unencumbered non-exempt property of the Bankruptcy estate, to be disbursed pursuant to the Bankruptcy Code and further orders of this Court.