**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE:**

**HULL EQUITY, LLC**                                                          **Case No. 23-32984**
                                                                                             **(Chapter 7)**

**DEBTOR**

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO DISBURSE POST CLOSING RENT OF $8,083.40 TO PURCHASER'S DESIGNEE

** ** ** ** ** ** **

This matter came before the Court on Motion of the Trustee, Stephen Banres (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the Chapter 7 Bankruptcy Estate (the "Estate") of Hull Equity, LLC (the "Debtor" or "Hull Equity"), in which Motion the Trustee requested that this Court enter an Order authorizing him to disburse to purchaser's designee 1931 Grant Line, LLC of 3004 Park Central Avenue, Nicholasville, KY 40356, rent paid to the Chapter 7 Trustee by the tenant AutoZone Development, LLC ("Tenant AutoZone") for the post-closing period in the total amount of $8,083.40.  The Court having reviewed the record and being otherwise adequately informed, hereby **ORDERS AND ADJUDICATES** as follows:

1.      The Motion is GRANTED.

2.      Chapter 7 Trustee Stephen Barnes is hereby AUTHORIZED to pay the post-closing rent to Purchaser's designee 1931 Grant Line, LLC of 3004 Park Central Avenue, Nicholasville, KY 40356, in the total amount of $8,083.40, consisting of:

   a.  Pro-rata rent for the 24-day period after the January 7, 2026 Closing Date, in the amount of ($3,527.30); and

   b.  Disbursement of rent for the full month of February 2026 rent to purchaser ($4,556.10).

    c.   The Bankruptcy Estate will retain rent for the pre-Closing Period (January 1, 2026 through January 7, 2026, in the amount of $1,028.80 as unencumbered non-exempt property of the Bankruptcy estate, to be disbursed pursuant to the Bankruptcy Code and further orders of this Court.

3.      This is a final Order, and there is no just cause for delay.

Tendered by:

*/s/ Stephen Barnes*
Stephen Barnes, Chapter 7 Trustee
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(tel) (859) 225-4714
sbarnes@kentuckytrustee.com
CHAPTER 7 TRUSTEE