**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**IN RE**

**HULL EQUITY, LLC**                                                    **Case No. 23-32984**
                                                                                **(Chapter 7)**

**DEBTOR**

**CERTIFICATE OF SERVICE FOR TRUSTEE'S**
**MOTION TO DISBURSE POST-CLOSING RENT TO PURCHASER (Doc. 148)**

This is to certify that a copy of the Motion to Disburse Post-Closing Rent to Purchaser (Doc. 148), was served electronically by the Court on the 29th day of April, 2026, or by first class mail, postage prepaid by the undersigned attorney on this the 29th day of April, 2026, on:

\*All parties designated to receive electronic notice,

Hull Equity, LLC
1902 Campus Place, Suite 9
Louisville, KY 40299
DEBTOR

Hon. Tyler Yeager
Kaplan Johnson Abate & Bird LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
DEBTOR'S ATTORNEY

Joseph S. McVicker, CPA
301 East Fourth Street, Suite 2800
Cincinnati, Ohio 45202-4257
COUNSEL FOR PURCHASER

E2 Investment, LLC
120 Dewey Drive, Suite 124
Nicholasville, KY 40356
PURCHASER

U.S. Trustee
601 West Broadway #512
Louisville, KY 40202

Robert Lucka, Attorney (or any officer)
AutoZone Property Management
Department 8700
123 South Front Street
Memphis, TN 38103

                                       Respectfully submitted,

                                       */s/ Stephen Barnes*
                                       Stephen Barnes, Chapter 7 Trustee
                                       P.O. Box 1598
                                       Lexington, KY 40588-1598
                                       (859) 225-4714 (tel)
                                       sbarnes@kentuckytrustee.com
                                       CHAPTER 7 TRUSTEE